IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; MAURICE FLEMING; REGGIE SPEARMAN; KEVONTE MARTIN-MANLEY; DARIAN COOPER; LARON TAYLOR; BRANDON SIMON; JAVON FOY; ANDRE HARRIS and TERRENCE HARRIS,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; GARY BARTA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE and RAIMOND BRAITHWAITE,<br><br>        Defendants. | Case No. 4:20-cv-366<br><br>Polk County District Court<br>Case No. LACL149143<br><br><br><br>**DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |

**COME NOW** Defendants the University of Iowa, Board of Regents, State of Iowa, Gary Barta, Kirk Ferentz, Brian Ferentz, Christopher Doyle, and Raimond Braithwaite ("Defendants") and hereby file this Notice of Removal, removing this case to federal court.

1.      Plaintiffs brought a civil action in the Iowa District Court in and for the State of Iowa, Polk County, entitled "Akrum Wadley, Jonathan Parker, Marcel Joly, Aaron Mends, Maurice Fleming, Reggie Spearman, Kevonte Martin-Manley, Darian Cooper, Laron Taylor, Brandon Simon, Javon Foy, Andre Harris and Terrence Harris vs. University of Iowa, Board of Regents for the State of Iowa, Gary Barta, Kirk Ferentz, Brian Ferentz, Christopher Doyle, and Raimond Braithwaite".

1

2. Plaintiffs filed their Complaint and Jury Demand, Exhibit 1, and Original Notices in the Iowa District Court for Polk County, Case No. LACL149143. Defendants' accepted service on Monday, November 23, 2020 and Plaintiffs filed the acceptance on the same day. Those documents are attached. *See* 28 U.S.C. § 1446(a); LR 81(a). No other pleadings have been filed in this case in the Iowa District Court for Polk County.

3. In Counts I-III, Plaintiffs allege violations of 42 U.S.C. Section 2000d, et seq. (a/k/a, "Title VI"). *See* Petition at Law and Jury Demand, ¶¶ 242-268.

4. This Court has original subject matter jurisdiction over the federal questions presented by Counts I-III pursuant to 28 U.S.C. § 1331, and the case may be removed pursuant to 28 U.S.C. § 1441(a).

5. In Counts IV-VII, Plaintiffs allege violations of 42 U.S.C. § 1983. *See* Petition at Law and Jury Demand, ¶¶ 269-334.

6. This Court has original subject matter jurisdiction over the federal questions presented by Counts IV-VII pursuant to 28 U.S.C. § 1331, and the case may be removed pursuant to 28 U.S.C. § 1441(a).

7. This Court has supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(a).

8. Under 28 U.S.C. § 1367(c), the district court may decline to exercise supplemental jurisdiction over a state law claim if (1) the claim raises a novel or complex issue of state law; (2) the claim substantially predominates over the constitutional claim; (3) the district court has dismissed all claims over which it had original jurisdiction, or (4) exceptional circumstances exist which provide compelling reasons for declining jurisdiction. None of the factors which might permit this Court to decline to exercise supplemental jurisdiction are present in this case.

9. Removal is proper to the United States District Court for the Southern District of Iowa, Central Division, as this is the "district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

10. Removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

11. Defendants will also file a copy of this Notice of Removal and attachments in state court pursuant to 28 U.S.C. § 1446(d).

12. Pursuant to LR 81(a)(3), Defendants state the following counsel has appeared in the state court proceeding under the Petition on behalf of Plaintiffs:

>Alfredo Parrish
>Brandon Brown
>PARRISH KRUIDENIER DUNN GENTRY
>BROWN BERGMANN & MESSAMER, L.L.P.
>2910 Grand Avenue
>Des Moines, IA 50312
>(515) 284-5737
>aparrish@parrishlaw.com
>bbrown@parrishlaw.com
>
>Damario Solomon-Simmons
>Solomon Simmons Law
>601 S. Boulder, Ste 600
>Tulsa, OK 74119
>(918) 551-8999
>Pro Hac Admission
>
>Kevin McIlwain
>Smiling, Smiling & Burgess
>Bradford Place, Suite 300
>9175 S. Yale Avenue
>Tulsa, OK 74137
>(918) 477-7500
>kmcilwain@smilinglaw.com
>Pro Hac Admission

13. There are no motions pending in the state court that will require resolution by this Court, pursuant to Local Rule 81.

**WHEREFORE**, the Defendants pray that this matter be removed to the United States District Court for the Southern District of Iowa, Central Division, and be docketed accordingly.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey Peterzalek*
JEFFREY PETERZALEK
Assistant Attorney General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on December 01, 2020:

☐ U.S. Mail           ☐ FAX
☐ Hand Delivery       ☐ Overnight Courier
☐ Federal Express     ☐ Other
☒ Electronic Service

Signature: */s/ Audra Drish*