IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; MAURICE FLEMING; REGGIE SPEARMAN; KEVONTE MARTIN-MANLEY; DARIAN COOPER; LARON TAYLOR; BRANDON SIMON; JAVON FOY; ANDRE HARRIS and TERRENCE HARRIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; GARY BARTA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE and RAIMOND BRAITHWAITE,<br><br>    Defendants. | Case No. 4:20-cv-366<br><br>Polk County District Court Case No. LACL149143<br><br><br><br><br>**LOCAL RULE 81(a) REMOVAL LIST** |

As required by Local Rule 81(a), Defendants provide the following information:

1. Copies of all process, pleadings and orders filed in the state case: None, other than what is attached to the Notice of Removal.

2. All matters pending in state court that will require resolution in federal court: None.

3. All counsel who have appeared in the present action:

    a) Alfredo Parrish
       Brandon Brown
       Parrish Kruidenier Dunn Gentry
       Brown Bergmann & Messamer, L.L.P.
       2910 Grand Avenue
       Des Moines, IA 50312
       (515) 284-5737
       aparrish@parrishlaw.com
       bbrown@parrishlaw.com

        Damario Solomon-Simmons
        Solomon Simmons Law
        601 S. Boulder, Ste 600
        Tulsa, OK 74119
        (918) 551-8999
        Pro Hac Admission

        Kevin McIlwain
        Smiling, Smiling & Burgess
        Bradford Place, Suite 300
        9175 S. Yale Avenue
        Tulsa, OK 74137
        (918) 477-7500
        kmcilwain@smilinglaw.com
        Pro Hac Admission
        ATTORNEYS FOR PLAINTIFFS

b)     Jeffrey S. Thompson
        Jeffrey Peterzalek
        Hoover State Office Building
        Des Moines, Iowa 50319
        (515) 281-4419/4213
        ATTORNEYS FOR DEFENDANTS

                            Respectfully submitted,

                            **THOMAS J. MILLER**
                            Attorney General of Iowa

                            ***/s/ Jeffrey S. Thompson***
                            JEFFREY S. THOMPSON
                            Solicitor General

                            ***/s/ Jeffrey Peterzalek***
                            JEFFREY PETERZALEK
                            Assistant Attorney General
                            Department of Justice-Special Litigation
                            Hoover State Office Building
                            Des Moines, Iowa 50319
                            (515) 281-4419/4213
                            jeffrey.thompson@ag.iowa.gov
                            jeffrey.peterzalek@ag.iowa.gov
                            ATTORNEYS FOR DEFENDANTS

3

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on December 01, 2020:

☐ U.S. Mail ☐ FAX
☐ Hand Delivery ☐ Overnight Courier
☐ Federal Express ☐ Other
☒ Electronic Service

Signature: /s/ Audra Drish