IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; MAURICE FLEMING; REGGIE SPEARMAN; KEVONTE MARTIN-MANLEY; DARIAN COOPER; LARON TAYLOR; BRANDON SIMON; JAVON FOY; ANDRE HARRIS and TERRENCE HARRIS, | Case No. 4:20-cv-366 |
| Plaintiffs, | |
| vs. | **DEFENDANTS' MOTION TO DISMISS** |
| UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; GARY BARTA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE and RAIMOND BRAITHWAITE, | |
| Defendants. | |

**COME NOW** Defendants the University of Iowa, Board of Regents, State of Iowa, Gary Barta, Kirk Ferentz, Brian Ferentz, Christopher Doyle, and Raimond Braithwaite ("Defendants") and, pursuant to Federal Rule of Civil Procedure 12(b)(6), submit their Motion to Dismiss. In support of their motion, Defendants state the following:

1.      On November 12, 2020, Plaintiffs filed their Petition with the Iowa District Court for Polk County.

2.      On December 1, 2020, Defendants filed a notice of removal with the Iowa District Court and this Court.

3.      Plaintiffs' Complaint asserts eight (8) causes of action: Count I asserts a claim for racially hostile educational environment in violation of 42 U.S.C. § 2000d ("Title VI"); Count II

1

asserts a claim for retaliation in violation of Title VI; Count III asserts a claim for systemic pattern and practice of racial discrimination in violation of Title VI; Count IV asserts a claim under 42 U.S.C. § 1983 for violation of 42 U.S.C. § 1981; Counts V and VI assert claims under § 1983 for violations of 42 U.S.C. § 1985; Count VII asserts a claim under § 1983 for failure to supervise and train; and, finally, Count VIII asserts a state law claim for breach of contract.

4.    Each of the claims within the Complaint fail as a matter of law and should be dismissed for failing to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

5.    First, the claims of ten Plaintiffs—Akrum Wadley, Jonathan Parker, Marcel Joly, Maurice Fleming, Reggie Spearman, Kevonte Martin-Manley, Darian Cooper, LaRon Taylor, Andre Harris, and Terrence Harris—alleged in Counts I through VII should be dismissed because they are barred by the two-year statute of limitations applicable to claims under Title VI and 42 U.S.C. § 1983.

6.    These ten plaintiffs all left the University of Iowa football program more than two years before the filing of this suit and thus could not have been subject to any action by Defendants within the applicable statute of limitations for Counts I through VII.

7.    Second, all the claims of all thirteen Plaintiffs must be dismissed because Plaintiffs fail to plead sufficient facts to state a claim for relief that is plausible on its face for any of the claims in Counts I through VIII.

8.    Defendants have set forth their arguments in detail in the attached Brief in Support of Defendants' Motion to Dismiss.

**WHEREFORE**, the Defendants request that the Complaint be dismissed, and all costs be assessed to the Plaintiffs.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
*/s/ William A. Hill*
WILLIAM A. HILL
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
william.hill@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

| PROOF OF SERVICE |
| --- |
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on December 14, 2020: |

| | |
| --- | --- |
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivery | ☐ Overnight Courier |
| ☐ Federal Express | ☐ Other |
| ☒ CM/ECF | |

Signature: */s/ Audra Drish*