# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, MAURICE FLEMING, REGGIE SPEARMAN, KEVONTE MARTIN-MANLEY, DARIAN COOPER, LARON TAYLOR, BRANDON SIMON, JAVON FOY, ANDRE HARRIS, and TERRENCE HARRIS**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA, GARY BARTA, KIRK FERENTZ, BRIAN FERENTZ, CHRISTOPHER DOYLE, and RAIMOND BRAITHWAITE,**<br><br>**Defendants.** | **Case No. 4:20-cv-366**<br><br><br><br><br><br>**UNRESISTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**[No Hearing Necessary]** |

**COME NOW** the Plaintiffs, and in support of their Unresisted Motion for Extension of Time to File a Response to the Defendants' Motion to Dismiss, pursuant to LR 7d (2), respectfully states to the court as follows:

1. Defendants filed a Motion to Dismiss on December 14, 2020. Plaintiffs' response is due December 28, 2020.

2. Due to the holiday season, working remotely, communicating by video and telephone with co-counsel, Plaintiffs are requesting an extension of fourteen (14) days to file their response to the Defendant's Motion to Dismiss.

3. This extension will not adversely impact either party and would be in the interest of justice.

4. Counsel for the Plaintiffs personally spoke to the lead counsel for the Defendants, Jeff Thompson, on December 17, 2020, by phone and he has no objection to a fourteen (14) day extension to file Plaintiffs' response to the Motion to Dismiss. The deadline, if approved by the court will be January 11, 2021. Counsel for Plaintiffs has agreed to an extension of the Defendants' deadline to file a reply brief if one is requested.

**WHEREFORE**, Plaintiffs pray that the court enters an order extending the deadline for the Plaintiffs to file a response to the Defendants' Motion to Dismiss for fourteen (14) days to and including January 11, 2021.

Respectfully Submitted,

SOLOMONSIMMONSLAW

BY:   /s/ *Damario Solomon-Simmons*
         Damario Solomon-Simmons
         691 S. Boulder, Ste. 600
         Tulsa, Oklahoma 74119
         Telephone: (918) 551-8999
         Facsimile: (918) 582-6106
         Email: dss@solomonsimmons.com
         *Admitted Pro Hac Vice*

PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER L.L.P.

BY:       /s/ *Alfredo Parrish*
    Alfredo Parrish              AT0006051
    2910 Grand Avenue
    Des Moines, Iowa 50312
    (515) 284-5737
    (515) 284-1704 (Fax)
    aparrish@parrishlaw.com


**SMILING, SMILING & BURGESS**

BY:       /s/ *M. Kevin McIlwain*
    M. Kevin McIlwain
    9175 S. Yale Avenue
    Bradford Place, Ste. 300
    Tulsa, Oklahoma 74137
    Telephone: (918) 477-7500
    Facsimile: (918) 477-7510
    kmcilwain@smilinglaw.com
    *Admitted Pro Hac Vice*


**ATTORNEYS FOR PLAINTIFFS**

4

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on December 21, 2020.

I declare that the statements above are true to the best of my information, knowledge, and belief.

/s/ Jill York

THOMAS J. MILLER
Attorney General of Iowa
Tjmiller@ag.iowa.gov

JEFFREY S. THOMPSON
Solicitor General
Jeffrey.Thompson@ag.iowa.gov

JEFFREY C. PETERZALEK
CHRISTOPHER J. DEIST
SAMUEL P. LANGHOLZ
WILLIAM A. HILL
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
william.hill@ag.iowa.gov
**ATTORNEYS FOR DEFENDANTS**