# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, MAURICE FLEMING, REGGIE SPEARMAN, KEVONTE MARTIN-MANLEY, DARIAN COOPER, LARON TAYLOR, BRANDON SIMON, JAVON FOY, ANDRE HARRIS, and TERRENCE HARRIS**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA, GARY BARTA, KIRK FERENTZ, BRIAN FERENTZ, CHRISTOPHER DOYLE, and RAIMOND BRAITHWAITE,**<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br><br><br>**UNRESISTED MOTION TO AMEND PLEADINGS PURSUANT TO Fed. R. Civ. P. 15(a)(2).**<br><br>[No Hearing Necessary] |

**COMES NOW,** the Plaintiffs, by and through undersigned counsel, and in support of this Unresisted Motion to Amend Pleadings pursuant to Fed. R. Civ. P. 15(a)(2), respectfully states as follows:

1. On November 12, 2020, Plaintiffs filed the present action against Defendants in Federal Court.

2. More than twenty-one (21) days have passed since this initial filing and Defendants' responsive pleading.

3.  Plaintiffs respectfully request leave from the Court to amend their Petition. Fed. R. Civ. P. 15(a)(2).

4.  Plaintiff's counsel has spoken with Defendants counsel, who does not object to the present motion. Plaintiff will request written consent to file the amended pleading. *Id*. ("A party may amend its pleading . . . with the opposing party's written consent").

5.  Further, these modifications are necessary to properly articulate the Plaintiffs' claims, allow for full adjudication of claims on the merits, and to conserve judicial economy.

6.  The Court should grant leave to amend a petition under such circumstances. *Id*. ("The court should freely give leave when justice so requires").

**WHEREFORE**, Plaintiffs pray that the court grant them leave to amend their pleading for the first time, and any other relief in Plaintiffs favor this court deems reasonable and proper.

                    PARRISH KRUIDENIER DUNN GENTRY
                    BROWN BERGMANN & MESSAMER L.L.P.

                    BY:         /s/ *Alfredo Parrish*
                    Alfredo Parrish           AT0006051
                    2910 Grand Avenue
                    Des Moines, Iowa 50312
                    (515) 284-5737
                    (515) 284-1704 (Fax)
                    aparrish@parrishlaw.com
                    **ATTORNEY FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | electronic filing |
| | | ( ) | e-mail |

on January 11, 2021.

I declare that the statements above are true to the best of my information, knowledge, and belief.

/s/ Brenda Mozena

THOMAS J. MILLER
Attorney General of Iowa
Tjmiller@ag.iowa.gov

JEFFREY S. THOMPSON
Solicitor General
Jeffrey.Thompson@ag.iowa.gov

JEFFREY C. PETERZALEK
CHRISTOPHER J. DEIST
SAMUEL P. LANGHOLZ
WILLIAM A. HILL
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
william.hill@ag.iowa.gov
**ATTORNEYS FOR DEFENDANTS**