# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| **AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, MAURICE FLEMING, REGGIE SPEARMAN, KEVONTE MARTIN-MANLEY, DARIAN COOPER, LARON TAYLOR, BRANDON SIMON, JAVON FOY, ANDRE HARRIS, and TERRENCE HARRIS**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA, GARY BARTA, KIRK FERENTZ, BRIAN FERENTZ, CHRISTOPHER DOYLE, and RAIMOND BRAITHWAITE,**<br><br>**Defendants.** | **Case No. 4:20-cv-366**<br><br><br><br><br><br>**UNRESISTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[No Hearing Necessary]** |

**COME NOW** the Plaintiffs, and in support of their Unresisted Motion for Extension of Time to File a Response to the Defendants' Motion to Dismiss, pursuant to LR 7d (2), respectfully states to the court as follows:

1. Defendants filed a Motion to Dismiss on December 14, 2020.

2. On January 13, 2021, Plaintiffs filed their First Amended Complaint. This is the operative complaint.

3. Defendants filed a Motion to Dismiss the First Amended Complaint on January 25, 2021. Plaintiffs' response is due February 8, 2021.

4. Due to the number of issues raised, working remotely, and communicating by video and telephone with co-counsel, Plaintiffs are requesting an extension of fourteen (14) days to file their response to the Defendant's Motion to Dismiss.

5. This extension will not adversely impact either party and would be in the interest of justice.

6. Counsel for the Plaintiffs exchanged emails and letters with the lead counsel for the Defendants, Jeff Thompson, on February 2, 2021, and he has no objection to a fourteen (14) day extension to file Plaintiffs' response to the Motion to Dismiss. The deadline, if approved by the court will be February 22, 2021. Counsel for Plaintiffs has agreed to a reciprocal extension of the Defendants' deadline if one is requested.

**WHEREFORE**, Plaintiffs pray that the court enters an order extending the deadline for the Plaintiffs to file a response to the Defendants' Motion to Dismiss for fourteen (14) days to and including February 22, 2021.

PARRISH KRUIDENIER DUNN GENTRY
BROWN BERGMANN & MESSAMER L.L.P.

BY:        /s/ *Alfredo Parrish*
      Alfredo Parrish                           AT0006051
      2910 Grand Avenue
      Des Moines, Iowa 50312
      (515) 284-5737
      (515) 284-1704 (Fax)
      aparrish@parrishlaw.com
      **ATTORNEY FOR DEFENDANT**

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | CMECF |
| | | ( ) | e-mail |

on February 8, 2021.
I declare that the statements above are true to the best of my information, knowledge, and belief.

          /s/ *Anita Soderblom*

THOMAS J. MILLER
Attorney General of Iowa
Tjmiller@ag.iowa.gov

JEFFREY S. THOMPSON
Solicitor General
Jeffrey.Thompson@ag.iowa.gov

JEFFREY C. PETERZALEK
CHRISTOPHER J. DEIST
SAMUEL P. LANGHOLZ
WILLIAM A. HILL
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
william.hill@ag.iowa.gov
**ATTORNEYS FOR DEFENDANTS**