IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, MAURICE FLEMING, REGGIE SPEARMAN, KEVONTE MARTIN-MANLEY, DARIAN COOPER, LARON TAYLOR, BRANDON SIMON, JAVON FOY, ANDRE HARRIS, and TERRENCE HARRIS<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA, GARY BARTA, KIRK FERENTZ, BRIAN FERENTZ, CHRISTOPHER DOYLE, and RAIMOND BRAITHWAITE,<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br>MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>[UNOPPOSED] |

**COME NOW** the Plaintiffs, and in support of their Unresisted Motion for Extension of Time to File a Response to the Defendants' Motion to Dismiss, pursuant to LR 7d (2), respectfully state to the court as follows:

1. Defendants filed a Motion to Dismiss on December 14, 2020.

2. On January 13, 2021, Plaintiffs filed their First Amended Complaint.

3. Defendants filed a Motion to Dismiss the First Amended Complaint on January 25, 2021.

4. On February 8, 2021, Plaintiffs filed an unresisted motion to enlarge their deadline to resist.

5. The court granted the motion and reset the deadline to February 22, 2021.

6. Since that time, the Southern United States has experienced extraordinary severe winter weather.

7. The inclement weather left Plaintiffs' out-of-state counsel and families experiencing and addressing power outages and water shortages.

8. Consequently, additional time is needed to file the resistance to Defendants' Motion to Dismiss.

9. This extension will not adversely impact either party and would be in the interest of justice.

10. Counsel for the Defendants consents to the request.

11. Good cause exists to grant the motion.

**WHEREFORE**, Plaintiffs pray that the court enters an order extending the deadline for Plaintiffs to file a response to the Defendants' Motion to Dismiss to and including March 1, 2021.

                        **PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

By: */s/ Alfredo Parrish*_____
      Alfredo Parrish      AT0006051
      Brandon Brown      AT0001199
      2910 Grand Avenue
      Des Moines, Iowa 50312
      Telephone: (515) 284-5737
      Facsimile: (515) 284-1704
      Email: aparrish@parrishlaw.com
              bbrown@parrishlaw.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | CMECF |
| | | ( ) | e-mail |

on February 22, 2021.
I declare that the statements above are true to the best of my information, knowledge, and belief.

                                                     */s/ Anita Soderblom*

THOMAS J. MILLER
Attorney General of Iowa
Tjmiller@ag.iowa.gov

JEFFREY S. THOMPSON
Solicitor General
Jeffrey.Thompson@ag.iowa.gov

JEFFREY C. PETERZALEK
CHRISTOPHER J. DEIST
SAMUEL P. LANGHOLZ
WILLIAM A. HILL
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
william.hill@ag.iowa.gov
**ATTORNEYS FOR DEFENDANTS**