IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; MAURICE FLEMING; REGGIE SPEARMAN; KEVONTE MARTIN-MANLEY; DARIAN COOPER; LARON TAYLOR; BRANDON SIMON; JAVON FOY; ANDRE HARRIS and TERRENCE HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; GARY BARTA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE and RAIMOND BRAITHWAITE,<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br>**JOINT MOTION FOR SCHEDULING CONFERENCE** |

COME NOW the parties pursuant to Federal Rule of Civil Procedure 16(b)1(B) and Local Rule 16(e) and in support of their joint request for a scheduling conference state as follows:

1. On December 1, 2020 Defendants removed this matter to this Court.

2. On December 14, 202 Defendants filed a Motion to Dismiss all claims. (Doc 10).

3. On January 11, 2021 Plaintiffs amended their Complaint. (Doc 13-1).

4. On January 25, 2021 Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint. (Doc 16).

5. Plaintiffs, with the acquiescence of Defendants, have requested and received additional time to respond to the Motion to Dismiss with their resistance currently due on March 1, 2021.

2

6. In accordance with Local Rule 16 the parties' proposed Scheduling Order and Discovery Plan should be submitted by March 1, 2021.

7. Considering the multiple Plaintiffs, multiple asserted causes of action and the pending Motion to Dismiss the parties believe it appropriate to discuss with the Court a workable process for setting deadlines in this matter.

WHEREFORE it is respectfully requested that the court set a time for the parties to participate in a scheduling conference.

Respectfully submitted,

/s/ Alfredo G. Parrish
/s/ Brandon Brown
PARRISH KRUIDENIER DUNN
GENTRY BROWN BERGMANN &
MESSAMER, L.L.P.
2910 Grand Avenue
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
aparrish@parrishlaw.com
bbrown@parrishlaw.com

/s/ Damario Solomon-Simmons
SolomonSimmonsLaw
601 S. Boulder, Ste. 600
Tulsa, OK. 74119
Ph. (918) 551-8999
Fax (918) 582-6106
dss@solomonsimmons.com

/s/ M. Kevin McIlwain
Smiling, Smiling & Burgess
9175 South Yale Avenue, Suite 300
Tulsa, OK 74137
Phone: (918) 477-4500
Fax: (918) 477-7510
Kmcilwain@smilinglaw.com

ATTORNEYS FOR PLAINTIFFS

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
*/s/ William A. Hill*
WILLIAM A. HILL
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
william.hill@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

3

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on March 1, 2021:

| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivery | ☐ Overnight Courier |
| ☐ Federal Express | ☐ Other |
| ☒ CM/ECF | |

Signature: */s/ Audra Drish*