IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; MAURICE FLEMING; REGGIE SPEARMAN; KEVONTE MARTIN-MANLEY; DARIAN COOPER; LARON TAYLOR; BRANDON SIMON; JAVON FOY; ANDRE HARRIS and TERRENCE HARRIS,<br><br>　　Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; GARY BARTA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE and RAIMOND BRAITHWAITE,<br><br>　　Defendants. | Case No. 4:20-cv-366<br><br><br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (UNRESISTED)** |

COME NOW Defendants, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and move the Court for an extension of time to reply to their motion to dismiss Plaintiffs' first amended complaint in this matter, and in support of their motion state to the Court as follows:

1.　　Defendants' reply in support of their motion to dismiss Plaintiffs' first amended complaint is due Monday, March 8, 2021.

2.　　Defense counsel currently has a number of other upcoming deadlines to meet as well as preparing for an argument before the 8th Circuit Court of Appeals.

3.　　Further, given the wide range of claims in this case, the scope of Defendants' motion and resultant scope of Plaintiffs' resistance, Defendants require more time to analyze and reply to Plaintiffs' resistance.

1

4. Defendants respectfully request that the Court extend Defendants' reply deadline to March 29, 2021. No prior request to extend time has been requested by Defendants in this matter.

5. A scheduling conference is set in this matter on March 15, but no other proceedings or deadlines are implicated by this request. Defendants assert that the reasons cited above are "good cause" for extending their expert designation deadline. *See* Federal Rule of Civil Procedure 6(b)(1)(A).

6. Counsel for Plaintiffs have stated they do not resist this extension.

WHEREFORE, Defendants pray the Court enter an Order extending Defendants' reply deadline to March 29, 2021.

    Respectfully submitted,

    **THOMAS J. MILLER**
    Attorney General of Iowa

    */s/ Jeffrey S. Thompson*
    JEFFREY S. THOMPSON
    Solicitor General

    */s/ Jeffrey C. Peterzalek*
    JEFFREY C. PETERZALEK
    */s/ Christopher J. Deist*
    CHRISTOPHER J. DEIST
    */s/ Samuel P. Langholz*
    SAMUEL P. LANGHOLZ
    */s/ William A. Hill*
    WILLIAM A. HILL
    Assistant Attorneys General
    Department of Justice-Special Litigation
    Hoover State Office Building
    Des Moines, Iowa 50319
    (515) 281-4419/4213
    jeffrey.thompson@ag.iowa.gov
    jeffrey.peterzalek@ag.iowa.gov
    christopher.deist@ag.iowa.gov
    sam.langholz@ag.iowa.gov

william.hill@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on March 5, 2021:

☐ U.S. Mail          ☐ FAX
☐ Hand Delivery      ☐ Overnight Courier
☐ Federal Express    ☐ Other
☒ CM/ECF

Signature: */s/ Audra Drish*