IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT (UNRESISTED)** |

**COME NOW**, the Defendants and state to the Court as follows:

1. The Defendants' submitted their Motion to Dismiss Plaintiffs' First Amended Complaint on January 25, 2021.

2. This Court issued it's ruling on May 6, 2021 granting the motion in part and denying in part.

3. The Defendants' answer is currently due May 20, 2021.

4. Plaintiffs' extensive Amended Complaint is 77 pages long and contains over 300 separate paragraphs covering a wide range of allegations.

5. Therefore, Defendants request an extension of time to June 6, 2021 to answer Plaintiffs' First Amended Complaint.

6. This extension is unresisted and no party will be prejudiced by allowing this additional time.

WHEREFORE, Defendants ask the Court to enter an order extending the deadline to file an answer to June 6, 2021.

>Respectfully submitted,
>
>THOMAS J. MILLER
>Attorney General of Iowa
>
>/s/ Jeffrey S. Thompson
>JEFFREY S. THOMPSON
>Solicitor General
>
>/s/ Jeffrey C. Peterzalek
>JEFFREY C. PETERZALEK
>/s/ Christopher J. Deist
>CHRISTOPHER J. DEIST
>/s/ Samuel P. Langholz
>SAMUEL P. LANGHOLZ
>/s/ William A. Hill
>WILLIAM A. HILL
>Assistant Attorneys General
>Department of Justice-Special Litigation
>Hoover State Office Building
>Des Moines, Iowa 50319
>(515) 281-4419/4213
>jeffrey.thompson@ag.iowa.gov
>jeffrey.peterzalek@ag.iowa.gov
>christopher.deist@ag.iowa.gov
>sam.langholz@ag.iowa.gov
>william.hill@ag.iowa.gov
>ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on May 20, 2021:

☐ U.S. Mail          ☐ FAX
☐ Hand Delivery      ☐ Overnight Courier
☐ Federal Express    ☐ Other
☒ CM/ECF

Signature: */s/ Audra Drish*