**IN THE UNITED STATES DISTRICT COURT**

**FOR THE**SOUTHERN**DISTRICT OF IOWA**

CENTER   **DIVISION**

| | |
|---|---|
| AKRUM WADLEY et al.<br>              Plaintiff(s),<br>vs.<br>UNIVERSITY OF IOWA et al.<br>              Defendant(s). | NO.  4:20-cv-366<br><br>**SCHEDULING ORDER AND<br>DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? ☒yes ☐no
*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made

2. Deadline for motions to add parties:  11/22/2021

3. Deadline for motions to amend pleadings: 11/22/2021

4. Expert witnesses disclosed by:
   a. Plaintiff:  09/21/2021
   b. Defendant: 11/22/2021
   c. Plaintiff Rebuttal:  12/21/2021

5. Deadline for **completion** of discovery: 01/21/2022

6. Dispositive motions deadline (*at least 150 days before Trial Ready Date*):

7. Trial Ready Date (*at least 150 days after Dispositive Motions Date*):

8. Has a jury demand been filed? ☒yes ☐no

9. Estimated length of trial:          10   days

10. Settlement conference (choose one of the following):
    a. ☐ A court-sponsored settlement conference should be set by the court at this time for a date after:                           ;
    or
    b. ☒ A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?
    ☒yes ☐no

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals? 28 U.S.C. § 636(c)?
    ☐yes ☒no

/s/ Alfredo Parrish  and /s/ Brandon Brown                          Jeffrey Peterzalek
Attorney for Plaintiff(s): Alfredo Parrish          Attorney for Defendant(s): Jeffrey Peterzalek
Address:2910 Grand Ave., Des Moines, IA            Address: Hoover State Office Building, Des Moines, IA
Telephone: 515-284-5737                             Telephone: 515-281-4419
Facsimile: 515-284-1704                             Facsimile:
Email Address: aparrish@parrishlaw.com             Email Address:jeffrey.peterzalek@ag.iowa.gov
              bbrown@parrishlaw.com

Attorney for Third-Party Defendant\Other:
Address:
Telephone:
Facsimile:
Email Address:

## JUDGE'S REVISIONS

The deadline in Paragraph _____Is changed to _____
The deadline in Paragraph _____Is changed to _____
The deadline in Paragraph _____Is changed to _____

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan
    ☐is approved and adopted by this court.

    ☐is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

    ☐will not be scheduled at this time.

    ☐will be held in the chambers of Judge _____ at the
        U.S. Courthouse in _____, Iowa on the _____ day
        of _____, at _____ o'clock ☐a.m. ☐p.m.

    ☐will be held by telephone conference, initiated by the court, on the _____ day
        of _____, at _____ o'clock ☐a.m. ☐p.m.

**DATED** this _____ day of _____, _____.

                                       MAGISTRATE JUDGE
                                       UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE