UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, DARIAN COOPER, BRANDON SIMON, and JAVON FOY,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS OF THE STATE OF IOWA, KIRK FERENTZ, BRIAN FERENTZ, and CHRISTOPHER DOYLE,<br><br>            Defendants. | 4:20-CV-00366-SMR-HCA<br><br><br><br>SCHEDULING AND<br>TRIAL SETTING ORDER |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on May 26, 2021. The Parties indicted they wish to hold the trial in Des Moines, Iowa. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1. A Jury Trial shall begin on **March 6, 2023** at **9:00 AM** before United States District Judge Stephanie Rose at the United States Courthouse, Des Moines, Iowa. Trial is estimated to take ten (10) days.

2. A Final Pretrial Conference shall be held on **February 16, 2023** at **10:30 AM** at the United States Courthouse, Des Moines, Iowa, before Chief Magistrate Judge Helen C. Adams.

3. Initial Disclosures shall be made by **June 18, 2021.**

4. Motions to add parties shall be filed by **November 22, 2021**.

5. Motions for leave to amend pleadings shall be filed by **November 22, 2021**.

6. Plaintiff shall designate expert witnesses and disclose their written reports by **September 21, 2021**.

7. Defendant shall designate expert witnesses and disclose their written reports by **November 22, 2021**.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **December 21, 2021**.

9. Discovery shall be completed by **August 2, 2022**. Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by **October 3, 2022**.


IT IS SO ORDERED

DATED May 26, 2021.

_____
Helen C. Adams
Chief U.S. Magistrate Judge