IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **Akrum Wadley, et al.** Plaintiff(s), vs. **University of Iowa, et al** Defendant(s). | NO. **4:20-cv-00366-SMR-HCA** <br><br> **SCHEDULING ORDER AND DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? ☒yes ☐no
   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made **PL 6/3/21; DEF 6/18/21**
2. Deadline for motions to add parties: **11/22/21**
3. Deadline for motions to amend pleadings: **11/22/21**
4. Expert witnesses disclosed by:
   a. Plaintiff: **9/21/2021**
   b. Defendant: **11/22/2021**
   c. Plaintiff Rebuttal: **12/21/2021**
5. Deadline for *completion* of discovery: **1/21/2022**
6. Dispositive motions deadline (*at least 150 days before Trial Ready Date*): **150 days before trial ready date**
7. Trial Ready Date (*at least 150 days after Dispositive Motions Date*): **PL 11/2022 or 12/2022; DEF 2/27/2023**
8. Has a jury demand been filed? ☒yes ☐no
9. Estimated length of trial: **10** days
10. Settlement conference (choose one of the following):
    a. ☐ A court-sponsored settlement conference should be set by the court at this time for a date after:           ;
    or
    b. ☒ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?
    ☒yes ☐no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals? 28 U.S.C. § 636(c)?
    ☐yes ☒no

/s/ Alfredo Parrrish & /s/ Brandon Brown  
Attorney for Plaintiff(s): **Alfredo Parrish**  
Address: **2910 Grand Ave Des Moines, IA 50312**  
Telephone: **(515) 284-5737**  
Facsimile: **(515) 284-1704**  
Email Address: **bbrown@parrishlaw.com**  
**aparrish@arrishlaw.com**

/s/ Jeffrey C. Peterzalek  
Attorney for Defendant(s): **Jeffrey C. Peterzalek**  
Address: **1305 E. Walnut St. Des Moines, IA 50319**  
Telephone: **(515) 281-4213**  
Facsimile: **(515) 281-4902**  
Email Address: **jeffrey.peterzalek@ag.iowa.gov**

Attorney for Third-Party Defendant\Other:  
Address:  
Telephone:  
Facsimile:  
Email Address:

## JUDGE'S REVISIONS

The deadline in Paragraph _____ Is changed to _____  
The deadline in Paragraph _____ Is changed to _____  
The deadline in Paragraph _____ Is changed to _____

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan

☐ is approved and adopted by this court.

☐ is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

☐ will not be scheduled at this time.

☐ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa on the _____ day of _____, at _____ o'clock ☐ a.m. ☐ p.m.

☐ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock ☐ a.m. ☐ p.m.

**DATED** this _____ day of _____, _____.

_____  
MAGISTRATE JUDGE  
UNITED STATES DISTRICT COURT

**ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this \_\_\_\_\_ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE