## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs, | |
| v. | |
| UNIVERSITY OF IOWA, *et al.*, | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendants. | |

The undersigned, Kymberli J. M. Heckenkemper, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of the Plaintiffs.

The undersigned is a member in good standing of the bar of the State of Oklahoma and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

The undersigned agrees to comply with the associate counsel requirements of LR 83.1.d.3 by associating with Alfredo Parrish and Brandon Brown of PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P., attorneys who have been admitted to the bar of this district under LR 83.1.b and .c and who have entered appearances in this case.

Respectfully submitted,

*s/ Kymberli J. M. Heckenkemper*
Kymberli J. M. Heckenkemper, OBA # 33524
**SOLOMON SIMMONS LAW, PLLC**
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 582-6106
Email:  kheckenkemper@solomonsimmons.com