# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF IOWA, *et al.*, <br><br> Defendants. | Case No. 4:20-cv-00366-SMR-HCA <br><br><br> **PLAINTIFFS' NOTICE OF SUBPOENAS DUCES TECUM TO NON-PARTIES** |

The Plaintiffs hereby give notice to the Defendants, pursuant to Federal Rule of Civil Procedure 45(a)(4), that they intend to serve subpoenas *duces tecum* upon the following non-parties:

Jacksonville Jaguars
c/o Trent Baalke, General Manager
1 Tiaa Bank Field Dr.
Jacksonville, FL 32202

Urban Meyer
12450 Royal Troon Ln.
Jacksonville, FL 32224

The subpoenas command production of documents and electronically stored information as described in the subpoenas, filed as Exhibits 1 and 2. The responsive materials are to be produced via email to Damario Solomon-Simmons on or before July 9, 2021 at 5:00 P.M.

Respectfully submitted,

s/ *Kymberli J. M. Heckenkemper*
Kymberli J. M. Heckenkemper, OBA # 33524
**SOLOMON SIMMONS LAW, PLLC**
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 582-6106
Email:  kheckenkemper@solomonsimmons.com