IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY; et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF IOWA, et al.,<br><br>  Defendants. | Case No. 4:20-CV-366<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

M. Kevin McIlwain, counsel of record for Plaintiffs Akrum Wadley, Jonathan Parker, Marcel Joly, Aaron Mends, Darian Cooper, Brandon Simon, and Javon Foy, respectfully requests this Court's permission to withdraw from this matter. In support of this Motion, counsel submits as follows:

1. Movant requests that the Court permit his withdrawal based on professional considerations, as he resigned from the firm of Smiling, Smiling & Burgess effective August 10, 2021, and he will no longer work on this case.

2. Plaintiffs will continue to be represented by their remaining attorneys of record, Damario Solomon-Simmons and Kym Heckenkemper of SolomonSimmonsLaw and Al Parrish and Brandon Brown of Parrish Kruidenier. The aforementioned counsel will continue to represent the interests of Plaintiffs in this matter.

3. Withdrawal of Movant will neither cause delay nor prejudice to any party in this proceeding.

4. The clients have been served a copy of this Motion and do not object to withdrawal.

5. Defendants have been served a copy of this Motion via email through the ECF System.

6. A jury trial in this matter is currently set for March 6, 2023.

7. There are currently no motions pending before the Court.

8. For the reasons stated, Movant requests permission to withdraw as counsel of record for Plaintiff in this matter.

Dated this __17__ day of __August__, 2021.

Respectfully submitted by:

_____
M. KEVIN MCILWAIN, OBA # 34407
**SMILING, SMILING & BURGESS**
9175 S. Yale Ave., Ste. 300
Tulsa, OK 74137
Office: (918) 477-7500
Fax: (918) 447-7510
kmcilwain@smilinglaw.com
Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on the __17__ day of __August__, 2021, I filed the foregoing document with the Clerk of Court using the ECF System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants who have entered an appearance in this case:

JEFFREY S. THOMPSON
jeffrey.thompson@ag.iowa.gov

JEFFREY C. PETERZALEK
jeffrey.peterzalek@ag.iowa.gov

CHRISTOPHER J. DEIST
christopher.deist@ag.iowa.gov

SAMUEL P. LANGHOLZ
sam.langholz@ag.iowa.gov

WILLIAM A. HILL
william.hill@ag.iowa.gov

(Attorneys for Defendants)