### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | ) |
| | ) Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF IOWA, *et al.*, | ) **AMENDED NOTICE OF** |
| | ) **DEPOSITION OF** |
| Defendants. | ) **KIRK FERENTZ** |

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant Kirk Ferentz on Wednesday, October 20, 2021 at 9:00 a.m. at the offices of Jeffrey Thompson, Solicitor General for the State of Iowa or via "Remote Counsel," a virtual platform provided by D&R Reporting & Video, Inc depending on the state of the Covid-19 pandemic.  If the virtual platform is necessary, a link to access the deposition will be provided to all parties by Plaintiffs' counsel. The deposition will be taken upon oral examination before a qualified court reporter, will be video recorded, and will continue from day to day until completed.

Dated this 17th day of September, 2021.

                                                        Respectfully submitted,

                                                        **SOLOMON SIMMONS LAW, PLLC**

                                                        /s/*Kymberli J. M. Heckenkemper*
                                                        Damario Solomon-Simmons, OBA # 20340
                                                        Kymberli J. M. Heckenkemper, OBA # 33524
                                                        601 S. Boulder Ave., Ste. 600
                                                        Tulsa, OK 74119
                                                        Phone: (918) 551-8999
                                                        Fax:   (918) 582-6106
                                                        dss@solomonsimmons.com
                                                        kheckenkemper@solomonsimmons.com

**Exhibit A**

**PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER**

Alfredo Parrish, AT0006051
Brandon Brown, AT0001199
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
aparrish@parrishlaw.com
bbrown@parrishlaw.com

*Attorneys for Plaintiffs*