#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | ) |
| | ) Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| UNIVERSITY OF IOWA, *et al.*, | ) **NOTICE OF DEPOSITION OF** |
| | ) **DEFENDANT BRIAN FERENTZ** |
| Defendants. | ) |

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Defendant Brian Ferentz on Tuesday, October 19, 2021 at 9:00 a.m. at the offices of Jeffrey Thompson, Solicitor General for the State of Iowa or via "Remote Counsel," a virtual platform provided by D&R Reporting & Video, Inc depending on the state of the Covid-19 pandemic. If the virtual platform is necessary, a link to access the deposition will be provided to all parties by Plaintiffs' counsel. The deposition will be taken upon oral examination before a qualified court reporter, will be video recorded, and will continue from day to day until completed.

Dated this 17th day of September, 2021.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

/s/*Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:   (918) 582-6106
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**Exhibit B**

**PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER**

Alfredo Parrish, AT0006051
Brandon Brown, AT0001199
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
aparrish@parrishlaw.com
bbrown@parrishlaw.com

*Attorneys for Plaintiffs*