| | |
|---|---|
| From: | **Damario SolomonSimmons** dss@solomonsimmons.com |
| Subject: | Wadley et. al., v. Iowa, et.al.- Discovery Logistics/Scheduling Rule 37 Conference/Service of Subpoenas |
| Date: | August 26, 2021 at 5:09 PM |
| To: | Thompson, Jeffrey [AG] Jeffrey.Thompson@ag.iowa.gov |
| Cc: | Christian Dennie CDennie@bgsfirm.com, Al Parrish aparrish@ParrishLaw.com, Brandon BROWN bbrown@ParrishLaw.com, Kym Heckenkemper kheckenkemper@solomonsimmons.com, Emma Weinberg eweinberg@solomonsimmons.com |

Good evening Jeff,

Please see the attached correspondence regarding the Defendants' responses to the Plaintiffs' first set of discovery requests. Once you have had an opportunity to review our positions concerning the sufficiency and/or lack thereof of the responses, please provide some dates and times when you can be available to meet and confer next week about these matters in accordance with Fed. R. Civ. P. 37(a).

Secondly, Plaintiffs need additional time to adequately respond to the Defendants' discovery requests. Accordingly, we are requesting an additional 30 days to serve the Plaintiffs' responses. Please advise whether you will agree to this extension.

Third, we also plan to petition the court for a 60-day extension of all outstanding deadlines, so please let us know whether you will object to the request by end of business tomorrow.

Finally, as you know, we made it clear during our Rule 26 Conference, various verbal conversations, and my August 23, 2021 letter that we plan to serve notices and subpoenas to take depositions of the individual defendants during Iowa's bye week in October. We plan to serve these notices and subpoenas on Monday. Accordingly, please let us know by end of business tomorrow if you will be representing Braithwaite, K. Ferentz, Barta, and Doyle for purposes of discovery, and, if so, if you will accept service of the subpoenas.

In closing, if you would like to discuss this email please feel free to call me on my cell phone at 918-810-7253.

Thanks

Damario Solomon-Simmons, Esq., M.Ed.
Managing Partner
SolomonSimmonsLaw
601 S. Boulder, 600
Tulsa, Oklahoma 74119
918-551-8999 Office
918-582-6106 Fax
dss@solomonsimmons.com
www.solomonsimmons.com
"Law is my Ministry, Justice is My Passion!"

NOTICE - CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person that is responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or other use of any of the information contained in or attached to this message is STRICTLY PROHIBITED.

EXHIBIT 1

Interception of e-mail may be a crime under the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and 2107-2709. If you have received this transmission in error, please immediately notify us by replying to this e-mail, or by calling (918) 551-8999, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you for your cooperation

