**From:** Thompson, Jeffrey [AG] Jeffrey.Thompson@ag.iowa.gov
**Subject:** Re: Draft Docs Re: Protective Order
**Date:** October 1, 2021 at 6:26 PM
**To:** Damario SolomonSimmons dss@solomonsimmons.com
**Cc:** aparrish@parrishlaw.com, Peterzalek, Jeffrey [AG] Jeffrey.Peterzalek@ag.iowa.gov, Brandon Brown bbrown@parrishlaw.com, Christian Dennie CDennie@bgsfirm.com, Kym Heckenkemper kheckenkemper@solomonsimmons.com, Emma Weinberg eweinberg@solomonsimmons.com

Thanks for your proposal. I have consulted with my clients. We will not agree to present Coach Ferentz as proposed and will not be withdrawing our motion to quash.

Sent from my iPhone

On Sep 30, 2021, at 5:32 PM, Damario SolomonSimmons <dss@solomonsimmons.com> wrote:

> Good evening Jeff,
>
> First, we have reviewed your proposed protective order and will get back to you with our suggested revisions by end of business tomorrow.
>
> Next, in an effort to come to a compromise on the depositions we noticed for October, we will agree to withdraw the notice for Brian Ferentz. However, we need to depose Kirk Ferentz since your responses to our written discovery have been so sparse. We strongly believe we need Kirk's deposition to help us identify other written discovery and depositions we need to seek and the expert (s) we may need to retain.
>
> As a former football player and athletic department employee at the University of Oklahoma and someone with almost twenty years representing NFL, college, and Olympic coaches, athletes, and administrators, I understand and sympathize with some of the time constraints on coaches during a season. Therefore, to minimize the burden on Kirk Ferentz while allowing us to properly move the case along, we will agree to conduct the deposition virtually so that it will not be necessary for him to travel.
>
> Please let us know if this is an acceptable compromise by the end of business tomorrow. If you decline to withdraw your motion, we will go ahead with filing our response to your motion to quash.
>
> Thanks and good evening.
>
> Damario Solomon-Simmons, Esq., M.Ed.
> Managing Partner
> SolomonSimmonsLaw
> 601 S. Boulder, 600
> Tulsa. Oklahoma 74119

EXHIBIT 2