**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF IOWA; BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE<br><br>　　Defendants. | **CASE NO. 4:20-cv-366**<br><br><br><br>**ORDER COMPELLING THE PRODUCTION OF DOCUMENTS** |

　　The Court has before it Defendants' Motion for Order Compelling the Production of Documents. The Court finds that for good cause shown, Defendants' motion should be GRANTED in full.

**ORDER COMPELLING PRODUCTION OF DOCUMENTS**

　　Defendants acknowledge that student education records are confidential pursuant to the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g. Absent a court order or subpoena and sufficient notice, FERPA-protected documents can only be produced in litigation subject to the written consent of each impacted student or in heavily-redacted form. 20 U.S.C. § 1232g(b)(2)(A); 34 C.F.R. §§ 99.30-99.31, 99.3, 99.31(a)(9), 99.31(b)(1). To avoid the delay and expense of seeking written waivers from potentially thousands of impacted students prior to producing documents in this case, Defendants ask the Court to order the production of unredacted copies of certain FERPA-protected documents upon sufficient notice to impacted students as required by 34 C.F.R. § 99.31(a)(9)(ii). For all the reasons stated and for good cause

1

shown, the Court grants Defendants' motion and hereby orders Defendant University of Iowa to produce to Plaintiffs unredacted copies of the relevant documents, subject to the terms outlined in the Confidentiality Protective Order entered in this case on October 12, 2021 and the notice requirements outlined 20 U.S.C. § 1232g(b)(2)(B) and 34 C.F.R. § 99.31(a)(9)(ii).

IT IS SO ORDERED.

Dated this 12th day of October, 2021.

_____
Helen C. Adams
Chief U.S. Magistrate Judge