IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, DARIAN COOPER, BRANDON SIMON, and JAVON FOY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA, BRIAN FERENTZ, and CHRISTOPHER DOYLE,<br><br>    Defendants. | Case No. 4:20-CV-366<br><br>**ATTORNEYS PARRISH AND BROWN'S MOTION TO WITHDRAW** |

**COMES NOW**, the undersigned counsel, and hereby move to withdraw and respectfully state the following:

1. On December 1, 2020, the above-captioned matter was removed to the United States District Court for the Southern District of Iowa. (Dkt. 1).

2. The Petition appended to the removal papers listed the undersigned counsel as attorneys of record for the Plaintiff.

3. On December 11, 2020, this court granted out-of-state attorney Damario Solomon Simmons' motion for leave to appear pro hac vice. (Dkt. 4).

4. The undersigned have been serving as local counsel since that time.

5. By agreement between counsel for the plaintiffs, the undersigned move to withdraw as local counsel in the above-captioned matter.

6. The undersigned have been in communication with out-of-state counsel who is in the process of obtaining new local counsel.

**WHEREFORE**, the undersigned counsel hereby request this Court enter an order withdrawing them as counsel in the above-captioned matter.

                **PARRISH KRUIDENIER DUNN GENTRY BROWN BERGMANN & MESSAMER, L.L.P.**

By: _____
    Alfredo Parrish    AT0006051
    Brandon Brown    AT0001199
    2910 Grand Avenue
    Des Moines, Iowa 50312
    Telephone: (515) 284-5737
    Facsimile: (515) 284-1704
    Email: aparrish@parrishlaw.com
    bbrown@parrishlaw.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( ) | personal service | ( ) | first class mail |
| ( ) | certified mail, return receipt requested | ( ) | facsimile |
| ( ) | Airborne Express (overnight) | (X) | CMECF |
| | | ( ) | e-mail |

on October 15, 2021.
I declare that the statements above are true to the best of my information, knowledge, and belief.

                      /s/ *Anita Soderblom*

DAMARIO SOLOMON-SIMMONS
601 S. Boulder, Ste 600
Tulsa, Oklahoma, 74119
(918) 551-8999 (telephone)
(918) 582-6106 (facsimile)
ATTORNEY FOR PLAINTIFF

THOMAS J. MILLER
Attorney General of Iowa

Tjmiller@ag.iowa.gov
JEFFREY S. THOMPSON
Solicitor General
Jeffrey.Thompson@ag.iowa.gov
JEFFREY C. PETERZALEK
CHRISTOPHER J. DEIST
SAMUEL P. LANGHOLZ
ATTORNEYS FOR DEFENDANTS


ROGER W. STONE
Simmons Perrine Moyer Bergman PLC
115 Third Street S.E., Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: rstone@spmblaw.com
ATTORNEY FOR BRIAN FERENTZ