IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA; BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br>**JOINT AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's May 26, 2021 Order [Doc. 40], the parties have conferred and agree that a status conference may be of benefit to the parties and the Court. Therefore, the parties set forth the below agenda for the status conference set for October 19 at 10:30 a.m.

### Discussion of Deadlines

The parties have conferred and have, in large part, come to agreements on workable deadlines that keep this case moving effectively and do not in any way interfere with scheduled trial date or dispositive motion deadline. The parties wish to discuss those proposed deadlines and scheduling with the Court.

### Deposition Dates for Kirk and Brian Ferentz

Pursuant to the Court's ruling on Defendants' Motion to Quash [Doc. 57] the parties report to the Court they have agreed to January 18 and 19, 2022 for those depositions.

1

Respectfully submitted,

| | |
|---|---|
| **SOLOMON SIMMONS LAW, PLLC** | **THOMAS J. MILLER** <br> Attorney General of Iowa |
| */s/ Damario Solomon-Simmons* <br> Damario Solomon-Simmons <br> Kymberli J. M. Heckenkemper <br> 601 S. Boulder Ave., Ste. 600 <br> Tulsa, OK 74119 <br> Phone : (918) 551-8999 <br> Fax: (918) 582-6106 <br> dss@solomonsimmons.com <br> kheckenkemper@solomonsimmons.com | */s/ Jeffrey S. Thompson* <br> JEFFREY S. THOMPSON <br> Solicitor General <br><br> */s/ Jeffrey C. Peterzalek* <br> JEFFREY C. PETERZALEK <br> */s/ Christopher J. Deist* <br> CHRISTOPHER J. DEIST <br> */s/ Samuel P. Langholz* <br> SAMUEL P. LANGHOLZ <br> Assistant Attorneys General <br> Department of Justice-Special Litigation <br> Hoover State Office Building <br> Des Moines, Iowa 50319 <br> (515) 281-4419/4213 <br> jeffrey.thompson@ag.iowa.gov <br> jeffrey.peterzalek@ag.iowa.gov <br> christopher.deist@ag.iowa.gov <br> sam.langholz@ag.iowa.gov <br> ATTORNEYS FOR DEFENDANTS |

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on October 15, 2021:

☐ U.S. Mail ☐ FAX
☐ Hand Delivery ☐ Overnight Courier
☐ Federal Express ☐ Other
☒ CM/ECF

Signature: */s/ Audra Drish*