IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>    Defendants. | Case No. 4:20-cv-366<br><br><br><br>**JOINT MOTION TO AMEND SCHEDULING AND TRIAL SETTING ORDER** |

**COME NOW** the Parties, by and through counsel, and, pursuant to Federal Rule of Civil Procedure 16(b)(4), move this Court to amend the Scheduling and Trial Setting Order as follows:

1.    Federal Rule of Civil Procedure 16(b)(4) permits the Court to amend an existing scheduling order upon a showing of good cause. The parties have discussed these proposed changes with Chief Magistrate Adams and explained that the purpose is to provide the parties new deadlines to facilitate orderly development of the case within the existing trial and pretrial deadlines.

2.    The Parties agree on the following proposed changes:

    a.    Amend the deadline for Motions for Leave to Amend to April 8, 2022;

b. Amend the deadline for Plaintiffs' expert designations and reports to May 2, 2022;

c. Amend the deadline for Defendants' expert designations and reports to July 5, 2022;

d. Amend the deadline for Plaintiffs' rebuttal expert reports to August 1, 2022; and

e. Amend the deadline for issuing written discovery requests to September 13, 2022.

3. Additionally, Plaintiffs propose amending the deadline for Motions to Add Parties to March 22, 2022. Defendants do not agree to this proposal.

a. Plaintiffs have requested this amendment because they believe they need further discovery before they have sufficient information to determine whether additional parties are necessary or appropriate. Plaintiffs argue that the current deadline must be altered, because discovery is presently at its infancy and numerous documents remain outstanding and the start of depositions have been delayed until January 2022. Plaintiffs have been diligent in seeking discovery including sending written discovery (including request for production, interrogatories, and request for admissions) on June 28, 2021. Additionally, Plaintiffs started seeking deposition discovery from Defendants in May 2021. Plaintiffs argue they must be afforded the opportunity to obtain necessary discovery, including documents, responses, and depositions, to determine whether additional parties are necessary. Trial in this matter is not until March 2023.

b.     Defendants oppose this amendment because they believe that adding parties so late in the course of the litigation could expand and/or change the scope of the case and threaten the existing trial and pretrial dates.

**WHEREFORE**, the Parties respectfully request the Court grant this joint motion and make the agreed changes to the Scheduling and Trial Setting Order.  The Parties also request that the Court determine the appropriate deadline for motions to add parties.

Respectfully submitted,

| | |
|---|---|
| **SOLOMON SIMMONS LAW, PLLC** | **THOMAS J. MILLER**<br>Attorney General of Iowa |
| */s/ Damario Solomon-Simmons*<br>Damario Solomon-Simmons<br>Kymberli J. M. Heckenkemper<br>601 S. Boulder Ave., Ste. 600<br>Tulsa, OK 74119<br>Phone : (918) 551-8999<br>Fax: (918) 582-6106<br>dss@solomonsimmons.com<br>kheckenkemper@solomonsimmons.com | */s/ Jeffrey S. Thompson*<br>JEFFREY S. THOMPSON<br>Solicitor General<br><br>*/s/ Jeffrey C. Peterzalek*<br>JEFFREY C. PETERZALEK<br>*/s/ Christopher J. Deist*<br>CHRISTOPHER J. DEIST<br>*/s/ Samuel P. Langholz*<br>SAMUEL P. LANGHOLZ<br>Assistant Attorneys General<br>Department of Justice-Special Litigation<br>Hoover State Office Building<br>Des Moines, Iowa 50319<br>(515) 281-4419/4213<br>jeffrey.thompson@ag.iowa.gov<br>jeffrey.peterzalek@ag.iowa.gov<br>christopher.deist@ag.iowa.gov<br>sam.langholz@ag.iowa.gov<br>ATTORNEYS FOR DEFENDANTS |

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on October 22, 2021:

| | |
|---|---|
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivery | ☐ Overnight Courier |
| ☐ Federal Express | ☐ Other |
| ☒ CM/ECF | |

Signature: */s/ Audra Drish*