IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, MAURICE FLEMING, REGGIE SPEARMAN, KEVONTE MARTIN-MANLEY, DARIAN COOPER, LARON TAYLOR, BRANDON SIMON, JAVON FOY, ANDRE HARRIS, and TERRENCE HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS OF THE STATE OF IOWA, GARY BARTA, KIRK FERENTZ, BRIAN FERENTZ, CHRISTOPHER DOYLE, and RAIMOND BRAITHWAITE,<br><br>Defendants. | Case No. 4:20-cv-00366-SMR-HCA<br><br><br><br>**APPEARANCE OF COUNSEL** |

COMES NOW the undersigned attorney and hereby enters her Appearance on behalf of all the Plaintiffs.

                                        */s/Beatriz Mate-Kodjo*
                                        TIMMER & JUDKINS, P.L.L.C.
                                        Beatriz Mate-Kodjo AT0012331
                                        beatriz@timmerjudkins.com
                                        1415 28th Street, Suite 375
                                        West Des Moines, IA 50266
                                        Telephone: (515) 259-7462
                                        Facsimile: (515) 361-5390
                                        **ATTORNEY FOR PLAINTIFFS**