IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>    Defendants. | Case No. 4:20-cv-366<br><br><br><br><br><br><br>**PLAINTIFFS' AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's May 26, 2021 Order [Doc. 40], the parties have conferred and agree that a status conference may be of benefit to the parties and the Court. Therefore, Plaintiffs set forth the below agenda for the status conference set for December 15 at 11:00 a.m.

**Outstanding Discovery**

The parties have emailed two letters to the Court—one from the Plaintiffs to defense counsel outlining deficiencies in Defendants' discovery responses and document productions, and one from Defendants responding to Plaintiffs' letter. The parties would like to discuss the issues described therein with the Court to try to come to a resolution without Plaintiffs' having to file a motion to compel.

1

Additionally, there are three subpoenas pursuant to which responsive documents or objections are due December 15, 2021—one to Husch Blackwell, one to the NCAA, and one to the Big Ten Conference. Plaintiffs would like to discuss any issues the Defendants may have with the subpoenas to avoid having to file motions to quash and responses thereto.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

*/s/Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:   (918) 558-8039
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**TIMMER & JUDKINS, PLLC**
Beatriz Mate-Kodjo, AT0012331
1415 28th Street, Ste. 375
West Des Moines, IA 50266
Phone: (515) 259-7462
Fax: (515) 361-5390
beatriz@timmerjudkins.com

***Attorneys for Plaintiffs***