IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, MAURICE FLEMING, REGGIE SPEARMAN, KEVONTE MARTIN-MANLEY, DARIAN COOPER, LARON TAYLOR, BRANDON SIMON, JAVON FOY, ANDRE HARRIS, and TERRENCE HARRIS,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS OF THE STATE OF IOWA, GARY BARTA, KIRK FERENTZ, BRIAN FERENTZ, CHRISTOPHER DOYLE, and RAIMOND BRAITHWAITE,<br><br>        Defendants. | Case No.  4:20-cv-00366-SMR-HCA<br><br><br><br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

COMES NOW the undersigned attorney to notify the Court and parties of her change of address.

The undersigned will continue to represent all Plaintiffs with her co-counsel and current counsel of record. A Change of Attorney Information Form has also been emailed to iasd_attorneyreg@iasd.uscourts.gov.

                                        */s/Beatriz Mate-Kodjo*
                                        BMK LAW FIRM, P.L.L.C.
                                        Beatriz Mate-Kodjo AT0012331
                                        beatriz@mate-kodjo-law.com
                                        1910 Washington Street, Suite 100
                                        Pella, IA 50219
                                        Telephone: (641) 450-1668
                                        Facsimile: (641) 847-7968
                                        **ATTORNEY FOR ALL PLAINTIFFS**