# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, MAURICE FLEMING, REGGIE SPEARMAN, KEVONTE MARTIN-MANLEY, DARIAN COOPER, LARON TAYLOR, BRANDON SIMON, JAVON FOY, ANDRE HARRIS, and TERRENCE HARRIS,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS OF THE STATE OF IOWA, GARY BARTA, KIRK FERENTZ, BRIAN FERENTZ, CHRISTOPHER DOYLE, and RAIMOND BRAITHWAITE,<br><br>   Defendants. | Case No.  4:20-cv-00366-SMR-HCA<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

  Christian Dennie, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of all Plaintiffs.

  Christian Dennie is a member in good standing of the bar of Texas and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with pro hac vice representation in this case.

  Christian Dennie agrees to comply with the associate counsel requirements of LR 83.1.d.3 by associating with Beatriz Mate-Kodjo, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case (ECF No. 69).

Respectfully submitted,

BARLOW GARSEK & SIMON, L.L.P.
920 Foch Street
Fort Worth, Texas 76107
Telephone: 817-731-4500
Facsimile: 817-731-6200

BY: _____
CHRISTIAN DENNIE
State Bar No. 24045775
cdennie@bgsfirm.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on the 5th day of January, 2022, the foregoing document was served on all counsel of record in accordance with the *Federal Rules of Civil Procedure*.

_____
Christian Dennie