**Subject:** Re: Wadley, et al. v. University of Iowa, et al. - Discovery
**Date:** Tuesday, December 7, 2021 at 11:12:27 AM Central Standard Time
**From:** Beatriz Mate-Kodjo
**To:** Drish, Audra [AG], Peterzalek, Jeffrey [AG], Thompson, Jeffrey [AG], Deist, Christopher, Langholz, Sam, Sander, Julie, Parr, Rhonda [AG], Watson, Jodi
**CC:** Damario SolomonSimmons, Kym Heckenkemper, Emma Weinberg, cdennie@bgsfirm.com

Thanks Audra!

Counsel,

On 11/24 we requested supplemental discovery responses by 12/3. We did not receive any supplemental responses or documents on Friday, over the weekend, or yesterday. Please let us know your timeline for supplementation.

Our upcoming status conference will be most efficient if we can review Defendants' response to our deficiency letter and supplemental responses so the parties can provide the Court with a succinct list of deficiencies/points of disagreement prior to 12/15.

Thanks,

Beatriz

---

**From:** Drish, Audra [AG] <Audra.Drish@ag.iowa.gov>
**Date:** Tuesday, December 7, 2021 at 9:50 AM
**To:** Beatriz Mate-Kodjo <beatriz@timmerjudkins.com>, Peterzalek, Jeffrey [AG] <Jeffrey.Peterzalek@ag.iowa.gov>, Thompson, Jeffrey [AG] <Jeffrey.Thompson@ag.iowa.gov>, Deist, Christopher <christopher.deist@ag.iowa.gov>, Langholz, Sam <Sam.Langholz@ag.iowa.gov>, Sander, Julie <Julie.Sander@ag.iowa.gov>, Parr, Rhonda [AG] <rhonda.parr@ag.iowa.gov>, Watson, Jodi <Jodi.Watson@ag.iowa.gov>
**Cc:** Damario SolomonSimmons <dss@solomonsimmons.com>, Kym Heckenkemper <kheckenkemper@solomonsimmons.com>, Emma Weinberg <eweinberg@solomonsimmons.com>, cdennie@bgsfirm.com <cdennie@bgsfirm.com>
**Subject:** RE: Wadley, et al. v. University of Iowa, et al. - Discovery

Hi Beatriz,

Attached are the two files requested below.

Thank you.



**Audra (Drish) Jobst**
**Paralegal**
**Office of the Attorney General of Iowa**
1305 E. Walnut St.
Des Moines, Iowa 50319
Main: (515) 281-5164 | Direct: (515) 725-0107
Email: audra.drish@ag.iowa.gov | www.iowaattorneygeneral.gov

**From:** Beatriz Mate-Kodjo <beatriz@timmerjudkins.com>
**Sent:** Thursday, December 2, 2021 12:53 PM
**To:** Peterzalek, Jeffrey [AG] <Jeffrey.Peterzalek@ag.iowa.gov>; Thompson, Jeffrey [AG] <Jeffrey.Thompson@ag.iowa.gov>; Deist, Christopher <christopher.deist@ag.iowa.gov>; Langholz, Sam <Sam.Langholz@ag.iowa.gov>; Drish, Audra [AG] <Audra.Drish@ag.iowa.gov>; Sander, Julie <Julie.Sander@ag.iowa.gov>; Parr, Rhonda [AG] <rhonda.parr@ag.iowa.gov>; Watson, Jodi <Jodi.Watson@ag.iowa.gov>
**Cc:** Damario SolomonSimmons <dss@solomonsimmons.com>; Kym Heckenkemper <kheckenkemper@solomonsimmons.com>; Emma Weinberg <eweinberg@solomonsimmons.com>; cdennie@bgsfirm.com
**Subject:** Re: Wadley, et al. v. University of Iowa, et al. - Discovery

Hi Jeff,

Thanks for your response. I didn't realize your office was closed the day I sent my email and request to reach out regarding an earlier status conference. I hope you all enjoyed the Thanksgiving break.

