**Subject:** Rule 37 Conferral - 1/4/22
**Date:** Thursday, January 6, 2022 at 8:54:57 AM Central Standard Time
**From:** Beatriz Mate-Kodjo
**To:** Jeffrey Thompson, Jeffrey Peterzalek, Christopher Deist, Sam Langholz, Drish, Audra [AG], julie.sander@ag.iowa.gov, rhonda.parr@ag.iowa.gov, jodi.watson@ag.iowa.gov
**CC:** Damario Solomon-Simmons, Kym Heckenkemper, Emma Weinberg, cdennie@bgsfirm.com

Counsel:

Thank you for taking time to confer Tuesday regarding Plaintiff's Second Requests for Production. As discussed, we look forward to receiving supplemental email production this week and a response to the narrowed personnel file requests by Friday.

We will wait an additional two weeks (through January 18) for supplemental responses prior to filing a motion to compel.

I've summarized the substance of our 40-minute call below. Please let us know if we've misstated anything or if you have points of clarification.

**Summary:**

**RFP Nos 1-18.** Personnel File Requests.
- <u>Agreement</u>: Plaintiff's requests for personnel files may be broader than necessary.
    - Plaintiffs agree to narrow these personnel file requests by excluding the following information: tax withholdings, dates of birth, SSN, beneficiary information, medical records, spouse/kids contact information, wage information, and contracts for employment

Plaintiffs DO want and believe we are entitled to performance evaluations, anything relevant to discipline, and anything related to Plaintiff's claims.

**RFP No. 7:** The parties discussed that the withheld HB personnel report of Seth Wallace will not be produced within his personnel file. This will be taken up on MTC regarding the HB subpoena and/or MTC against Defendants due January 28, 2022.

**RFP No. 18:** Mims personnel file
**RFP No. 25**: Mims discrimination complaint(s)
**RFP No. 26:** Mims settlement agreement, if any
- Plaintiffs cannot find online.
- Defendants will look and confirm whether settlement agreement exists or not
    - We did not discuss during the call, but we request said confirmation to occur by January 18, 2022.
- <u>Disagreement</u>:
    - Defendants insist Mims' employment discrimination claims and related documents (if any) do not latch on or relate in any way to Plaintiff's claims.
    - Plaintiff disagrees: if there was employment discrimination within the athletic department it is probative of the culture within the athletic department which our athletes endured. Also probative of policies and practices to enforce.

**RFP No. 19, 24, 28**: Defendants have not exhausted their searches and do not want to unequivocally state there are no responsive documents just yet. Defendants are also searching if there are separate notes,

minutes, outside of ESI and are broad so will take time. We understand that due your client's Bowl prep and Bowl attendance they have been unavailable and you have not had opportunity to reconnect with client contacts regarding document searches.

**RFP Nos. 20-21:** (Ben Niemann docs) We understand any responsive documents would be produced by January 18, 2022.

**RFP No. 23:** (Binns docs) We understand any responsive documents would be produced by January 18, 2022.

**RFP No. 27:** HB did not submit a requisition. No other responsive agreements or requisitions. HB/UI have a retainer agreement this should be listed on Privilege Log if it is not currently.

**RFP No. 28:** (Wadley's meal card)
- Disagreement: Proving a negative.
    - We asked for these records because according to Kirk Ferentz, "Some of the things were just flat-out not true," Ferentz said regarding Wadley's allegations. "Not true. I mean, we have never held back a (meal) card. I'm not a great record keeper. (Iowa assistant director of football operations) Ben Hansen is meticulous. Never happened." *See* https://www.si.com/college/iowa/football/ferentz-wadley-nfl-draft-073020
    - We understand any responsive documents will be produced by January 18, 2022.

We discussed that the January depositions must be cancelled because of the status of the University's outstanding written discovery responses.

In addition to the delays caused by ongoing searches, following the last status conference with Judge Adams, the parties now also know we will have at least two motions to compel (Plaintiff's Second Requests + Husch Blackwell documents) that will be briefed over the next few months. Given the delays in written discovery responses, our best estimate is depositions taking place in the spring.

The deadline to add new parties is February 10, 2022. We suspect the documents we need to review to determine if new parties must be added will not be produced by this date and we need to ask the Court to push the deadline to add new parties. Please let us know if we can make this a joint request.

Thank you,

Beatriz

**BEATRIZ MATE-KODJO** | Managing Partner
1910 Washington Street, Suite 100, Pella, IA 50219
Ph: (641) 450 - 1668 | F: (641) 847 - 7968
*she/her/hers*