| | |
|---|---|
| **From:** | Modestou, Jennifer A |
| **Sent:** | Tuesday, June 09, 2020 11:17 AM |
| **To:** | Barta, Gary A |
| **Cc:** | Harreld, J. Bruce; Reasoner, Carroll J; Matthes, Peter S; Fuentes, Montserrat; Stevenson Earl, Tiffini A |
| **Subject:** | RE: Review Request |

Gary,

I am in support of this request from Athletics. Please keep our office informed as you make your selection of the external review partner.

Kind regards,
-Jennifer

**Jennifer Modestou, SPHR, SHRM-SCP**
Director, Deputy Title IX Coordinator
Office of Equal Opportunity and Diversity
Division of Diversity, Equity, and Inclusion

University of Iowa
202 Jessup Hall
Iowa City, IA 52242

(319) 335-0705 (voice)
(319) 353-2088 (fax)
(319) 335-0697 (TDD)
jennifer-modestou@uiowa.edu

*This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information.  Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited.  If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.  Thank you.*

---

**From:** Barta, Gary A <gary-barta@hawkeyesports.com>
**Sent:** Tuesday, June 9, 2020 10:10 AM
**To:** Harreld, J. Bruce <bruce-harreld@uiowa.edu>; Modestou, Jennifer A <jennifer-modestou@uiowa.edu>
**Cc:** Reasoner, Carroll J <carroll-reasoner@uiowa.edu>; Matthes, Peter S <peter-matthes@uiowa.edu>
**Subject:** Review Request

Bruce and Jennifer:

Attached is a request for your review. Please let me know if we have your permission to proceed.

Thank you.

Gary