

THOMAS J. MILLER
ATTORNEY GENERAL

JEFFREY PETERZALEK
ASSISTANT ATTORNEY GENERAL

IOWA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164 • Direct: 515-281-4213
Email: Jeffrey.Peterzalek@ag.iowa.gov
www.iowaattorneygeneral.gov

December 10, 2021

*via beatriz@timmerjudkins.com*

Re: Wadley, et al v. University of Iowa, et al, Case No. 4:20-cv-366

Dear Beatriz,

    I am in receipt of your November 24, 2021 letter and enclose our responses below. As a general note, discovery in this matter does not close until September 13, 2022, and Defendants are allowed to supplement discovery up until that time. Therefore, Defendants decline to provide an affirmative statement that all documents to a request have already been produced.

    Defendants are doing their due diligence to gather all responsive documents, however, with the pending bowl game, the football season is still very much underway and presents additional challenges to this gathering process.

    **I.**   **Supplemental Responses** - Defendants are providing 3rd supplemental responses contemporaneously with this letter.

    **II.**   **Documents Not Produced** - These documents were included in the 10/15/21 OneDrive link and have been resubmitted to you.

    **III.**   **Outstanding Supplementation**

        a. Chris Doyle's Performance Evaluations
        See STATE 1726-1728, 1730-1733, 1755-1757, 1764-1774, 1776-1786, 1790-1793, and 1796-1799 previously produced.

        b. Husch Personnel Reports

        The personnel files produced have been identified as responsive and any documents withheld will be included in the privilege log. Defendants will supplement this request if any additional documents are identified. See also the general note above.

    **IV.**   **Withheld Documents -** Defendants will provide a privilege log. See also the general note above.

    **V.**   **RFPs with Boilerplate Objections –** We disagree with your assertion that objections to certain discovery requests are "boilerplate" objections. The substantive objections to

certain discovery requests are set forth in detail and contain citation to legal authority supporting those objections. Many, if not all your listed requests where objections have been made have been further addressed in our 3rd supplemental responses including by providing documents notwithstanding previously asserted objections.

VI. **RFPs with FERPA Objections –** A substantial amount of FERPA protected materials have been provided. Certain remaining materials are being reviewed, and redacted where appropriate, to protect non-party personal identifying information.

VII. **Denial of RFA 6 –** If you carefully read Request for Admission number 6, as we did, you will see that the request contains different language than your letter claims. The attorney client relationship between the University and Husch Blackwell is also addressed in our responses to Requests for Admissions 7 through 11.

VIII. **Status Conference**

The status conference has been reset to December 15, 2021. As previously mentioned in my 11/29/21 email, I think we can resolve at least some of these issues and can provide an agenda to Judge Adams prior to the conference for any remaining issues.

Please don't hesitate to contact me if you have any questions or concerns.

Sincerely,


Jeffrey Peterzalek
Assistant Attorney General



cc:	dss@solomonsimmons.com
	kheckenkemper@solomonsimmons.com
	eweinberg@solomonsimmons.com
	cdennie@bgsfirm.com
	rstone@spmblaw.com