Page 1

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

- - - - - - - - - - - - - - - X
TRACEY GRIESBAUM,                :
          Plaintiff,             :
vs.                              :  CL No. LACL134713
THE UNIVERSITY OF IOWA, BOARD    :
OF REGENTS, STATE OF IOWA,       :
and the STATE OF IOWA,           :
          Defendants.            :
- - - - - - - - - - - - - - - X

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

- - - - - - - - - - - - - - - X
JANE MEYER,                      :
          Plaintiff,             :
vs.                              :Case No. LACL133931
THE UNIVERSITY OF IOWA, BOARD    :
OF REGENTS, STATE OF IOWA,       :
and the STATE OF IOWA,           :
          Defendants.            :
- - - - - - - - - - - - - - - X

VIDEOTAPED DEPOSITION OF WILLIE FRED MIMS,

taken by the Plaintiffs before Susan E. Frye, Certified Shorthand Reporter of the State of Iowa, at the Office of the Vice President for Research and Economic Development Conference Room, 2660 University Capitol Centre, Iowa City, Iowa, commencing at 9:04 a.m., Tuesday, January 10, 2017.

SUSAN E. FRYE - CERTIFIED SHORTHAND REPORTER

Page 2

APPEARANCES:

For the Plaintiffs:   JILL M. ZWAGERMAN, ESQ.
                      THOMAS A. NEWKIRK, ESQ.
                      Newkirk Zwagerman, P.L.C.
                      515 East Locust Street
                      Suite 300
                      Des Moines, IA 50309

For the Defendants:   GEORGE A. CARROLL, ESQ.
                      Assistant Attorney General
                      Hoover State Office Building
                      Second Floor
                      1305 East Walnut Street
                      Des Moines, IA 50319

                      MARIA LUKAS, ESQ.
                      The University of Iowa
                      Office of the General Counsel
                      120 Jessup Hall
                      Iowa City, IA 52242-1316

Also Present:         TRACEY GRIESBAUM
                      JANE MEYER
                      JANIS FORTIN, Videographer

Page 3

I N D E X

WITNESS:  WILLIE FRED MIMS                          PAGE

    Examination by Ms. Zwagerman. . . . . . . . 5

EXHIBITS:                                         MARKED

(No exhibits marked)

Page 4

1            P R O C E E D I N G S
2            THE VIDEOGRAPHER:  We are on the record
3   at 9:04 a.m. on January 10th, 2017, to take the
4   videotape deposition of Fred Mims in the case of
5   Tracey Griesbaum, Plaintiff, versus The University
6   of Iowa, Board of Regents, State of Iowa, and the
7   State of Iowa, Defendants, CL No. LACL134713, and
8   also in the case of Jane Meyer, Plaintiff, versus
9   The University of Iowa, Board of Regents, State of
10  Iowa, and the State of Iowa, Defendants,
11  Case No. LACL133931, both in the District Court of
12  Iowa for Polk County.
13           This deposition is being taken at the
14  conference room within the UI Research Department
15  of the University of Iowa, Iowa City, Iowa.
16           My name is Janis Fortin, and I am the
17  videographer today.  Susan Frye is the court
18  reporter.
19           Would the attorneys present please
20  introduce themselves for the record, following
21  Susan will swear in the witness.
22           MS. ZWAGERMAN:  Jill Zwagerman and Tom
23  Newkirk for Plaintiffs Tracey Griesbaum and Jane
24  Meyer.
25           MR. CARROLL:  George Carroll for

Page 17

would do to ensure that you were treating the students the same?

A. Be open to their comments and concerns and listen to them all equally and then provide services to assist any student-athlete that came forth with concerns or issues.

Q. And did you have any training by the University on dealing, I guess, generally with student-athletes if they came to you with a concern, what you were supposed to do, where you were supposed to go, how you were supposed to address it, anything like that?

A. Well, there wasn't -- keep in mind, 38 years I began working with students. I helped develop policies and procedures. So the training I received was going to conferences and dealing with issues and building a program and establishing a guidelines and so forth. So I helped develop the training.

Q. Were you ever given any training on whether -- well, let me ask you this: In your experience with dealing with students on a regular basis, did you ever notice a pattern with, you know, females bringing one type of complaints and males bringing another type of complaint or

Page 18

anything like that?

A. Well, you tend to not stereotype, but in some senses I think the female athletes are a little bit more aggressive when there are issues, and doesn't tend to get over them as easy as the male might. And I speak from experience of having two daughters who were Division I athletes at the University of Iowa.

Q. And so you said that female athletes may be more aggressive in pursuing their concerns, is that --

A. No. Vocalizing their concerns.

Q. And not to say this in a negative light towards females, but is it, you know, in your experience you found that more females would complain about things than males did?

