IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSITY OF IOWA, ET AL., <br><br> Defendants. | Case No. 4:20-cv-00366-SMR-HCA <br><br> **DECLARATION OF ATTORNEY BEATRIZ MATE-KODJO** |

<u>DECLARATION OF BEATRIZ MATE-KODJO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES.</u>

**Pursuant to LR 37(a) and 28 U.S.C. § 1746, Beatriz A. Mate-Kodjo, hereby declares as follows:**

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set out in the foregoing declaration is based on my personal knowledge.

2. I am an attorney at law practicing through BMK Law Firm, P.L.L.C. I serve as Local Counsel for the above-named Plaintiffs and am familiar with the facts of this case. I submit this declaration in support of Plaintiffs' Motion to Compel.

3. In May 2021, Plaintiffs served original discovery requests including First RPDs.

4. In November 2021, Plaintiffs served Second RPDs.

5. Discovery sought by Plaintiffs is relevant to the claims and defenses in this case and is proportional to the needs of this case.

6. Plaintiffs seek to finalize written discovery responses to close the loop on any follow up document requests and to thoroughly prepare for depositions.

7. Counsel for the parties conferred via telephone on January 4, 2022, for approximately forty (40) minutes regarding Defendants' Responses to Plaintiffs' Second RPDs.

8. The undersigned followed up with defense counsel via email on January 6, 2022, outlining points of agreement and disagreement.

9. Defense counsel did not respond to the email with points of clarification, nor did Defendants follow through with two (2) assurances of document production that week.

10. Plaintiffs again provided an additional two weeks for supplementation and have since received two pages in response to RPD Nos.18, 26, ten pages responsive to RPD 28, and approximately 150,000 documents forming part of Plaintiffs' own education and student athlete records.

11. Defendants also supplemented several RPDs by informing Plaintiffs that **"Defendants have not identified any documents responsive to this request. Discovery continues and this response will be supplemented if necessary[,]"** but have otherwise refused to specify the time for production.

12. Plaintiffs have conferred in good faith with defense counsel for several months to resolve outstanding discovery, but the parties have been unable to reach an agreement.

## CERTIFICATION

I certify under penalty of perjury that the foregoing is true and correct.

DATED: Jan 27, 2022   Signature _____
Beatriz A. Mate-Kodjo