| | |
|---|---|
| From: | Aaron Mends |
| To: | Emma Weinberg |
| Subject: | Fwd: University of Iowa - Independent Investigation |
| Date: | Wednesday, January 12, 2022 9:57:27 AM |
| Attachments: | Screen Shot 2022-01-12 at 10.52.00 AM.png |



---------- Forwarded message ---------
From: **Peterson, Demetrius** <Demetrius.Peterson@huschblackwell.com>
Date: Wed, Jun 24, 2020 at 2:47 PM
Subject: University of Iowa - Independent Investigation
To: Peterson, Demetrius <Demetrius.Peterson@huschblackwell.com>
Cc: Hanson, Hayley <Hayley.Hanson@huschblackwell.com>, Jones, Mary <Mary.Jones@huschblackwell.com>

As you may be aware through recent media reports, the University of Iowa has retained an outside law firm—Husch Blackwell LLP—to conduct an independent review of issues and allegations relating to racial disparities within the football program. The two attorneys handling the investigation include myself (Demetrius Peterson) and Hayley Hanson. The University has directed us to use our independent professional judgment in conducting the investigation and to present our findings to the University independent of any outside influence.

As part of our investigation, Hayley and I are reaching out to former student-athletes to provide our contact information so that you may talk with us directly if you have relevant information to share. This would include any information about members of the coaching staff using racially offensive terminology or any other conduct that might violate the University's prohibition against racial discrimination and harassment.

Whether or not you contact us and share information is entirely voluntary. Please be assured that anyone who shares information or otherwise participates in this investigation will be protected by the University's prohibition against retaliation.

EXHIBIT 2

We are hoping to conduct interviews virtually (via WebEx) tomorrow and Friday, June 25 and 26. To schedule an interview, please contact Mary Jones at mary.jones@huschblackwell.com or by phone at 816-983-8314.

Regards,

Demetrius

**Demetrius J. Peterson**

**Attorney**

**HUSCH BLACKWELL LLP**

4801 Main Street,
Suite 1000

Kansas City, MO 64112-2551

Direct: 816.983.8181

Fax: 816.983.8080

Demetrius.Peterson@huschblackwell.com

huschblackwell.com

View Bio | View VCard

Meeting the legal needs of educational institutions.

**Husch Blackwell COVID-19 Toolkit**

Husch Blackwell has launched a COVID-19 response team providing insight to businesses as they address challenges related to the coronavirus outbreak. Content and programming to assist clients across multiple areas of operations can be found on our website via our Coronavirus toolkit.