IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>     Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>     Defendants. | Case No. 4:20-cv-366<br><br><br><br>**DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

**COME NOW** Defendants the University of Iowa, Board of Regents for the State of Iowa, Brian Ferentz and Christopher Doyle and submit their responses to Plaintiffs' Second Request for Production of Documents. Defendants reserve the right to continue to modify and supplement these answers as necessary. Nothing contained in these answers shall be construed to waive the attorney-client privilege or work product protection.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
*/s/ Samuel P. Langholz*

1

**RESPONSE: Defendants have not identified any documents responsive to this request. Discovery continues and this response will be supplemented if necessary.**

26. Produce documents, including Electronic Information, evidencing any settlement agreement(s) between University of Iowa and Fred Mims.

**RESPONSE: This request is objected to in that it seeks information unrelated in any way to Plaintiffs' claims and otherwise exceeds the scope of allowable discovery. See I.R.F.P. 26(b)(1). This request also implicates significant privacy interests of non-parties and Plaintiffs have made no showing that those interests are outweighed by the value of the information sought. See Onwuka v. Federal Express Corp., 178 F.R.D 508, 517 (D. Minn. 1997).**

27. Produce all requisitions or law firm proposals for services proposed to the State of Iowa Board of Regents and the University of Iowa after allegations of racial discrimination within Iowa football came to light in June 2020.

**RESPONSE: Defendants object to this request to the extent it seeks materials protected by the attorney client privilege and/or attorney work product doctrine. See Williams v. Herron, 2011 WL 555127 (D. Neb. Feb. 8, 2011).**

28. Please produce all Assistant Director, Football Operations Ben Hansen's records showing Akrum Wadley's black card was never canceled.

**RESPONSE: Discovery continues and Defendants will supplement as appropriate.**

29. Please produce all documents currently being withheld under claims of privilege or work product or in the alternative a detailed privilege log identifying all documents withheld and the attendant reasons those documents are being withheld.

**RESPONSE: Defendants will provide a privilege log in compliance with the Court's Order dated December 15, 2021 (Dkt. 74).**