**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs, | |
| v. | |
| UNIVERSITY OF IOWA, *et al.*, | **PLAINTIFFS' NOTICE OF SUBPOENAS DUCES TECUM TO NON-PARTIES** |
| Defendants. | |

The Plaintiffs hereby give notice to the Defendants, pursuant to Federal Rule of Civil Procedure 45(a)(4), that they intend to serve subpoenas *duces tecum* upon the following non-parties:

Husch Blackwell
ATTN: Jeffrey J. Simon, Office Managing Partner
4801 Main Street, Suite 1000
Kansas City, MO 64112

Big Ten Conference
ATTN: Kevin Warren, Commissioner
5440 Park Place
Rosemont, IL 60018

National Collegiate Athletic Association
ATTN: Mark Emmert, President
700 W. Washington Street
Indianapolis, IN 46206

The subpoenas command production of documents and electronically stored information as described in the subpoenas, which are attached. The responsive materials are to be produced via email to SolomonSimmonsLaw on or before December 8, 2021 at 10:00 A.M.

Respectfully submitted,

**EXHIBIT
9**

s/ *Kymberli J. M. Heckenkemper*

Kymberli J. M. Heckenkemper, OBA # 33524
**SOLOMON SIMMONS LAW, PLLC**
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 582-6106
Email:  kheckenkemper@solomonsimmons.com