**Subject:** RE: Husch Blackwell Subpoena
**Date:** Wednesday, January 5, 2022 at 5:02:17 PM Central Standard Time
**From:** Damario SolomonSimmons
**To:** Mitchem, Ryan, Kym Heckenkemper
**CC:** Christian Dennie, Beatriz Mate-Kodjo, Emma Weinberg, Peterzalek, Jeffrey [AG], Thompson, Jeffrey [AG]

Good afternoon Ryan,

Thank you for your time this afternoon on the phone. I understand you plan to send me a formal letter. However, it is my practice to always follow-up calls with a summary email to confirm our conversation, so there is no dispute as to what was said.

It is my understanding from our discussion today that despite the University of Iowa's ("Iowa") multiple public declarations that Husch Blackwell ("Husch") was hired to conduct an "independent investigation" and Husch's July 2020 report specifically stating Husch was asked to "impartially examine" Iowa's football program, Husch's position is the services provided to Iowa were not independent, but done in the context of a traditional attorney-client relationship. As a result, Husch's position is the attorney-client privilege attached to the relationship between Husch and Iowa. Husch believes it is Iowa's privilege to waive and, thus, Husch will not produce responsive documents. Unless Iowa's counsel instructs Husch or Husch is directed by court order to comply with the subpoena, Husch will not comply with the subpoena.

Please let me know if my understanding is correct.

Thanks and have a great day

Damario Solomon-Simmons, Esq., M.Ed.
Managing Partner
SolomonSimmonsLaw
601 S. Boulder, 600
Tulsa, Oklahoma 74119
918-551-8999 Office
918-582-6106 Fax
dss@solomonsimmons.com
www.solomonsimmons.com
"Law is my Ministry, Justice is My Passion!"

NOTICE - CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person that is responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or other use of any of the information contained in or attached to this message is STRICTLY PROHIBITED.

Interception of e-mail may be a crime under the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and 2107-2709. If you have received this transmission in error, please immediately notify us by replying to this e-mail, or by calling (918) 551-8999, and destroy the original transmission and without reading them or saving them to disk. Thank you for your cooperation

EXHIBIT 11