**Subject:** RE: Husch Blackwell Subpoena
**Date:** Friday, January 7, 2022 at 5:42:35 PM Central Standard Time
**From:** Mitchem, Ryan
**To:** Damario SolomonSimmons, Kym Heckenkemper
**CC:** Christian Dennie, Beatriz Mate-Kodjo, Emma Weinberg, Peterzalek, Jeffrey [AG], Thompson, Jeffrey [AG]

Damario,

I have been tied up in meetings since Wednesday. I expect that I will substantively reply early next week.

**Ryan W. Mitchem**
**Associate General Counsel**

**HUSCH BLACKWELL LLP**
Direct:  816.983.8204
Ryan.Mitchem@huschblackwell.com

---

**From:** Damario SolomonSimmons <dss@solomonsimmons.com>
**Sent:** Friday, January 7, 2022 12:31 PM
**To:** Mitchem, Ryan <Ryan.Mitchem@huschblackwell.com>; Kym Heckenkemper <kheckenkemper@solomonsimmons.com>
**Cc:** Christian Dennie <CDennie@bgsfirm.com>; Beatriz Mate-Kodjo <beatriz@mate-kodjo-law.com>; Emma Weinberg <eweinberg@solomonsimmons.com>; Peterzalek, Jeffrey [AG] <Jeffrey.Peterzalek@ag.iowa.gov>; Thompson, Jeffrey [AG] <Jeffrey.Thompson@ag.iowa.gov>
**Subject:** RE: Husch Blackwell Subpoena

[EXTERNAL EMAIL]

Good afternoon Ryan,

I am following-up on my email below since we have not received a response to it or the letter you stated you were going to send.  Thanks!


Damario Solomon-Simmons, Esq., M.Ed.
Managing Partner
SolomonSimmonsLaw
601 S. Boulder, 600
Tulsa, Oklahoma 74119
918-551-8999 Office
918-582-6106 Fax
dss@solomonsimmons.com
www.solomonsimmons.com
"Law is my Ministry, Justice is My Passion!"

NOTICE - CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person that is responsible for delivering intended recipient, you are hereby notified that any disclosure, copying, distribution, or othe

EXHIBIT 12