# IOWA HAWKEYES

UNIVERSITY OF IOWA DEPARTMENT OF INTERCOLLEGIATE ATHLETICS

June 9, 2020

J. Bruce Harreld, President
Jennifer Modestou, Director, Office of Equal Opportunity and Diversity

RE:     Request for Football Program Review

Dear Bruce and Jennifer:

University of Iowa Athletics is requesting your approval to proceed immediately with an independent review of the Hawkeye Football Program by an appropriate external party to be selected with guidance from the University's Office of the General Counsel and subject to your approval.

We also seek your confirmation that, if any complaint about the Football Program is made under the University's civil rights policies during the review by the external reviewer, the reviewer will proceed in lieu of the University's Office of Equal Opportunity and Diversity to fully investigate such complaint as part of the review.

Thank you for your consideration of this request.  Please let me know if you have any questions or concerns or would like to discuss further.

Sincerely,

*[signature: Gary A. Barta]*

Gary A. Barta
Henry B. and Patricia B. Tippie Director of Athletics Chair

GAB/rp
cc: P. Matthes
     C. Reasoner

**EXHIBIT 14**

**STATE 175822**