IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br>**DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS** |

**COME NOW** Defendants the University of Iowa, Board of Regents for the State of Iowa, Brian Ferentz and Christopher Doyle and submit their responses to Plaintiffs' First Request for Admissions.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
*/s/ William A. Hill*
WILLIAM A. HILL
Assistant Attorneys General

1

**EXHIBIT 15**

Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
william.hill@ag.iowa.gov
**ATTORNEYS FOR DEFENDANTS**

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on July 28, 2021:

| | |
|---|---|
| ☐ U.S. Mail | ☐ FAX |
| ☐ Hand Delivery | ☐ Overnight Courier |
| ☐ Federal Express | ☒ Email |
| ☐ CM/ECF | |

Signature: */s/ Audra Drish*

## OBJECTIONS TO DEFINITIONS

Defendants object to the definitions provided in these Requests For Admissions in that many of them expand the definition of words or terms beyond the legal definition or generally understood meaning of the word or term. Defendants' responses are based upon the legal definition and/or generally understood definition of terms used in these requests. Defendants specifically object to the following definitions:

2. The definition of "Defendants" includes persons and entities that clearly are not defendants in this matter and is thus an overly broad and inaccurate definition of that term.

7. Asserting that "Fleming" means "Reggie Spearman" is clearly inaccurate.

27. The definition of "Communication" is overly broad with Plaintiffs even including nonverbal acts in the definition.

30. The definition of "Describe in detail" is overly broad and burdensome by purporting to require the identity of "each and every document, circumstance, incident, act and omission…and to identify every fact and legal conclusion that forms, constitutes, evidences, relates, or refers to the discovery requests."

31. The definition of "document" is overly broad and clearly includes terms and examples that clearly have nothing to do with this litigation.

32. The definition of "Electronic Information" is overly broad to the extent of being incomprehensible.

35. The definition of "Identify" is overly broad as evidenced by the fact said definitions includes no less than 21 sub-parts with many of those sub-parts also including multiple definitions and terms.

41. The definition of "Relating to" is overly broad and even acknowledges within the definition that Plaintiffs' definition goes beyond "the usual and customary meaning".

44. The terms "and" and "or" are not synonymous as the definition asserts.

45. The terms "and" and "or" are not synonymous as the definition asserts.

1. Defendant Iowa has been properly named in this Litigation.

**ADMIT: __X___     DENY: _____**

2. Defendant Board has been properly named in this Litigation.

**ADMIT: __X___     DENY: _____**

3. Defendant B. Ferentz has been properly named in this Litigation.

**ADMIT: ___X__     DENY: _____**

4. Defendant Doyle has been properly named in this Litigation.

**ADMIT: ___X__     DENY: _____**

5. Defendant Iowa hired Law Firm to investigate the Program.

**ADMIT: _____     DENY: __X___**

6. Law Firm conducted an independent investigation.

**ADMIT: _____     DENY: _X____**

7. Law Firm does not have an attorney-client relationship with Iowa.

**ADMIT: _____     DENY: __X___ The Agreement for Legal Services expressly states, "the sole client for this engagement shall be the University of Iowa."**

8. Law Firm does not have an attorney-client relationship with Board.

**ADMIT: ___X__     DENY: _____ The Agreement for Legal Services expressly states, "the sole client for this engagement shall be the University of Iowa."**