**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| AKRUM WADLEY, *et al.*, ) | |
| ) | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs ) | |
| ) | **PLAINTIFFS' OPPOSED MOTION FOR** |
| v. ) | **EXTENSION OF DEADLINE TO** |
| ) | **ADD PARTIES** |
| UNIVERSITY OF IOWA, *et al.*, ) | |
| ) | No Hearing Necessary |
| Defendants. ) | |

Plaintiffs hereby submit this Opposed Motion for Extension of Deadline to Add Parties. Plaintiffs respectfully request that the Court extend the deadline to add parties by sixty (60) days. In support of this motion, Plaintiffs advise the Court as follows:

1. Plaintiffs served Defendants with discovery requests on or about May 27, 2021.

2. Due to the Defendants' delays and dilatory actions, eight months later, Plaintiffs are still awaiting production of a large portion of documents that are likely to have the most probative value to Plaintiffs' claims and that Plaintiffs believe are likely to implicate additional defendants.

3. Plaintiffs have filed two motions to compel and are awaiting an order from the Court commanding Defendants to produce the documents.

4. Due to the state of discovery, Plaintiffs have been unable to identify all possible defendants.

5. An additional sixty (60) days is necessary for the Court to resolve the discovery disputes between Plaintiffs and Defendants and for Plaintiffs to obtain the requested materials and review them to determine whether additional parties need to be added.

6. Defendants object to this motion.

7. The deadline to add parties has previously been extended once, along with several other deadlines set forth in the scheduling order. This prior extension was granted at the joint request of all parties.

8. Presently, the Court-imposed deadlines are as follows:

| | |
|---|---|
| Jury Trial | 03/06/2023 9:00 AM |
| Final Pretrial Conference | 02/16/2023 10:30 AM |
| Initial Disclosures | 06/18/2021 |
| Motions to Add Parties | 02/10/2022 |
| Motions for Leave to Amend Pleadings | 04/08/2022 |
| Plaintiffs' Expert Identification & Report(s) | 05/02/2022 |
| Defendants' Expert Identification & Report(s) | 07/05/2022 |
| Plaintiffs' Rebuttal Expert Identification & Report(s) | 08/01/2022 |
| Discovery Cutoff | 09/13/2022 |
| Dispositive Motions | 10/03/2022 |

9. The requested extension would extend the deadline to move to add parties to April 11, 2022.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court enter an order extending the deadline add parties by sixty (60) days.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

/s/*Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119

Phone: (918) 551-8999
Fax:     (918) 582-6106
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**BARLOW GARSEK & SIMON, LLP**
Christian Dennie, TX Bar # 24045775
920 Foch Street
Fort Worth, TX 76107
Phone: (817) 731-4500
Fax:     (817) 731-6200
cdennie@bgsfirm.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:     (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*