# HUSCH BLACKWELL

Hayley E. Hanson
Partner

4801 Main Street
Suite 1000
Kansas City, MO 64112
Direct: 816.983.8377
Fax: 816.983.8080
hayley.hanson@huschblackwell.com

June 12, 2020

**VIA E-MAIL**

Carroll Reasoner
Vice President for Legal Affairs and General Counsel
University of Iowa
120 Jessup Hall
5 W. Jefferson Street
Iowa City, IA 52242-1316

  Re: Agreement for Legal Services

Dear Ms. Reasoner:

  Thank you for selecting Husch Blackwell LLP to provide legal services. This letter is to confirm our discussion about the engagement and to set forth the terms under which we will provide the requested services.

  **Client and Scope of Representation.** Our client for this engagement will be the University of Iowa. It is understood that, in the absence of written agreement to the contrary, our work in connection with this engagement shall not be considered to create an attorney-client relationship between us and any other persons or entities related to the University of Iowa, including parents, subsidiaries, shareholders, partners, members, or other affiliates, and thus our sole client for this engagement shall be the University of Iowa. We will not consider entities affiliated with the University of Iowa as our clients for the purpose of checking future conflicts of interest.

  We are being retained to represent you in an independent review of issues and allegations relating to racial disparities within the football program. In the event that we are asked to provide additional services, we will confirm such engagement in writing. Absent specific modification, any additional services will be governed by the terms and conditions of this agreement.

  **Conflicts.** As we have discussed, Husch Blackwell LLP has a number of offices and represents many clients on a regional or national basis. Some of the clients we represent may be your competitors, vendors or customers. It is possible that some of our present or future clients will ask us to represent them in disputes or other matters where their interests are adverse to the

HB: 4821-8694-8543.2

Exhibit A                              STATE 175845

# HUSCH BLACKWELL

June 11, 2020
Page 2

University of Iowa's during the time we are providing legal services to you. It is also possible that we will represent, or be asked to represent (in other matters), parties whose interests are adverse to yours in this or a future matter in which we represent you. Both of these situations would create a conflict of interest under our ethical rules which would prohibit us from undertaking the simultaneous representations without the waiver and consent of both clients. Therefore, as a condition to our undertaking this engagement, you agree that our firm may represent existing or new clients whose interests are adverse to yours in all types of matters, excluding litigation, that are not substantially related to the matters in which we represent you. You further agree that we may undertake to represent parties to whom you are adverse in matters in which we represent you, provided again that we do so only in matters that are not substantially related to our work for you. You could, of course, choose not to waive these conflicts of interest, in which case we could decline to undertake this representation of the University of Iowa. Because the validity and enforceability of these conflict waivers are essential conditions to the firm's willingness to accept this engagement, and the firm would not accept the engagement but for these waivers, you agree that, if the validity or enforceability of these waivers is ever challenged or revoked, we may withdraw from representing you and continue to represent our other clients,

**Fees and Expenses**. Our fees are based on the amount of time we devote to a project. Any estimates of fees that we may give from time to time are based on our judgment of the circumstances at a given time, and actual fees may be more or less than the estimated amount. Any estimate of fees or costs we provide thus may not be considered as a minimum, maximum, or fixed fee quotation.

I will be the responsible attorney for this engagement but other attorneys and legal assistants may assist with the engagement as set forth in our proposal. We ask that you agree that we may use such personnel as is appropriate in our professional judgment. Our hourly rates for attorneys range from $240 to $675 for partners of the firm and $200 to $390 for senior counsel and associates

We will bill on a monthly basis for our professional fees and for reimbursement of expenses incurred in connection with this engagement. A schedule of our charges for various services and incidental items is attached. We will generally not pay the fees and expenses of other service providers, such as consultants, local counsel, deposition reporters, experts, and the like, but will forward those bills directly to you for payment.

