IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>  Defendants. | Case No. 4:20-cv-366<br><br><br><br>**DEFENDANTS' RESISTANCE TO PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER** |

COME NOW Defendants, by and through counsel, pursuant to Federal Rule of Civil Procedure 16(b)(4) and L.R. 16(f), and file this Response to Plaintiffs' Motion to Amend Scheduling Order and in support thereof would show:

1. **Plaintiffs cannot show good cause for the amendment they seek**. Federal Rule of Civil Procedure 16(b)(4) and L.R. 16(f) permits the Court to amend an existing scheduling order upon a showing of good cause. In October 2021 Plaintiffs previously sought and obtained an extension of the deadline for amending to add parties to February 10, 2022. The sole basis asserted for the new request for an extension of this same deadline is the allegedly slow pace of discovery. To be clear, Defendants have to-date produced literally thousands of documents and answered extensive written discovery. Plaintiffs also have access to many other sources of information. Regardless, the purpose of discovery is to develop the claims actually asserted in the action filed by the Plaintiffs, not to provide Plaintiffs an unlimited platform to search for additional claims and parties. There is not good cause for the second extension.

1

2. **The extension Plaintiffs seek would threaten the existing trial and pretrial dates**. In granting the Parties' prior request to amend the scheduling order, the Court was clear that maintaining the current trial and pretrial deadlines was important to the Court. Adding additional parties so late in the course of this litigation could expand and/or change the scope of this litigation and threaten those deadlines. The Court should deny the request for a second extension.

WHEREFORE, the Defendants respectfully request that the Court deny Plaintiffs' request for a second extension to the deadline for amending to add parties.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

3

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on February 15, 2022:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Email
☒ CM/ECF

Signature: */s/ Audra Drish*