IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br><br><br><br><br>**PLAINTIFFS' AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's May 26, 2021 Order [Doc. 40], Plaintiffs set forth below their agenda for the status conference set for February 23, 2022.

## Pending Motions to Compel

Now that Plaintiffs' motions to compel are ripe for decision, Plaintiffs would like to discuss whether the Court wishes to hold a hearing on the motions, and, if so, to set a hearing date.

## Confidentiality Designations

Defendants' most recent production of documents contains redactions and confidentiality designations that Plaintiffs intend to challenge. Plaintiffs would like to see if the parties can resolve these disputes with the Court's assistance.

**Motion for Extension of Deadline to Add Parties**

Plaintiffs would like to discuss this pending motion and explain to the Court that Defendants' latest production, which was provided to Plaintiffs on February 10, 2022 (the deadline to add parties) contained documents that, as Plaintiffs suspected would occur, revealed a basis for adding Seth Wallace as a defendant to this lawsuit.

**Continuing Discovery Issues**

Plaintiffs would like to go over what Defendants have produced in discovery and what they have not and explain to the Court their continued frustrations with Defendants' evasiveness and delays in hopes of securing Defendants' cooperation without Plaintiffs' having to file motions upon motions with the Court.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

*/s/Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 558-8039
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**BARLOW GARSEK & SIMON, LLP**
Christian Dennie, TX Bar # 24045775
920 Foch Street
Fort Worth, TX 76107
Phone: (817) 731-4500
Fax:    (817) 731-6200
cdennie@bgsfirm.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219

2

Phone: (641) 450-1668  
Fax:     (641) 847-7968  
beatriz@mate-kodjo-law.com

***Attorneys for Plaintiffs***