IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE,<br><br>Defendants. | Case No. 4:20-cv-00366<br><br>**NOTICE OF APPEARANCE** |

Attorney Jeffrey A. Stone of the law firm Simmons Perrine Moyer Bergman PLC hereby enters his appearance on behalf of Defendant Brian Ferentz.

Dated: February 23, 2022

Respectfully submitted,

*/s/ Jeffrey A. Stone*
Roger W. Stone        AT0007519
Jeffrey A. Stone      AT0008829
Simmons Perrine Moyer Bergman PLC
115 Third Street S.E., Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: rstone@spmblaw.com
       jstone@simmonsperrine.com
*Attorneys for Defendant Brian Ferentz*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 23, 2022, I filed the foregoing with the Clerk of Court by using the ECF system which will send notification of such filing to the following:

Damario Solomon-Simmons
Kymberli J. Heckenkemper
Solomon Simmons Law, PLLC
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

Christian Dennie
Barlow Garsek & Simon, LLP
920 Foch Street
Fort Worth, TX 76107
cdennie@bgsfirm.com

Beatriz Mate-Kodjo
BMK Law Firm, PLLC
1910 Washington St., Ste. 100
Pella, IA 50219
beatriz@mate-kodjo-law.com
*Attorneys for Plaintiffs*

Thomas J. Miller, Attorney General of Iowa
Jeffrey S. Thompson
Jeffrey C. Peterzalek
Christopher J. Deist
Samuel P. Langholz
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, IA 50319
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Attorneys for Defendants*

                                              /s/ Jeffrey A. Stone