IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE,<br><br>Defendants. | Case No. 4:20-cv-00366<br><br>**NOTICE REGARDING MARCH 11, 2022 HEARING** |

Attorneys Roger W. Stone and Jeffrey A. Stone of the law firm Simmons Perrine Moyer Bergman PLC are not available to appear in person for the hearing on [79] and [80] Motions to Compel set for March 11, 2022 at 9:30 a.m. Therefore, the Iowa Attorney General's office will be the counsel representing Defendant Brian Ferentz during the hearing.

2

Dated: March 10, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Roger W. Stone*
　　　　　　　　　　　　　　　　　　　Roger W. Stone　　　AT0007519
　　　　　　　　　　　　　　　　　　　Jeffrey A. Stone　　　AT0008829
　　　　　　　　　　　　　　　　　　　Simmons Perrine Moyer Bergman PLC
　　　　　　　　　　　　　　　　　　　115 Third Street S.E., Suite 1200
　　　　　　　　　　　　　　　　　　　Cedar Rapids, IA 52401-1266
　　　　　　　　　　　　　　　　　　　Telephone: (319) 366-7641
　　　　　　　　　　　　　　　　　　　Facsimile: (319) 366-1917
　　　　　　　　　　　　　　　　　　　Email: rstone@spmblaw.com
　　　　　　　　　　　　　　　　　　　　　　　jstone@simmonsperrine.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Brian Ferentz*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2022, I filed the foregoing with the Clerk of Court by using the ECF system which will send notification of such filing to the following:

Damario Solomon-Simmons
Kymberli J. Heckenkemper
Solomon Simmons Law, PLLC
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

Christian Dennie
Barlow Garsek & Simon, LLP
920 Foch Street
Fort Worth, TX 76107
cdennie@bgsfirm.com

Beatriz Mate-Kodjo
BMK Law Firm, PLLC
1910 Washington St., Ste. 100
Pella, IA 50219
beatriz@mate-kodjo-law.com
*Attorneys for Plaintiffs*

Thomas J. Miller, Attorney General of Iowa
Jeffrey S. Thompson
Jeffrey C. Peterzalek
Christopher J. Deist
Samuel P. Langholz
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, IA 50319
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Attorneys for Defendants*

                                                           /s/ Roger W. Stone