IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>    Defendants. | Case No. 4:20-cv-366<br><br><br><br><br>**DEFENDANTS' BRIEF ON CONFIDENTIALITY DESIGNATIONS** |

**COME NOW** Defendants the University of Iowa, the Board of Regents for the State of Iowa, Brian Ferentz, and Christopher Doyle (collectively, "Defendants"), and submit the following brief on Defendants' confidentiality designations, pursuant to the Court's February 23, 2022 Order. Defendants state the following:

1. On October 12, 2021, the Court entered a protective order in this case, governing how the parties handle confidential information and documents. (Dkt. 61). Per that order, either party may designate a document or information as confidential if "counsel determines, in good faith, that such designation is necessary under FERPA or Iowa Code ch. 22…" (Dkt. 61, at 3).

2. On February 23, 2022, the Court ordered the parties to meet and confer regarding an ongoing dispute over confidentiality designations and redactions in some of Defendants' discovery production. (Dkt. 92).

3. On March 11, 2022, the parties met and conferred, and Defendants withdrew all disputed confidential designations except for those for drafts of certain documents and student information protected under FERPA.

4. These remaining materials are confidential by law and thus were designated as such by Defendants in good faith. *See* 20 U.S.C. § 1232g; Iowa Code § 22.7(65).

**WHEREFORE**, Defendants respectfully request the Court uphold their confidential designations.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General
*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

3

|  |
|---|
| **PROOF OF SERVICE**<br>The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on March 14, 2022:<br><br>☐ U.S. Mail ☐ FAX<br>☐ Hand Delivery ☐ Overnight Courier<br>☐ Federal Express ☐ Other<br>☒ CM/ECF<br><br>Signature: */s/ Audra Jobst* |