IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA; BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>    Defendants. | Case No. 4:20-cv-366<br><br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL** |

**COMES NOW**, Samuel P. Langholz, Assistant Attorney General, and hereby moves to withdraw his appearance as counsel on behalf of all Defendants in the above captioned matter. Defendants continue to be represented by Solicitor General Jeffrey S. Thompson and Assistant Attorneys General Jeffrey C. Peterzalek, and Christopher J. Deist.

          Respectfully submitted,

          */s/ Samuel P. Langholz*
          SAMUEL P. LANGHOLZ
          Assistant Attorney General
          Hoover State Office Building
          1305 East Walnut Street
          Des Moines, IA 50319
          Telephone:  515-281-8583
          Fax:  515-281-4209
          sam.langholz@ag.iowa.gov

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on March 23, 2022:

☐ U.S. Mail   ☐ FAX
☐ Hand Delivery   ☐ Overnight Courier
☐ Federal Express   ☐ Other
☒ CM/ECF

Signature: */s/ Audra Jobst*