# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| AKRUM WADLEY, *et al.*, | ) | |
| | ) | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | ) | |
| | ) | **PLAINTIFFS' COMBINED MOTION** |
| v. | ) | **TO AMEND FIRST AMENDED** |
| | ) | **COMPLAINT AND TO ADD** |
| UNIVERSITY OF IOWA, *et al.*, | ) | **PARTIES** |
| | ) | |
| Defendants. | ) | Hearing Requested |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and LRs 7 and 15, the Plaintiffs respectfully move the Court for leave to file the attached Second Amended Complaint adding claims and parties. In support of the instant Motion, Plaintiffs state as follows:

1. Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. Presently, the Court-imposed deadlines are as follows:

| | |
|---|---|
| Jury Trial | 03/06/2023 9:00 AM |
| Final Pretrial Conference | 02/16/2023 10:30 AM |
| Initial Disclosures | 06/18/2021 |
| Motions to Add Parties | 04/08/2022 |
| Motions for Leave to Amend Pleadings | 04/08/2022 |
| Plaintiffs' Expert Identification & Report(s) | 05/02/2022 |

1

| | |
|---|---|
| Defendants' Expert Identification & Report(s) | 07/05/2022 |
| Plaintiffs' Rebuttal Expert Identification & Report(s) | 08/01/2022 |
| Discovery Cutoff | 09/13/2022 |
| Dispositive Motions | 10/03/2022 |

3. Plaintiffs move to file the attached Second Amended Complaint within the time permitted by the Court's scheduling order as to motions for leave to amend pleadings and motions to add parties.

4. Through the instant Motion and their proposed Second Amended Complaint, Plaintiffs seek to:

    a. add Seth Wallace as an additional defendant to Plaintiffs' previously asserted § 1981 claim (Count IV of the First Amended Complaint (Doc. 15); now reflected in Count II of Plaintiffs' proposed Second Amended Complaint);

    b. assert, on behalf of Plaintiffs Mends, Simon, and Foy only, additional claims under § 1983 and the Equal Protection Clause of the Fourteenth Amendment against Seth Wallace, Brian Ferentz, and Chris Doyle (reflected in Count III of Plaintiffs' proposed Second Amended Complaint);

    c. assert, on behalf of Plaintiffs Mends, Simon, and Foy only, an additional claim under § 1983 and the Equal Protection Clause of the Fourteenth Amendment against Kirk Ferentz (reflected in Count IV of Plaintiffs' proposed Second Amended Complaint).

    d. assert, on behalf of Plaintiffs Mends, Simon, and Foy only, an additional claim under § 1983 and the Equal Protection Clause of the Fourteenth Amendment against Gary Barta (reflected in Count V of Plaintiffs' proposed Second Amended Complaint).

    e. assert, on behalf of Plaintiff Parker only, a retaliation claim under § 1981 against Kirk Ferentz (reflected in Count VI of Plaintiffs' proposed Second Amended Complaint).

5.       Allowing Plaintiffs to file the Second Amended Complaint would serve the interests of justice.

6.       Further, there would be no undue prejudice, bad faith, undue delay, or futility involved in granting Plaintiffs leave to amend to file the attached Second Amended Complaint.

7.       Counsel for Plaintiffs has conferred in good faith with counsel for Defendants concerning this Motion. Counsel for Defendants has indicated that Defendants do not consent to this Motion.

8.       Plaintiffs respectfully submit the attached Brief in Support of the instant Motion.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant Plaintiffs leave to amend its First Amended Complaint and instruct the Clerk of Court to detach and docket the attached proposed Second Amended Complaint.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

*/s/ Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:   (918) 582-6106
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**BARLOW GARSEK & SIMON, LLP**
Christian Dennie, TX Bar # 24045775
920 Foch Street

Fort Worth, TX 76107
Phone: (817) 731-4500
Fax:    (817) 731-6200
cdennie@bgsfirm.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:    (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*