IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>    Defendants. | Case No. 4:20-cv-366<br><br><br><br><br><br><br><br>**PLAINTIFFS' AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's May 26, 2021 Order [Doc. 40], Plaintiffs set forth below their agenda for the status conference set for April 27, 2022:

1. The need for an extension of the deadline for identifying expert witnesses and submitting expert reports;

2. The status of discovery;

3. The status of the Court's decisions on the Plaintiffs' motions to compel as it relates to the scheduling of Plaintiffs' depositions of the coaches, as defense counsel has indicated the "window" for deposing the coaches "closes at the end of June."

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

*/s/Kymberli J. M. Heckenkemper*

1

Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 558-8039
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**BARLOW GARSEK & SIMON, LLP**
Christian Dennie, TX Bar # 24045775
920 Foch Street
Fort Worth, TX 76107
Phone: (817) 731-4500
Fax:    (817) 731-6200
cdennie@bgsfirm.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:    (641) 847-7968
beatriz@mate-kodjo-law.com

***Attorneys for Plaintiffs***