IN THE UNITED STATES DISTRICT COURTFOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>UNIVERSITY OF IOWA, *et al.*,<br><br>    Defendants. | Case No. 4:20-cv-00366-SMR-HCA<br><br>**PLAINTIFFS' UNRESISTED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANTS' RESISTANCE TO PLAINTIFFS' MOTION TO AMEND FIRST AMENDED COMPLAINT AND ADD PARTIES** |

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an extension of time to file a reply to Defendants' Resistance to Plaintiffs' Motion to Amend First Amended Complaint and Add Parties. In support, Plaintiffs submit as follows:

1. Plaintiffs submitted their Motion to Amend First Amended Complaint and Add Parties [Dkt. 101] on April 8, 2022.

2. Defendants filed their Resistance to Plaintiffs' Motion to Amend First Amended Complaint and Add Parties ("Resistance") [Dkt. 103] on April 22, 2022.

3. Plaintiffs' reply to Defendants' Resistance is currently due April 29, 2022.

4. Plaintiffs request an extension of time of ten (10) days, to May 9, 2022 to reply to Defendants' Resistance.

5. This extension is unresisted and no party will be prejudiced by allowing this additional time.

**WHEREFORE**, Plaintiffs ask the Court to enter an order extending the deadline to file a reply to Defendants' Resistance to May 9, 2022.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

*/s/ Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 582-6106
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**BARLOW GARSEK & SIMON, LLP**
Christian Dennie, TX Bar # 24045775
920 Foch Street
Fort Worth, TX 76107Phone: (817) 731-4500
Fax:    (817) 731-6200
cdennie@bgsfirm.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:    (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*