**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| AKRUM WADLEY, *et al.*, | ) | |
| | ) | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | ) | |
| | ) | **PLAINTIFFS' RESISTED MOTION TO** |
| v. | ) | **EXTEND THE DEADLINES FOR** |
| | ) | **EXPERT DESIGNATIONS AND** |
| UNIVERSITY OF IOWA, *et al.*, | ) | **REPORTS** |
| | ) | |
| Defendants. | ) | No Hearing Necessary |

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an extension of all parties' deadlines for expert designations and reports. In support, Plaintiffs submit as follows:

1. Presently, the remaining Court-ordered deadlines are as follows:

| | |
|---|---|
| Jury Trial | 03/06/2023 9:00 AM |
| Final Pretrial Conference | 02/16/2023 10:30 AM |
| Plaintiffs' Expert Designations & Report(s) | 05/02/2022 |
| Defendants' Expert Designations & Report(s) | 07/05/2022 |
| Plaintiffs' Rebuttal Expert Designations & Report(s) | 08/01/2022 |
| Discovery Cutoff | 09/13/2022 |
| Dispositive Motions | 10/03/2022 |

2. The deadlines for which Plaintiffs request extensions have been extended once before at the joint request of all parties, along with all other scheduling deadlines. [*See* Docs. 67 and 68]. The Court had originally set the deadlines as follows: September 21, 2021 for Plaintiffs' expert designations and reports, November 22, 2021 for Defendants' expert designations and reports, and

1

2

December 21, 2021 for Plaintiffs' rebuttal experts and reports. Those deadlines were extended as stated in paragraph 1 of this motion.

3. Plaintiffs have been working diligently to obtain the documents needed to present to expert witnesses in this case since May 2021, when the documents were first requested just one day after the initial Rule 16 scheduling conference in this case.

4. In January 2022, following months of delays by the Defendants in spite of Plaintiffs' persistent efforts to follow up, Plaintiffs filed two motions to compel a large portion of documents which will have the most probative value to Plaintiffs' claims.

5. While Plaintiffs have explored possible expert witnesses in this case, they have yet to retain an expert, much less provide an expert with discovery material to Plaintiffs' claims.

6. As to Plaintiffs' expert designations and reports, Defendants' expert designations and reports, and Plaintiffs' rebuttal expert designations and reports, Plaintiffs propose extensions of 60 days.

7. The requested extension would extend the deadline for Plaintiffs' expert designations and reports to July 1, 2022.

8. The requested extension would extend the deadline for Defendants' expert designations and reports to September 3, 2022.

9. The requested extension would extend the deadline for Plaintiffs' rebuttal expert designations and reports to September 30, 2022.

10. Moving the deadlines for the Parties' expert designations and reports will not necessitate a continuance of the current trial date.

11. Extending said deadlines would, however, require a relatively short extension of the discovery cutoff date so that Defendants could depose Plaintiffs' expert should Defendants decide to

do so, though the Court could limit discovery following the present discovery cutoff date to allow only discovery relating to experts.

12. The requested extension may also require a small extension of the dispositive motions deadline.

13. Counsel for Plaintiffs have consulted with counsel for Defendants regarding a requested extension. Defendants object to an extension of the time to identify expert witnesses, but generally did not object to an extension of the deadline for submitting expert reports.

14. Granting Plaintiffs' motion will neither delay the administration of this case nor prejudice the parties.

**WHEREFORE**, premises considered, Plaintiffs respectfully request that the Court enter an order extending the deadlines for all parties' expert designations and reports in accordance with paragraphs 6 through 9 of this Motion.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

*/s/ Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 558-8039
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**BARLOW GARSEK & SIMON, LLP**
Christian Dennie, TX Bar # 24045775
920 Foch Street
Fort Worth, TX 76107
Phone: (817) 731-4500
Fax:    (817) 731-6200
cdennie@bgsfirm.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:    (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*