1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION


- - - - - - - - - - - - - - - -X
AKRUM WADLEY; JONATHAN PARKER  :
MARCEL JOLY; AARON MENDS;       :
DARIAN COOPER; BRANDON SIMON;  :
and JAVON FOY,                  :
                                :
        Plaintiffs,             :
                                :
vs.                             :            Case No. 4:20-cv-366
                                :
UNIVERSITY OF IOWA, BOARD OF    :      TRANSCRIPT OF TELEPHONIC
REGENTS FOR THE STATE OF IOWA; :          STATUS CONFERENCE
BRIAN FERENTZ; and CHRISTOPHER :
DOYLE,                          :
                                :
        Defendants.             :
- - - - - - - - - - - - - - - -X




                        U.S. Courthouse
                        123 East Walnut Street
                        Des Moines, Iowa
                        Wednesday, April 27, 2022
                        11:00 a.m.




BEFORE:  THE HONORABLE HELEN C. ADAMS, Magistrate Judge




                TONYA R. GERKE, CSR, RDR, CRR
                  United States Courthouse
              123 East Walnut Street, Room 197
                    Des Moines, Iowa 50309

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | DAMARIO SOLOMON-SIMMONS, ESQ.<br>KYMBERLI J.M. HECKENKEMPER, ESQ.<br>Solomon Simmons Law, PLLC<br>601 South Boulder Avenue, Suite 600<br>Tulsa, Oklahoma  74119 |
| For the Defendants: | JEFFREY C. PETERZALEK, ESQ.<br>Assistant Attorney General<br>Dept. of Justice-Special Litigation<br>Hoover State Office Building<br>Des Moines, Iowa 50319 |
| | ROGER STONE, ESQ.<br>Simmons Perrine Moyer & Bergman, PLC<br>115 Third Street SE, Suite 1200<br>Cedar Rapids, Iowa  52401-1266 |

1                      P R O C E E D I N G S

2           THE COURT:  Good morning.  This is Judge Adams.  We're

3    here this morning in Wadley, et al. versus University of Iowa,

4    et al.  That is Civil Case 4:20-cv-366.  I do have a court

5    reporter here with me, so I would just ask that before you speak

6    each time you would state your name first and then speak slowly

7    so that both she and I can capture everything that's being said.

8           So let's go around first and just get a roll call.

9    Who do I have on the phone on behalf of the plaintiffs?

10          MR. SOLOMON-SIMMONS:  Good morning, Your Honor.  This

11   is Attorney Damario Solomon-Simmons.

12          THE COURT:  Thank you, sir.

13          MS. HECKENKEMPER:  This is Kymberli Heckenkemper for

14   the plaintiff.

15          THE COURT:  All right.  Thank you.  Is that it for the

16   plaintiff?

17          MR. SOLOMON-SIMMONS:  I think so, Your Honor.

18          THE COURT:  Okay.  And then how about on behalf of

19   defendants?  Who do we have on the phone?

20          MR. PETERZALEK:  Good morning, Judge.  Jeff Peterzalek

21   with the Attorney General's Office for the defendants.

22          THE COURT:  All right.  And are you going to be the

23   only one on today, Mr. Peterzalek?

24          MR. STONE:  I'm sorry.  Roger Stone.  I'm here for

25   Brian Ferentz.

4

1          THE COURT:  Okay.  Thank you, Mr. Stone.

2          MR. STONE:  Yes.

3          THE COURT:  All right.  Great.  All right.  We have a

4    status conference today.  I do have a copy of the plaintiffs'

5    agenda that they sent for the status conference, and they've

6    listed three items on there, so I thought let's just go through

7    those.  Just so everybody knows, I do have another matter at

8    11:30, but that should give us time for the three matters, and

9    then if defendant has anything else -- either of defendants'

10   counsel has anything else, you can raise it at that time.

11         All right.  Who wants to start on the plaintiffs' side

12   for me?  And just tell us what the issues are that you've got

13   and make your record.

14         MR. SOLOMON-SIMMONS:  Yes, Your Honor.  This is

15   Damario Solomon-Simmons.

16         At the start, number one, we have a deadline coming up

17   on -- I'm sorry?

18         THE COURT:  You're fine.  Go ahead.

19         MR. SOLOMON-SIMMONS:  Okay.  We have a May 2nd

20   deadline that's approaching us on the expert witness designation

21   and reports -- well, I think the designation is May 2nd, and the

22   report is a couple weeks after that or so, and, you know, we

23   obviously still haven't received, you know, rulings on the

24   motions that we argued back, I think, on March 11th, and we're

25   waiting for our briefing to have rulings on those motions and to

1  get access to whatever the documents that we're hoping to

2  receive, both at the Husch Blackwell but also other documents

3  that need to be resolved, and so I just wanted to talk with the

4  Court about that.  I mean, we certainly can file a motion.  I

5  think we have one drafted.  But I wanted to talk about that.

