IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>      Defendants. | Case No. 4:20-cv-366<br><br><br><br><br><br><br>**PLAINTIFFS' AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's May 26, 2021 Order [Doc. 40], Plaintiffs set forth below their agenda for the status conference set for June 15, 2022:

1.   The status of discovery;

2.   The impact of the status of discovery on the discovery schedule.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

*/s/Damario Solomon-Simmons*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax:    (918) 558-8039
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

1

BARLOW GARSEK & SIMON, LLP
Christian Dennie, TX Bar # 24045775
920 Foch Street
Fort Worth, TX 76107
Phone: (817) 731-4500
Fax: (817) 731-6200
cdennie@bgsfirm.com

BMK LAW FIRM, PLLC
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax: (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*