IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA; BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br>**AGENDA FOR<br>STATUS CONFERENCE** |

Pursuant to the Court's May 26, 2021 Order [Doc. 40], Defendants set forth the below agenda for the status conference set for June 15, 2022 at 10:30 a.m.

1. Bifurcating individual (section 1981) claims and Institutional (Title VI) claims for purposes of motion(s) for summary judgment.

2. Plaintiff issuing subpoenas to employees of the University of Iowa (Kirk Ferentz and Gary Barta) as "third party" subpoenas/discovery.

3. Receipt of medical waivers from Plaintiffs.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

***/s/ Jeffrey S. Thompson***
JEFFREY S. THOMPSON
Solicitor General
***/s/ Jeffrey C. Peterzalek***
JEFFREY C. PETERZALEK
***/s/ Christopher J. Deist***
CHRISTOPHER J. DEIST
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on June 13, 2022:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivery        ☐ Overnight Courier
☐ Federal Express      ☐ Other
☒ CM/ECF

Signature: */s/ Audra Jobst*