IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE,<br><br>Defendants. | Case No. 4:20-cv-00366<br><br><br>**DEFENDANT BRIAN FERENTZ'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendant Brian Ferentz ("B. Ferentz") moves to file his Brief, Statement of Undisputed Facts, and Appendix in Support of Brian Ferentz's Motion for Summary Judgment Regarding Section 1981 Claims under seal pursuant to Local Rule 5(c). In support of his motion, B. Ferentz states as follows:

1. B. Ferentz intends to file a Motion for Summary Judgment Regarding Section 1981 Claims and a Brief, Statement of Undisputed Facts, and Appendix in Support of Brian Ferentz's Motion for Summary Judgment Regarding Section 1981 Claims.

2. The Brief, Statement of Undisputed Facts, and Appendix in Support of Brian Ferentz's Motion for Summary Judgment Regarding Section 1981 Claims contain and reference certain medical information and records that are Confidential pursuant to Local Rule 10(g) regarding Personal Data Identifiers. Additional documents that have been designated as "confidential" must be filed under seal pursuant to the Court's protective order (Dkt. 61).

1

3. Accordingly, B. Ferentz seeks permission from this Court to e-file his Motion for Summary Judgment attaching a redacted version of the Brief, Statement of Undisputed Facts, and Appendix redacting the Confidential medical information and records and other documents designated as "confidential", and seeks leave to file the unredacted Brief, Statement of Undisputed Facts, and Appendix under seal.

4. Pursuant to Local Rule 7(k), B. Ferentz's counsel contacted counsel for Plaintiffs to request their consent to this motion on August 11, 2022, and again on August 16 at 11:48 a.m. Counsel for Plaintiffs have not responded to this request.

WHEREFORE, the Defendant Brian Ferentz requests the Court for an order granting him leave to (1) file his Motion for Summary Judgment Regarding Section 1981 Claims with a redacted version of his Brief, Statement of Undisputed Facts, and Appendix in support; and (2) file his unredacted Brief, Statement of Undisputed Facts, and Appendix in Support of Brian Ferentz's Motion for Summary Judgment Regarding Section 1981 Claims under seal.

Dated: August 16, 2022

Respectfully submitted,

/s/ Roger W. Stone
Roger W. Stone     AT0007519
Jeffrey A. Stone   AT0008829
Simmons Perrine Moyer Bergman PLC
115 Third Street S.E., Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: rstone@spmblaw.com
       jstone@simmonsperrine.com
*Attorneys for Defendant Brian Ferentz*

Thomas J. Miller
Attorney General of Iowa

        */s/ Jeffrey S. Thompson*
        Jeffrey S. Thompson
        Solicitor General

        */s/ Jeffrey C. Peterzalek*
        Jeffrey C. Peterzalek

        */s/ Christopher J. Deist*
        Christopher J. Deist
        Assistant Attorneys General
        Department of Justice-Special Litigation
        Hoover State Office Building
        Des Moines, IA 50319
        jeffrey.thompson@ag.iowa.gov
        jeffrey.peterzalek@ag.iowa.gov
        christopher.deist@ag.iowa.gov
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 16, 2022, I filed the foregoing with the Clerk of Court by using the ECF system which will send notification of such filing to the following:

Damario Solomon-Simmons
Kymberli J. Heckenkemper
Solomon Simmons Law, PLLC
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

Christian Dennie
Barlow Garsek & Simon, LLP
920 Foch Street
Fort Worth, TX 76107
cdennie@bgsfirm.com

Beatriz Mate-Kodjo
BMK Law Firm, PLLC
1910 Washington St., Ste. 100
Pella, IA 50219
beatriz@mate-kodjo-law.com
*Attorneys for Plaintiffs*

Thomas J. Miller, Attorney General of Iowa
Jeffrey S. Thompson
Jeffrey C. Peterzalek
Christopher J. Deist
Samuel P. Langholz
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, IA 50319
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Attorneys for Defendants*

                                            /s/ Roger W. Stone