IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>　　Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>　　Defendants. | Case No. 4:20-cv-366<br><br><br><br><br><br>**PLAINTIFFS' AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's May 26, 2021 Order [Doc. 40], Plaintiffs set forth below their agenda for the status conference set for August 18, 2022:

1. Outstanding discovery issues and motions; and

2. The impact of the discovery issues and outstanding motions on Plaintiffs' ability to respond to Defendants' Motions for Summary Judgment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**SOLOMONSIMMONSLAW, PLLC**

　　　　　　　　　　　　　　　　　　*/s/ Damario Solomon-Simmons*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Damario Solomon-Simmons, OBA # 20340
　　　　　　　　　　　　　　　　　　Kymberli J. M. Heckenkemper, OBA # 33524
　　　　　　　　　　　　　　　　　　601 S. Boulder Ave., Ste. 600
　　　　　　　　　　　　　　　　　　Tulsa, OK 74119
　　　　　　　　　　　　　　　　　　Phone: (918) 551-8999
　　　　　　　　　　　　　　　　　　Fax:　 (918) 558-8039
　　　　　　　　　　　　　　　　　　dss@solomonsimmons.com
　　　　　　　　　　　　　　　　　　kheckenkemper@solomonsimmons.com

**FOX ROTHSCHILD LLP**
Christian Dennie TX Bar # 24045775
2501 N. Harwood St., Ste. 1800
Dallas, TX 75201
Phone: (214) 231-5745
Fax: (972) 404-0516
cdennie@foxrothschild.com


BMK LAW FIRM, PLLC
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax: (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*