UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, JONATHAN PARKER, MARCEL JOLY, AARON MENDS, DARIAN COOPER, BRANDON SIMON, and JAVON FOY, | **4:20-cv-00366-SMR-HCA** |
| Plaintiffs, | |
| vs. | ORDER SETTING ADDITIONAL STATUS CONFERENCES |
| UNIVERSITY OF IOWA,  BOARD OF REGENTS OF THE STATE OF IOWA, GARY BARTA, KIRK FERENTZ, BRIAN FERENTZ, CHRISTOPHER DOYLE, and SETH WALLACE, | |
| Defendants. | |

The Court will conduct additional status conferences by telephone for this case pursuant to the following schedule:

| | |
|---|---|
| September 22, 2022 | at 10:30 a.m. |
| October 20, 2022 | at 10:30 a.m. |
| November 21, 2022 | at 10:30 a.m. |
| December 21, 2022 | at 10:30 a.m. |
| January 19, 2023 | at 10:30 a.m. |
| February 21, 2023 | at 10:30 a.m. |

To join the telephonic status conferences, counsel shall call the court's conference line at **1-877-336-1829** and enter access code **1176783** at the prompt to join the call.

The parties shall **file** in the docket a list of any proposed matters to be discussed during the upcoming status conference **no less than 48 hours prior to the status conference**.  The list may be submitted jointly or separately by each party.  If any party anticipates that the status conference will take longer than 30 minutes, this should also be indicated in the same filing.

If the parties believe that there are no matters to be discussed at the upcoming status conference, this should also be indicated in a **filing no less than 48 hours prior to the status conference**.

If any party believes that it would be beneficial to hold an additional status conference that is not set by the above schedule, that party shall indicate that they desire an additional status conference and explain why in a **filing** in the docket.  That party shall also indicate whether they anticipate the status conference will take longer than 30 minutes.

IT IS SO ORDERED.

DATED August 25, 2022.

Helen C. Adams
Chief U.S. Magistrate Judge