IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE; GARY BARTA; and SETH WALLACE,<br><br>Defendants. | Case No. 4:20-cv-00366<br><br>DEFENDANT SETH WALLACE'S MOTION TO DISMISS COUNTS II AND III OF SECOND AMENDED COMPLAINT |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Seth Wallace (hereafter "Wallace") files a motion to dismiss Counts II and III of the Second Amended Complaint against him.

1. Fed. R. of Civ. P. 12(b)(6) provides that courts may dismiss claims as barred by the statute of limitations if the complaint shows that the claims are time-barred.

2. All of the § 1983 claims against Wallace are barred by the two-year statute of limitations.

3. None of the claims against Wallace relate back to the date of the original Petition under Fed. R. Civ. P. 15(c) and Eighth Circuit precedent.

4. The § 1981 claims against Wallace by Wadley, Parker, Joly, and Cooper are time-barred by any applicable statute of limitations.

5. The remaining Plaintiffs—Mends, Simon, and Foy—fail to allege plausible claims against Wallace under § 1981.

6. Two remaining Plaintiffs—Mends and Simon—fail to allege any action related to Wallace within two years of their filing of the § 1983 claims or four years of their filing of their § 1981 claims, so they have failed to allege any plausible claims.

7. Wallace is entitled to qualified immunity on the § 1981 claims of Mends, Simon, and Foy because there is no clearly established precedent in 2013-2018 that made it clear to Wallace that he had violated § 1981.

8. Respectfully, Wallace asks the Court to reconsider its Ruling on the applicability of a four-year statute of limitations on § 1981 claims in view of other decisions by Circuit Courts and District Courts.

9. Wallace incorporates the attached brief in support of his motion.

WHEREFORE, Defendant Seth Wallace respectfully moves this Court for a ruling dismissing with prejudice Counts II and III of the Second Amended Complaint against him and a ruling that he is entitled to qualified immunity.

Dated: September 2, 2022

Respectfully submitted,

/s/ Roger W. Stone
Roger W. Stone        AT0007519
Jeffrey A. Stone      AT0008829
Simmons Perrine Moyer Bergman PLC
115 Third Street S.E., Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: rstone@spmblaw.com
       jstone@simmonsperrine.com
*Attorneys for Defendants Brian Ferentz and Seth Wallace*

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 2, 2022, I filed the foregoing with the Clerk of Court by using the ECF system which will send notification of such filing to the following:

Damario Solomon-Simmons
Kymberli J. Heckenkemper
Solomon Simmons Law, PLLC
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

Christian Dennie
Barlow Garsek & Simon, LLP
920 Foch Street
Fort Worth, TX 76107
cdennie@bgsfirm.com

Beatriz Mate-Kodjo
BMK Law Firm, PLLC
1910 Washington St., Ste. 100
Pella, IA 50219
beatriz@mate-kodjo-law.com
*Attorneys for Plaintiffs*

Thomas J. Miller, Attorney General of Iowa
Jeffrey S. Thompson
Jeffrey C. Peterzalek
Christopher J. Deist
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, IA 50319
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
*Attorneys for Defendants*

                                                        /s/ Roger W. Stone