Not Responsive

5/16/20, 8:02 AM

https://twitter.com/jamisonhensley/status/1261618490676576257?s=12

Inspiration for your new found peloton addiction!



Can you believe this?

5/16/20, 9:45 AM

That is unreal.

Beyond belief.

Racist

This is the world we are living in.

No way this passes.

5/22/20, 12:47 PM

https://www.espn.com/espn/story/_/id/29200293/the-ancient-credo-fueled-patriot-way-inspired-nick-saban-helped-ryan-shazier-heal

5/22/20, 4:40 PM

Not sure Kiffin actually read the book.



Read 5/22/20

iMessage
5/20/20, 1:34 PM

> Should we just add Joe from Ottumwa to the Staff Zoom meeting invite list.

**Brian Ferentz**
Lol. Or Osage.

**Seth Wallace**
I think the would jump onboard with the HC

6/1/20, 8:02 PM

> https://www.thegazette.com/subject/sports/hawkeyes/iowa-football/iowas-kirk-ferentz-change-will-begin-with-us-20200601

> Looks like KF beat us to it.

353004116737995, BF Personal 22-0492 iTunes backup (00008101-000949863644001E) - Brian Ferentz iphone 12 mini

Oxygen Forensic® Viewer - 14.6.0.51

# Chats



**+13193318392, Mary Ferentz**

*4/26/2022*

+13193318392
To: Mary Ferentz <+13194712693>

04/26/2022 12:33:49 PM (UTC-5) — Did we release the Jonathan Parker recording?

*6/20/2022*

+13193318392
To: Mary Ferentz <+13195305475>

06/20/2022 11:13:06 AM (UTC-5) — When you have a break in the deposition let me know.

Mary Ferentz <+13195305475>
To: +13193318392

Will do.

06/20/2022 11:26:26 AM (UTC-5)

**STATE 196572**

# Chats

**+13193318392, Seth Wallace**

---
*10/17/2021*
---

**10/16/2021 09:06:11 PM (UTC-5)** — +13193318392 To: Seth Wallace <+13196210903>
Show said they were killing Woods on college game day.

**10/16/2021 09:51:40 PM (UTC-5)** — Seth Wallace <+13196210903> To: +13193318392
They were.

**10/16/2021 10:09:28 PM (UTC-5)** — +13193318392 To: Seth Wallace <+13196210903>
Ouch.

---
*10/18/2021*
---

**10/18/2021 05:55:36 PM (UTC-5)** — +13193318392 To: Seth Wallace <+13196210903>
Wtf.

**10/18/2021 05:55:54 PM (UTC-5)** — +13193318392 To: Seth Wallace <+13196210903>
Did I miss anything. Who has gone?

**10/18/2021 05:56:19 PM (UTC-5)** — Seth Wallace <+13196210903> To: +13193318392
Me
KB
Jay
George
Kelton

None were like this.

**10/18/2021 05:56:40 PM (UTC-5)** — +13193318392 To: Seth Wallace <+13196210903>
What'd you say?

**STATE 196573**

353004116737995, BF Personal 22-0492 iTunes backup (00008101-000949863644001E) - Brian Ferentz iphone 12 mini

Oxygen Forensic® Viewer - 14.6.0.51

12     +13193318392, Seth Wallace     18

**Seth Wallace <+13196210903>**
To: +13193318392

Aware of issues and changes in social society
Open To Learning, Listening
Supportive of them

Value of relationships.

10/18/2021 05:57:39 PM (UTC-5)

---

+13193318392
To: Seth Wallace <+13196210903>

This is going to take forever.

10/18/2021 06:27:15 PM (UTC-5)

---

**Seth Wallace <+13196210903>**
To: +13193318392

Yep

10/18/2021 06:27:28 PM (UTC-5)

---

+13193318392
To: Seth Wallace <+13196210903>

And is a waste of time.

