IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE; GARY BARTA; and SETH WALLACE,<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br>**AGENDA FOR<br>STATUS CONFERENCE** |

Pursuant to the Court's August 25, 2022 Order [Doc. 135], Defendants set forth the below agenda for the status conference set for September 22, 2022 at 10:30 a.m.

1. Documents to be filed under seal by Plaintiffs. (Doc 142-4).
2. New trial dates.
3. Status of deadlines.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

***/s/ Jeffrey S. Thompson***
JEFFREY S. THOMPSON
Solicitor General

***/s/ Jeffrey C. Peterzalek***
JEFFREY C. PETERZALEK
***/s/ Christopher J. Deist***
CHRISTOPHER J. DEIST

Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on September 19, 2022:

☐ U.S. Mail           ☐ FAX
☐ Hand Delivery       ☐ Overnight Courier
☐ Federal Express     ☐ Other
☒ CM/ECF

Signature: */s/ Audra Jobst*