## IN THE UNITED STATES DISTRICT COURT es
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | |
| | **JOINT EMERGENCY REQUEST FOR IMMEDIATE STATUS CONFERENCE** |
| v. | |
| | Hearing Requested |
| UNIVERSITY OF IOWA, *et al.*, | |
| Defendants. | |

The Parties hereby request an expedited status conference with the Court for the afternoon of Wednesday, October 5, 2022 or for Thursday, October 6, 2022, so that the Parties and their counsel might receive case management guidance from the Court. In support of this request the Parties respectfully show unto the Court the following:

1. Consistent with this Court's directive at the September 22, 2022 status conference, Plaintiffs' noticed depositions of Defendants Doyle, K. Ferentz, Barta, and B. Ferentz for October 10-13, 2022 respectively, to take place in person at the University of Iowa.

2. Defendants K. Ferentz and B. Ferentz have a pending motion to stay all discovery as to them, which motion has been fully briefed. Defendant K. Ferentz also has a separate pending motion for a protective order relating to his specific deposition. That deposition has been noticed over the objection of K. Ferentz's individual counsel and is scheduled for October 11, 2022. Plaintiffs will be filing a resistance to that motion for protective order today.

3. Given these pending motions and the rapidly approaching depositions, which require significant

1

preparation by all counsel and witnesses, and expensive travel for certain counsel and Parties, the Parties all agree that it would be helpful to discuss these upcoming depositions with the Court as soon as is practicably possible. The Parties and counsel also believe that there may be the possibility for productive discussion with the Court on other issues pertaining to case management.

4. The Parties are hopeful that a status conference with the Court would provide clarity for the Parties and their counsel regarding the depositions that are currently scheduled to proceed next week in Iowa, and could potentially provide further clarity regarding case management as a whole.

5. The Parties therefore jointly and respectfully request that this Court hold a telephonic status conference, scheduled for at least 60 minutes should the Court have that availability and capacity, either late afternoon on Wednesday, October 5, 2022, or on Thursday, October 6, 2022.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
(918) 551-8999 – Office
(918) 582-6106 – Fax
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

*/s/ Patrick Kane*
**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Patrick Kane (pro hac vice)
Sarah Traynor (pro hac vice)
Cameron Baker (pro hac vice)

Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
(972) 404-0516 – Fax
cdennie@foxrothschild.com
pkane@foxrothschild.com
straynor@foxrothschild.com
cbaker@foxrothschild.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:    (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*


*/s/ Thomas J. Miller*
THOMAS J. MILLER
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK

*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST

Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
*Attorneys for Defendants*

*/s/ Roger W. Stone*
Roger W. Stone AT0007519
Jeffrey A. Stone AT0008829
Simmons Perrine Moyer Bergman PLC
115 Third Street S.E., Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: rstone@spmblaw.com
jstone@simmonsperrine.com
***Attorneys for Defendants Kirk Ferentz, Brian Ferentz and Seth Wallace***

## **CERTIFICATE OF SERVICE**

I certify that on October 5, 2022, I served the foregoing *Joint Emergency Request for Immediate Status Conference* on Defendants' attorneys of record by the court's ECF electronic filing system.

　　　　　　　　　　　　　　　　　　　　 */s/ Patrick Kane*
　　　　　　　　　　　　　　　　　　　　Patrick Kane, *Counsel for Plaintiffs*