IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | ) |
| | ) Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | ) |
| | ) **PLAINTIFFS' UNOPPOSED** |
| v. | ) **MOTION FOR LEAVE TO FILE** |
| | ) **UNREDACTED VERSION OF** |
| UNIVERSITY OF IOWA, *et al.*, | ) **PLAINTIFFS' RESISTANCE TO** |
| | ) **DEFENDANTS' MOTIONS TO** |
| Defendants. | ) **DISMISS AND EXHIBITS UNDER** |
| | ) **SEAL** |

Oral Argument Unnecessary

---

COME NOW the Plaintiffs, and, pursuant to LRs 5(c) and 7(d), (k), hereby submit this Motion for Leave to File Unredacted Version(s) of Plaintiffs' Resistance to Defendants' Motions to Dismiss and Exhibits Under Seal. In support of this motion, Plaintiffs submit as follows:

1. This lawsuit involves allegations of years of racially discriminatory conduct engaged in by Defendants and others, all of whom were public employees of the State of Iowa at the time of their conduct. Defendants' conduct led to certain confidential investigations being performed both by and on behalf of the University of Iowa. These investigations resulted in numerous reports and materials supporting and integral to those reports. Because these reports contained confidential personnel information protected from public disclosure and information that might also be protected by FERPA, and because of the anticipated confidentiality of additional information and material the Parties expected to disclose during discovery, the Parties agreed to an Agreed Confidentiality

1

Protective Order. The Court entered that Protective Order on October 12, 2021. An Amended Agreed Confidentiality Protective Order (the "Protective Order") was subsequently entered by this Court later that same day.

2. Pursuant to the Protective Order, a party wishing to attach documents containing Confidential Material to a pleading or paper filed in this Court must file a redacted version of the document that omits the information designated as Confidential. However, if the redacted portions of the paper or pleading contain necessary context or render the document incapable of serving the purpose for which it is being filed, the filing party may move for permission to file an unredacted version of such paper under seal pursuant to LR 5(c)(4). (Prot. Order ¶ 5).

3. Plaintiffs are working on responding to the four currently pending motions to dismiss filed by Defendants. (ECF Nos. 136, 137, 138, 139). Plaintiffs expect that certain materials integral to Plaintiffs' Second Amended Complaint, including the reports, will necessarily be discussed within and attached as exhibits to Plaintiffs' anticipated responsive filings to provide context for Plaintiffs' arguments. These materials have been marked "CONFIDENTIAL" by Defendants.

4. Thus, Plaintiffs are required by the Protective Order and LR 5(c)(4) to seek leave from this Court to file their opposition to Defendants' Motions to Dismiss under seal.

5. Plaintiffs' counsel has consulted with counsel for Defendants, and Defendants' counsel has consented to Plaintiffs filing under seal those Confidential

materials that will support Plaintiffs' opposition to Defendants' Motions to Dismiss, including any accompanying exhibits that have been designated as Confidential.[1]

6. Plaintiffs do not oppose the sealing of these materials in connection with these motions to dismiss, but reserve the right to challenge the appropriateness of certain material being sealed at later stages of the litigation.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court enter an Order granting them leave to file unredacted version(s) of Plaintiffs' Resistance to Defendants' Motions to Dismiss and accompanying confidential exhibits under seal.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

Damario Solomon-Simmons, OBA # 20340
Kymberli J.M. Heckenkemper, OBA #33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax: (918) 558-8093
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**FOX ROTHSCHILD, LLP**

/s/ Patrick M. Kane
Christian S. Dennie, TX Bar # 24045775
Patrick Kane (pro hac vice)
Sarah Traynor (pro hac vice)
Cameron Baker (pro hac vice)

---

[1] Defendants consent only to the filing of these materials under seal; they reserve the right to object to consideration of the materials filed under seal.

Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
(972) 404-0516 – Fax

cdennie@foxrothschild.com
pkane@foxrothschild.com
straynor@foxrothschild.com
cbaker@foxrothschild.com

**BMK LAW FIRM, PLLC**

Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:    (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2022, I served the foregoing *Unopposed Motion for Leave to File Unredacted Version of Plaintiffs' Resistance to Defendants' Motions to Dismiss and Exhibits Under Seal* on Defendants' attorneys of record by the court's ECF electronic filing system.

                                       /s/ Patrick Kane
                                      Patrick Kane, *Counsel for Plaintiffs*