IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, ET AL.,<br><br>　　　Defendants. | Case No.  4:20-cv-00366-SMR-HCA<br><br><br>REPLY<br>TO WIXTED, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL SUBPOENA DUCES TECUM,<br>REQUEST FOR SANCTIONS AND EXPEDITED RELIEF |

**COME NOW the Plaintiffs, pursuant to Local Rule 7(g), and for their Reply to Third Party Wixted, Inc.'s Response to Plaintiffs' Motion to Compel Production of Documents in Response to Non-Party Subpoena Duces Tecum hereby state as follows:**

**Introduction**

1. Systemic racism thrives in America because people hold it up at all costs-- even people who are disadvantaged and harmed by it. (**Exhibit 1, Slate Article, The Supreme Court Still Refuses to Acknowledge Systemic Racism**).

2. Kirk Ferentz is the personification of systemic racism. Even white people who are harmed by his actions refuse to hold him accountable or responsible.

3. Wixted Inc. has been thrown under the bus by Kirk Ferentz (and the other Defendants) yet Wixted, Inc. is afraid to upset the all-powerful Hawkeye Football Program Head Coach or risk their (presumably very lucrative) relationship with him. (**Exhibit 2, Iowa State University Article, A Short History of White Supremacy and Anti-Black Racism in Iowa**).

4. Wixted, Inc. candidly admits to the Court in a public filing that it is <u>late</u> in producing <u>all</u> responsive documents to the Second Wixted Subpoena. (ECF No. 186, para. 14).

5. Wixted, Inc.'s refusal to comply with a Rule 45 Subpoena appears to be an act of falling on their own sword to protect wrongdoers. This shameful decision demonstrates the uphill battle Plaintiffs have in a civil justice system that has a long history of denying Black people equal access to justice, even in Iowa. (**Exhibit 3, Black Male Student Athletes and Racial Inequities in NCAA Division I College Sports**).

6. Plaintiffs provided Wixted the courtesy of multiple extensions, second, third and fourth chances, and the benefit of the doubt. Finally, Plaintiffs were forced to file a Motion to Compel. (ECF No. 180).

7. The undersigned filed the Motion to Compel in good faith and with good cause as Wixted, Inc. continues to refuse to comply with the Second Wixted Subpoena.[1] (**Exhibit 4, Failed Text Message Conferral**).

8. The Court has wide latitude and discretion in sanctioning non-parties. (**Exhibit 5, Hastings Law Journal**).

9. Pursuant to Rule 45, the Plaintiffs have the right to immediate production of responsive documents from Wixted, Inc. *even if Defendants are also withholding the same batch of responsive text messages*.

10. Given the state of discovery against Defendants and their long history of discovery obstruction, it is quite possible Wixted's compliance with the Second Subpoena is the only way for Plaintiffs to get these withheld text messages.

## Conclusion

11. In accordance with Rule 45, Wixted is admittedly in contempt of Court and should be sanctioned for wasting Plaintiffs' (and the Court's) resources.

---

[1] Congratulations to Jennifer Lindberg of Brown Winick Law Firm for being the first lawyer to ever call the undersigned "disingenuous" and to ever question her professional integrity during a Rule 37 conferral in the last eight years. See https://www.brownwinick.com/attorneys/jennifer-e-lindberg.

WHEREFORE, Plaintiffs respectfully request a Court Order:

    a. **HOLDING Wixted, Inc. in contempt of Court;**

    b. **ORDERING Wixted, Inc. to produce all responsive documents to the Second Wixted Subpoena, without confidentiality designations, by October 6, 2022;**

    c. **ORDERING Wixted to produce any purported privilege log and index of any withheld documents; and**

    d. **ORDERING Wixted to pay Plaintiffs' attorneys' fees and costs for ECF No. 180 and its related filings; and for such other relief to which they may be entitled in law or equity.**

Respectfully submitted,

*/s/Beatriz Mate-Kodjo*
**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Suite 100
Pella, IA 50219
Phone: (641) 450-1668
beatriz@mate-kodjo-law.com

**SOLOMON SIMMONS LAW, PLLC**
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Suite 600
Tulsa, OK 74119
(918) 551-8999 – Office
(918) 582-6106 – Fax
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
(972) 404-0516 – Fax
cdennie@foxrothschild.com

Patrick Kane, NC Bar # 36861
Sarah Traynor, NC Bar # 58301
101 N Tryon St, Suite 1300,
Charlotte, NC 28246
(704) 384-2600
pkane@foxrothschild.com
straynor@foxrothschild.com

Cameron Baker, FL Bar # 0125285
West Tower
777 S Flagler Dr., #1700
West Palm Beach, FL 33401
(561) 835-9600
cbaker@foxrothschild.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2022, I served the foregoing Plaintiffs' Motion to Compel Non-Party Wixted Subpoena on Defendants' attorneys of record by the court's ECF electronic filing system.

/s/Beatriz Mate-Kodjo
Beatriz Mate-Kodjo, *Counsel for Plaintiff*