Yes, please produce those ranges again:

   a. STATE 1434-1435

   b. STATE 11888-12316

We look forward to receiving Defendants' 3rd Supplemental Responses and documents tomorrow. Once we review those we can circle back regarding what will need to be discussed with Judge Adams on 12/15, or sooner.

Thanks,

Beatriz

**From:** Peterzalek, Jeffrey [AG] <Jeffrey.Peterzalek@ag.iowa.gov>
**Date:** Monday, November 29, 2021 at 5:36 PM
**To:** Beatriz Mate-Kodjo <beatriz@timmerjudkins.com>, Thompson, Jeffrey [AG] <Jeffrey.Thompson@ag.iowa.gov>, Deist, Christopher <christopher.deist@ag.iowa.gov>, Langholz, Sam <Sam.Langholz@ag.iowa.gov>, Drish, Audra [AG] <Audra.Drish@ag.iowa.gov>, Sander, Julie <Julie.Sander@ag.iowa.gov>, Parr, Rhonda [AG] <rhonda.parr@ag.iowa.gov>, Watson, Jodi <Jodi.Watson@ag.iowa.gov>
**Cc:** Damario SolomonSimmons <dss@solomonsimmons.com>, Kym Heckenkemper <kheckenkemper@solomonsimmons.com>, Emma Weinberg <eweinberg@solomonsimmons.com>, cdennie@bgsfirm.com <cdennie@bgsfirm.com>
**Subject:** RE: Wadley, et al. v. University of Iowa, et al. - Discovery

Hello Beatriz et al:

We are working on a response to issues raised in your letter. I would note initially that the documents you mention in section II a and b of your letter, according to our records, were provide in our 10/15/21 One Drive upload. Please let us know if, for some reason, you don't have those.

It does appear that we have a status conference now scheduled for December 15th. In the interim I think we can resolve some of these issues and, for any remaining issues, we can provide an agenda to Judge Adams prior to our conference advising of matters we would like to take up with her.

Please let me know if you wish to discuss further.

**Jeffrey C. Peterzalek**
**Assistant Attorney General**
**Office of the Attorney General of Iowa**
1305 E. Walnut St.
Des Moines, Iowa 50319
Main: (515) 281-5164 | Direct: (515) 281-4213
Email: Jeffrey.Peterzalek@ag.iowa.gov | www.iowaattorneygeneral.gov

---

**From:** Beatriz Mate-Kodjo <beatriz@timmerjudkins.com>
**Sent:** Wednesday, November 24, 2021 11:29 AM
**To:** Thompson, Jeffrey [AG] <Jeffrey.Thompson@ag.iowa.gov>; Peterzalek, Jeffrey [AG] <Jeffrey.Peterzalek@ag.iowa.gov>; Deist, Christopher <christopher.deist@ag.iowa.gov>; Langholz, Sam <Sam.Langholz@ag.iowa.gov>; Drish, Audra [AG] <Audra.Drish@ag.iowa.gov>; Sander, Julie <Julie.Sander@ag.iowa.gov>; Parr, Rhonda [AG] <rhonda.parr@ag.iowa.gov>; Watson, Jodi <Jodi.Watson@ag.iowa.gov>
**Cc:** Damario SolomonSimmons <dss@solomonsimmons.com>; Kym Heckenkemper <kheckenkemper@solomonsimmons.com>; Emma Weinberg <eweinberg@solomonsimmons.com>; cdennie@bgsfirm.com
**Subject:** Wadley, et al. v. University of Iowa, et al. - Discovery

Counsel,

Please see attached letter regarding outstanding discovery.

Please let us know if we can send a joint email requesting a status conference with Judge Adams by the end of today.

I hope you all enjoy the Thanksgiving holiday!

Beatriz



**BEATRIZ MATE-KODJO**  |  Attorney
1415 28th Street, Suite 375, West Des Moines, IA 50266
515.259.7462  |  [www.timmerjudkins.com](www.timmerjudkins.com)
*she/her/hers*