A. That's a tough one to answer. I guess I can't answer that.

Q. While just from a -- what types of complaints, I guess, would males bring to you, to your attention?

A. Mistreatment, a coach not paying attention to guidelines in regards to protocols they establish for a team. An Afro-American student-athlete would come forward and talk about

Page 19

racism, and we'd have to deal with those type things. They will talk in terms of having resources available for them for participation. Those type things are brought forth by the males, as well as females.

Q. Did you ever get concerns brought to you about -- and I guess I'm just trying to get kind of a scope of what kinds of things were brought to your attention. You know, would students come to you and say "I'm homesick, and I'm -- you know, I'm not -- I don't know how to deal with this"? I mean, is that something that they would bring?

A. I dealt with that as well, and I had an open-door policy and mentored a number of student-athletes, and I guess my relationship with them is proof of that, that they trusted in me and could come to me with those type issues.

I've had students who I invite to my home who sat out on my deck and cried because they were homesick and wanted to leave the University, so I'd work with their parents and the students and the coaches and try to mitigate the situation as best we could.

Q. And were the students who would, you know, come to your home and, you know, tell you

Page 20

about the homesickness, were they primarily female over male?

A. No. These were males I was talking about here.

Q. So males would get homesick too?

A. Oh, definitely.

Q. And is -- sometimes is that -- that homesickness something that's just too much for them to overcome, and they end up leaving the program?

A. It's a big transition for a lot of students, male and female. When they come to a Division I program, you know, they expect to play a lot, and sometimes they don't. The intensity of the workouts is much greater. The expectation and requirements by the sport is much greater than they're used to. So that transition is a big thing for students. Plus you're trying to do it academically, you're beat up, you're sore, and you don't have mamma there to take care of you, you know. And so they go through a transition period where they become very distressful.

And I'll add this: That's one of the reasons I pushed and developed a position for a staff psychologist, because I dealt with many of

Page 21

1 those issues for male and female student-athletes;
2 and it got to the point I needed to hang my shingle
3 on the door I'd have so much coming through my
4 office. So I pushed, and we finally got a staff
5 psychologist on board.
6     Q.  Now, from an administrative perspective,
7 you know, you've got a student who's coming in, and
8 they're, you know, what you said, they're homesick,
9 they're sore, they're not used to the intensity of
10 the workouts. You know, things just aren't going
11 well for them. If they decide to leave, is that a
12 negative reflection upon the coach or the program?
13     A.  Well, anytime you lose a student, it's a
14 negative impression on things, because you put a
15 lot of resources in recruiting them, and you hope
16 that you do a good enough job of assessing that
17 person's abilities when they come in -- as well as
18 their mental state when they come to the University
19 because of the resources and time and commitment
20 you put into that recruitment. And so we take that
21 very seriously, and in many cases would not want to
22 lose students.
23         And keep in mind, a number of years ago
24 the NCAA started publicizing graduation rates, and
25 the true graduation rate, who -- how many come in

Page 22

1 the front door, how many leaves out the back door
2 after four or five years, and those statistics were
3 made public. So that's a concern as well for every
4 university, and there's penalties when you fall
5 below a certain threshold.
6     Q.  And as far as you're aware, though, there
7 wasn't a -- more of an emphasis on the females to
8 stay in their programs than males staying in their
9 programs, were there?
10     A.  No, not from my office and my perspective
11 there was not.
12     Q.  Okay. I mean, it's concerning if a
13 football player leaves just as much as it's
14 concerning if a female swimmer leaves.
15     A.  Very much, yes, because I've had
16 discussions with the football staff about those
17 situations.
18     Q.  About players leaving?
19     A.  Yes.
20     Q.  And when we're talking about a football
21 team, there's a lot of them, lot of players on that
22 team.
23     A.  There's a few.
24     Q.  Yeah. I mean, more so than any other
25 sport.

Page 23

1     A.  Yes.
2     Q.  And do -- has Iowa done any kind of
3 comparison, at least when you were there, about the
4 percentages of athletes that were leaving per
5 sport?
6     A.  Oh, yes. We look at that. Every year we
7 look at it. We keep detailed notes of every
8 recruiting class and how many are existing after a
9 certain period of time, similarly what the
10 University was doing with students that come into
11 campus, and I was involved in discussions there
12 where at one time we were losing a third of our
13 Afro-American males in the first year. And so you
14 have to look at those statistics in order to make
15 changes in your program and suggest approaches that
16 may help them stay.
17     Q.  And in your experience, did you ever
18 notice anything with -- you know, you might not
19 lose anyone -- the coach may not lose anyone on the
20 team for a few years, and then you may, you know,
21 three or four gone?
22     A.  The hope is you go many years without
23 losing anybody from most of our sport teams. We
24 didn't have wholesale departures of students from a
25 number of different sport teams. That didn't