Payment shall be due upon receipt of our invoice. If we do not receive comment about the invoice within twenty days of the date of the invoice, we will assume you have reviewed the invoice and find it acceptable. Invoices not paid within thirty days of the invoice date will be subject to a late charge of 1% per month on the unpaid balance, commencing from the date of the invoice and continuing until paid. If an invoice remains unpaid more than ninety days after the invoice date, we may, consistent with our ethical obligations and judicial requirements, cease performing services for you until arrangements satisfactory to us have been made for payment of arrearages and future fees. You agree that, in such an event, we have the right to withdraw as your attorneys from any matter or proceeding in which we may be engaged.

Husch Blackwell LLP

HB: 4821-8694-8543.2

**Exhibit A** **STATE 175846**

CONFIDENTIAL

# HUSCH BLACKWELL

June 11, 2020
Page 3

**Communications.** We understand that we are to report to and take direction from Carroll Reasoner for this engagement. If you should prefer that we report to some other person, please let us know. We understand that you have approved the use of internet email for communications concerning this matter. Our state ethics rules suggest that we remind you that the internet does not provide a totally secure method of communication, and email may be copied and held by any computer through which it passes. Persons not participating in the communication may intercept emails, and mails stored on computers may be accessed by unauthorized parties. If you would prefer that we not communicate with you via email, please advise me immediately.

**Marketing Materials.** Periodically, our firm prepares marketing materials in which we include the names and corporate logos of selected clients and sometimes a brief description of a significant project on which we worked. You agree that we may do so with regard to you and any matters we handle for you at this time or in the future. If we include our representation of you in these materials, we will not include information about any specific transaction that is not otherwise publicly available without your prior approval.

**Document Retention.** Some materials related to our representation of you (e.g. administrative records, time and expense reports, personnel materials, and credit and accounting records) belong to us and will be handled in accordance with our document retention policy. Other materials (i.e. documents provided to us by you and the final version of documents that you retain us to create) are considered client files and belong to you. We will retain your client file for ten years or such longer period as required by statute or our firm's document retention policy. At your request, we will return your file to you or any other person designated by you. If, at your request, we retain your client files beyond their normal period of retention, such long-term storage will be at your cost. If you have not requested that we return your file or made arrangements for long-term storage, we may destroy or otherwise dispose of your client files after the retention period.

**Limited Liability Partnership.** Husch Blackwell LLP is organized as a limited liability partnership under Delaware law. This means every attorney in our firm who either directly performs or supervises legal services for you will have full professional responsibility and legal liability for those services, in addition to the firm itself. However, individual attorneys in the firm who have no direct involvement or supervisory role in your representation will not have any personal liability for the legal services performed by others in the firm.

**Conclusion of Representation.** Our relationship with you will be concluded when we have completed our agreed-upon services. In addition, and without limiting the preceding sentence, in the event we have performed no work for you or on your behalf for six consecutive months, you agree that our attorney-client relationship with you will be terminated.

It is understood that the terms of this letter constitute the terms under which we will undertake this representation. If you find the proposed engagement terms acceptable, please execute and return a copy of this letter for our file. If you do not agree to any of the terms of this letter and its enclosures, please call me as soon as possible within the next ten days to discuss. If I do not hear from you, it is understood that these are the terms of our representation.

Husch Blackwell LLP

HB: 4821-8694-8543.2

**Exhibit A** STATE 175847

**CONFIDENTIAL**

# HUSCH BLACKWELL

June 11, 2020
Page 4

      Thank you again for selecting us for this engagement. We look forward to working with you.

      Very truly yours,

      HUSCH BLACKWELL LLP

      By: *[signature]*

      Hayley E. Hanson
      Partner

sm
HB EGL v2020.03.01

AGREED:

UNIVERSITY OF IOWA

By: *[signature]*
Name: CARROLL J. REASONER
Title: VP LEGAL AFFAIRS & GEN. COUNSEL
Dated: June 12, 2020

HB: 4821-8694-8543.2

Husch Blackwell LLP