6        And then as far as the status of the discovery items,

7  I don't know if Your Honor had any ETA on the rulings on those

8  motions.  We are still moving forward with having depositions.

9  Since we had that hearing, we've had three depositions.  We have

10  a couple more scheduled for the plaintiffs to be deposed, and

11  we're also trying to get some dates to depose the defendants,

12  but we're really hamstrung as far as really the coaches are the

13  real main players without having those documents.

14        And that leads me to number 3, and I've made -- I

15  think I've made clear from the beginning of this litigation that

16  we want to get the coaches deposed as soon as possible.  It's

17  very important for everyone for that to happen, but we cannot do

18  that without having the documents, and so I know Jeff Thompson

19  and I had talked about -- the last phone call, you know, we were

20  saying, hey, June, may be -- the June or July area or time

21  period is good for the coaches, and I said, hey, that's fine,

22  but we still don't want to be in the scenario where -- and he's

23  never said he wouldn't produce them, but in his e-mail he said

24  this is the window is in June, and, again, we get so reliant

25  upon getting these documents we need before we can even get

1   these scheduled because we don't want to get them scheduled, get

2   all our people, get flights, come to Iowa and then don't have

3   the meeting and have to reschedule and all of that, so those are

4   the three items that we wanted to discuss.

5          THE COURT:  All right.  So with respect to the issue

6   on the experts, do you know who your experts are going to be?

7          MR. SOLOMON-SIMMONS:  No, Your Honor.

8          THE COURT:  You haven't even identified who they're

9   going to be yet?

10         MR. SOLOMON-SIMMONS:  No.  We have -- we have made

11  contact, and we have talked to, you know, some -- at this point

12  some consultants, but without all the documents we feel like we

13  need, we have not identified anyone yet.

14         THE COURT:  All right.  So here's what I can tell you

15  about the status.  The argument was in March.  We have drafts of

16  rulings out.  Just so you all know, if I get criminal matters

17  that come in, they have to take precedence just by the nature of

18  what they are, and we're a little short-staffed currently.

19  Judge Jarvey, who was our chief judge, has now retired, so we're

20  down to two Article III full-time judges, so we have as

21  magistrate judges been getting additional criminal work.  I'm

22  not complaining about that.  That's my job.  But I just am being

23  factual with you so that you understand that.  So to the extent

24  that I have motions to suppress that have to be ruled on and

25  hearings held, they take precedence over any of the civil cases.

1          You guys are high up in the queue in terms of where

2    your rulings will come out on those two motions to compel.  I

3    cannot make you a promise, but I would tell you that I suspect

4    they'll be out in the next two weeks, so that's the best I can

5    tell you based upon where we sit today and what I have currently

6    in the queue both from a criminal standpoint.  You guys are high

7    up on the civil side, but unfortunately as criminal matters come

8    in, they do take some precedent.

9          So if you need to have an extension, my suggestion is

10   that you go ahead and file that motion.  That would be helpful,

11   Mr. Solomon-Simmons.  That way we'll have it on the record, and

12   we'll get it ruled on after the defendants have an opportunity

13   to respond, and I may make that an expedited response time just

14   to keep this moving, but if you can get that motion on sooner

15   rather than later, we can look at it and look at your deadlines.

16          MR. SOLOMON-SIMMONS:  Sounds good, Your Honor.  We can

17   do that.

18          THE COURT:  Okay.  Sounds good.  With respect to the

19   coaches' depositions, I feel confident that the lawyers will be

20   able to work that out; however, I will say this:  I'm not aware

21   of any window for deposing the coaches either set from a

22   statutory perspective, a rule perspective, or by court order.

23   Just as it would be true of a CEO of any corporation, they're

24   subject to being deposed.  Now, obviously we'll -- you'll work

25   together to try to make that the least burdenensome as possible,

1  but I am not precluding a deposition at any particular time of

2  the year.  I gave that to them last time.  Unfortunately because

3  of the ongoing discovery issues that you all are having, you

4  were not able to get those depositions done in January when we

5  had originally thought they were going to happen.

6          So I'm just saying that.  I just feel confident that

7  you guys are going to be able to work that out, but if you

8  aren't and a motion has to be filed, just please understand

9  that's really the position I'm taking.  This case doesn't get

10  any different treatment than any other case.  The defendants

11  don't get any different treatment than any other defendant; the

12  plaintiffs don't get any different treatment than any other

13  plaintiff that comes before me, so I just want everybody to

14  understand that.