10/18/2021 06:27:44 PM (UTC-5)

---

+13193318392
To: Seth Wallace <+13196210903>

Really insulting to have Dave Porter summarize my coaching philosophy into a single fragmented sentence.

10/18/2021 06:35:34 PM (UTC-5)

---

**Seth Wallace <+13196210903>**
To: +13193318392

Yep

10/18/2021 06:35:50 PM (UTC-5)

---

+13193318392
To: Seth Wallace <+13196210903>

This is offensive.

10/18/2021 06:49:53 PM (UTC-5)

**STATE 196574**

2

353004116737995, BF Personal 22-0492 iTunes backup (00008101-000949863644001E) - Brian Ferentz  iphone 12 mini

Oxygen Forensic® Viewer - 14.6.0.51

**+13193318392, Seth Wallace**

**+13193318392**
To: Seth Wallace <+13196210903>
10/18/2021 06:50:04 PM (UTC-5)
Here we go Ken.

**Seth Wallace <+13196210903>**
To: +13193318392
Wow
10/18/2021 06:50:56 PM (UTC-5)

*10/19/2021*

**Seth Wallace <+13196210903>**
To: +13193318392
I'm sick
10/18/2021 07:16:17 PM (UTC-5)

**+13193318392**
To: Seth Wallace <+13196210903>
10/18/2021 07:22:24 PM (UTC-5)
Let's just let it wind down.

*1/19/2022*

**+13193318392**
To: Seth Wallace <+13196210903>
01/19/2022 10:03:25 AM (UTC-6)
When is the last time you spoke to Liestekow?

**Seth Wallace <+13196210903>**
To: +13193318392
I spent a little time with him Orlando.
01/19/2022 10:03:58 AM (UTC-6)

**Seth Wallace <+13196210903>**
To: +13193318392
What's up?
01/19/2022 10:04:03 AM (UTC-6)

**STATE 196575**

3

353004116737995, BF Personal 22-0492 iTunes backup (00008101-000949863644001E) - Brian Ferentz  iphone 12 mini

Oxygen Forensic® Viewer - 14.6.0.51

+13193318392, Seth Wallace

**+13193318392**
To: Seth Wallace <+13196210903>
01/19/2022 10:06:55 AM (UTC-6)
Nothing. He reached out to me for clarification on the David Porter stuff. Haven't responded yet.

**+13193318392**
To: Seth Wallace <+13196210903>
01/19/2022 10:07:03 AM (UTC-6)
Just wanted to see what he's heard.

**Seth Wallace <+13196210903>**
To: +13193318392
What was he trying to clarify?
01/19/2022 10:07:27 AM (UTC-6)

**+13193318392**
To: Seth Wallace <+13196210903>
01/19/2022 10:08:08 AM (UTC-6)
Just trying to understand.

**+13193318392**
To: Seth Wallace <+13196210903>
01/19/2022 10:08:16 AM (UTC-6)
I'm debating on whether to help him.

**Seth Wallace <+13196210903>**
To: +13193318392
Pass it to me - I'll help.
01/19/2022 10:08:39 AM (UTC-6)

**+13193318392**
To: Seth Wallace <+13196210903>
01/19/2022 10:08:45 AM (UTC-6)
May seem to self-serving. But it seems like the facts are pretty much public knowledge at this point.

**+13193318392**
To: Seth Wallace <+13196210903>
01/19/2022 10:08:54 AM (UTC-6)
I'll call you in five.



STATE 196576

4

353004116737995, BF Personal 22-0492 iTunes backup (00008101-000949863644001E) - Brian Ferentz iphone 12 mini

Oxygen Forensic® Viewer - 14.6.0.51

| 12 | +13193318392, Seth Wallace | 18 |

**Seth Wallace <+13196210903>**
To: +13193318392

1 | Ok. | 01/19/2022 10:09:02 AM (UTC-6)

**STATE 196577**

5

Case 4:20-cv-00366-SMR-HCA   Document 141-4   Filed 09/06/22   Page 10 of 15

354897094738698, BF Work Phone 22-0492 iTunes backup (3125513cf33a1225a462a1c69ceafbd2d47c6a8e) - Brian Ferentz - iPhone 8