Page 24

1 occur.
2     Q.  So -- but is it fair to say that no
3 matter how hard the administration tries, no matter
4 how hard the coach tries, there will be some
5 student-athletes who leave for whatever reason?
6     A.  Yes. Oh, no doubt about that.
7     Q.  And it doesn't mean that the coach was
8 mean or wasn't fair or anything like that. It
9 could be a whole host of other reasons.
10     A.  A whole host of other reasons, correct.
11     Q.  In your experience as the sport
12 administrator -- or the sport director, is it
13 important for you to attend competitions?
14     A.  You need to show support of your sport
15 team, but not all competitions, but a number of
16 them.
17     Q.  And why would you want to show support?
18     A.  Well, two things. Especially the sports
19 that you oversee, you want to see how they conduct
20 things. You want to go to a practice every now and
21 then to see how -- what's happening there so you
22 have firsthand experiences. You want to show
23 support. The students appreciate you being there
24 as well, and the coaches appreciate having you
25 around so you understand what they go through.

Page 41

 1  concerns.  Do you see a pattern more of female
 2  athletes' parents bringing more concerns to the
 3  University than male?
 4      A.   No.  I've been hit by parents and groups
 5  from Detroit, from Texas, and other places raising
 6  concerns about the treatment of their students that
 7  come to the University of Iowa athletics program.
 8  And so I've dealt with them from different levels
 9  and different numbers.  It could be Afro-Americans
10  out of Detroit.  It could be Afro-Americans out of
11  Texas.  It could be students from the East Coast
12  who complain about coming here to the Midwest
13  having issues and so forth.
14           So I've dealt with them all over the
15  place, and it's not just the female athletes also.
16  But, you know, I will say that the issues that we
17  had with our male athletes haven't risen to the
18  surface like they have with the female athletes.
19      Q.   What do you mean, they aren't --
20      A.   Publicly.
21      Q.   And what do you mean by that?  Like is
22  that a student thing or a university thing that
23  they're not --
24      A.   I think it might be more of a student
25  thing, where the students, the male students, go

Page 42

 1  through, and their parents raise issues, but they
 2  don't -- they don't keep talking about it, I guess.
 3      Q.   Is there any sport that has been immune,
 4  as far as you know, from some parent or
 5  student-athlete saying that they've been mistreated
 6  or abused in some way?
 7      A.   That's a good question.  I'd have to
 8  think about that a little bit.
 9           You know, at various times you'll -- I
10  love it when we don't have issues and people raise
11  concerns.  As I think through, at one period of
12  time probably all sport teams had issues.  It
13  depends on the time.  We hear more, you know,
14  through the years.
15           I'll give you an example.  Wrestling, we
16  have some concerns but very few, because they
17  understand this is what the program requires, this
18  is what you need to do to be a part of this
19  Division I program.  And so I think the students
20  themselves police themselves when they come into
21  it, their expectations are very high and a
22  demanding program; and that's the Dan Gable way, if
23  you will.  And so you have very few complaints
24  along those lines.
25           But all other sports seem to have

Page 43

 1  discussions that come forth.
 2      Q.   And do you ever see as part of, you know,
 3  these discussions that, you know, perhaps there's
 4  more -- if there's a more -- and forgive me here, I
 5  don't want to categorize student-athletes as being
 6  negative, but sometimes you get a group of
 7  student-athletes who are a little bit more
 8  negative, and they feed off of each other.  Do you
 9  ever see that kind of thing?
10      A.   Oh, yes.  Yeah, that occurs from time to
11  time, and I'll give you an example of baseball, for
12  example.
13           Our new coach came in, and he had some
14  concerns with the students in his view.  He came to
15  me and asked would I come and talk to the group.
16  And he was frustrated with some of the things.  And
17  I went and I talked to them, and I talked to them
18  very candidly about expectations and what they
19  wanted to see in a coach, and they had that; "What
20  are you going to do as individuals to make sure
21  you're giving all you can give and reach the goals
22  you've set for yourselves?"
23           So I've had those kind of discussions,
24  and I've been asked by a few coaches to come in and
25  talk to their team from time to time.

Page 44

 1      Q.   How important is it for the
 2  administration to send a message to the
 3  student-athletes that "While we understand you may
 4  have concerns, and we want you to talk to them
 5  about them, we also support our coaches in our
 6  programs"?
 7      A.   Oh, we do that routinely, especially when
 8  allegations or concerns are first being raised, you
 9  know.  I've been in meetings where the first thing
10  that's said to the parents of the student is "We're
11  not going to fire the coach.  We want to hear what
12  you have as concerns, but we're not going to fire
13  the coach.  So let's talk.  So let's get that out
14  of the way in the beginning, but let's talk about
15  it."  So we want to make our program better; we
16  want to move forward to address any issues that may
17  exist.
18           And so I think that's important to every
19  program around the country.
20      Q.   How does -- I guess how do you as sport
21  administrators, how do you balance that?  How do
22  you balance the concern of the student-athlete with
23  you've got to let the coach coach?
24      A.   Well, it may be difficult for some,
25  easier for others.  It depends on your background