15          All right.  I'm going to stop there.  And,

16  Mr. Solomon-Simmons, anything else you want to say at this time

17  or any other issues you want to raise before I turn to defense

18  counsel?

19          MR. SOLOMON-SIMMONS:  No, Your Honor.

20          THE COURT:  Okay.  Thank you.

21          All right.  Defense counsel.  Anything that either of

22  you either want to make a record on at this point in time or

23  issues you want to raise that we haven't yet talked about?  And

24  I'll start with you, Mr. Peterzalek.

25          MR. PETERZALEK:  Your Honor, I don't know that there's

1   anything that I need to necessarily make a record on but just to

2   respond to a couple of things that plaintiffs' counsel

3   mentioned.  I think we're fine with filing a motion on the -- on

4   the expert deadline, and we're certainly okay with an expedited

5   response to that.

6            As far as the discovery status, we hear some reference

7   to other documents, but I think at this point we're really --

8   both parties are really just awaiting the ruling with respect to

9   the Husch Blackwell materials, and I think that will take care

10  of most, if not all, of any remaining discovery issues.

11           And then just to comment on the -- on the coaches'

12  depos.  We've proposed and continue to propose getting those set

13  and accomplished, and our concern in response to any issue with

14  respect to a window is to really make sure that we don't get

15  into a situation where plaintiffs are intentionally delaying

16  things to make -- make the depositions inconvenient.  That's our

17  only concern, and we'll continue to work with the plaintiffs'

18  counsel in getting those scheduled, and as you suggested, Your

19  Honor, I think -- I'm confident we'll be able to accomplish

20  that.

21           THE COURT:  All right.  I just have one --

22           Mr. Stone, anything you want to add?  I'm sorry.

23           MR. STONE:  No, Your Honor.

24           THE COURT:  Okay.  Thank you.

25           I just have a question for Mr. Solomon-Simmons.  I

1  know we have another motion that's been filed.  It was the

2  motion that's in the Court's records at document 101.  It's your

3  motion relating to motion to add parties and to amend and

4  correct the complaint.  Are you planning to file a reply brief

5  with respect to that?  I see we've got your motion as well as a

6  response from defendants in the court records, but I wanted to

7  just see if you're planning to file a reply brief.

8          MR. SOLOMON-SIMMONS:  Yeah.  Our reply is due Friday,

9  Your Honor.  We -- we still haven't made up our mind if we're

10 going to file or not.  We're actually going to meet right after

11 this call to make a determination, so at this time I don't know

12 for sure.

13         THE COURT:  Okay.  If you decide after you meet today

14 that you're not going to file one, could you just e-mail my

15 chambers as well as defense counsel and just let us know that so

16 that we know that matter is ready --

17         MR. SOLOMON-SIMMONS:  Yes.

18         THE COURT:  -- to be moved into the queue?

19         MR. SOLOMON-SIMMONS:  Yes, ma'am.  Yes, Your Honor.

20         THE COURT:  Okay.  Great.  I appreciate it.

21         All right.  As I said, we are working on those

22 motions.  I know it's taken a little bit of time, but, you know,

23 our hope is to have them out.  Our goal is to try to do them --

24 turn everything around in 60 days, and that's still what our

25 hope is, but I just am kind of between a rock and a hard place

1  in terms of having to handle and balance the criminal matters

2  that come in for us, so we'll get on that.  And, like I said, my

3  hope will be in the next couple of weeks, you'll see those

4  rulings on those motions.

5        All right.  I will let you all go, and thank you for

6  your time today.

7        MR. SOLOMON-SIMMONS:  Thank you, Your Honor.

8        MS. HECKENKEMPER:  Thank you, Your Honor.

9        MR. PETERZALEK:  Thanks, everybody.

10        (Proceedings concluded at 11:12 a.m.)

11

12                    C E R T I F I C A T E
           I, Tonya R. Gerke, a Certified Shorthand Reporter of
13  the State of Iowa and Federal Official Realtime Court Reporter
    in and for the United States District Court for the Southern
14  District of Iowa, do hereby certify, pursuant to Title 28 U.S.C.
    Section 753, that the foregoing is a true and correct transcript
15  of the stenographically reported proceedings held in the
    above-entitled matter and that the transcript page format is in
16  conformance with the regulations of the Judicial Conference of
    the United States.
17           Dated at Des Moines, Iowa, May 1, 2022.

18

19              /s/ Tonya R. Gerke
                Tonya R. Gerke, CSR, RDR, CRR
20              Federal Official Court Reporter

21

22

23

24

25