Oxygen Forensic® Viewer - 14.6.0.51

# Chats

| 0 | +13193259892, Kirk Ferentz | 1 |

6/9/2020

+13193259892
To: Kirk Ferentz <+13194712693>

06/08/2020 09:58:19 PM (UTC-5)



[External] Coach Ferentz - Reaching out to you.png

STATE 196578

1



# [External] Coach Ferentz - Reaching out to you

Good evening Coach Ferentz,

I hope you and your family are safe, healthy, and around loved ones in these uncertain times as these things are becoming increasingly more important.

I wanted to reach out to you after seeing articles about student athletes' experiences while at iowa. I was deeply moved, and I wanted to offer myself as a resource and a solution. Although I have shared experiences, the lessons I learned were positive ones and made me the man I am today. Please know I am deeply invested in The University of Iowa and its football program. If you find yourself searching for an avenue to mend the racial disparities, create a culture shift or are in need of someone to talk to please keep me in mind. I am in your corner and support Iowa.

Thank you
LeRoy Smith
817-448-5509

STATE 196579



# Chats

2 +17085332003, +13194712693 1

10/23/2020

1

Frank Lenti <+17085332003>

To: +17085332003, +13194712693 <iMessage;+;chat524507073858070720>

Coaches,
I know you've been going through some trying times . Our thoughts and prayers are with you . You'll always be among my closest friends in the Coaching Profession!
Good Luck tomorrow!
Go Hawkeyes ...

Coach Frank L .

10/23/2020 02:57:17 PM (UTC-5)

+13193259892

To: +17085332003, +13194712693 <iMessage;+;chat524507073858070720>

10/23/2020 03:02:08 PM (UTC-5)

Thanks Coach. Time to play!

1

Kirk Ferentz <+13194712693>

To: +17085332003, +13194712693 <iMessage;+;chat524507073858070720>

Thanks Frank- we're eager to play!

10/23/2020 03:18:17 PM (UTC-5)

Case 4:20-cv-00366-SMR-HCA   Document 141-4   Filed 09/06/22   Page 13 of 15

354897094738698, BF Work Phone 22-0492 iTunes backup (3125513cf33a1225a462a1c69ceafbd2d47c6a8e) - Brian Ferentz - iPhone 8

Oxygen Forensic® Viewer - 14.6.0.51

# Chats

## Private

| 1 | +13193259892, Seth Wallace | 0 |

**6/4/2020**

**1** — Seth Wallace <+13193303480>
To: +13193259892

FYI on James Daniels' tweet.



Screenshot 2020-06-03 at 10.50.08 PM.jpeg

06/03/2020 10:50:53 PM (UTC-5)

Signed by _____



354897094738698, BF Work Phone 22-0492 iTunes backup (3125513cf33a1225a462a1c69ceafbd2d47c6a8e) - Brian Ferentz - iPhone 8

Oxygen Forensic® Viewer - 14.6.0.51

# Chats

| | | |
|---|---|---|
| 1 | +13193303480, +13196218517, +13193250211, +13194307555, +13199302903 | 0  |

**6/6/2020**

**1** Kelton Copeland <+13194307555>
To: +13193303480, +13196218517, +13193250211, +13194307555, +13199302903 <iMessage;+;chat6

https://www.independent.co.uk/news/world/americas/us-politics/trump-george-floyd-press-conference-today-job-numbers-a9551426.html

https://www.independent.co.uk/news/world/americas/us-politics/trump-george-floyd-press-conference-today-job-numbers-a9551426.html

 

224CB711-873B-4181-AE80-54C8EA3421F5.pluginPayloadAttachment    94CB3BE4-55A0-4423-8C65-E00AFDD51595.pluginPayloadAttachment

06/05/2020 07:39:39 PM (UTC-5)

STATE 196583

1