IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE; GARY BARTA; and SETH WALLACE,<br><br>Defendants. | Case No. 4:20-cv-00366<br><br>DEFENDANTS KIRK FERENTZ, BRIAN FERENTZ, AND SETH WALLACE'S <u>UNRESISTED</u> MOTION TO EXTEND DEADLINES TO FILE REPLY IN SUPPORT OF DEFENDANT BRIAN FERENTZ'S MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF DEFENDANTS KIRK FERENTZ, BRIAN FERENTZ, AND SETH WALLACE'S MOTIONS TO DISMISS |

Defendants Kirk Ferentz ("K. Ferentz"), Brian Ferentz ("B. Ferentz"), and Seth Wallace ("Wallace") move for an extension of the deadlines to submit a reply in support of B. Ferentz's Motion for Summary Judgment and to submit a reply in support of K. Ferentz, B. Ferentz, and Wallace's Motions to Dismiss, and as grounds in support states as follows:

1. B. Ferentz filed his Motion for Summary Judgment on August 18, 2022. [ECF No. 128].

2. Plaintiffs filed their Brief in Opposition to Defendant Brian Ferentz's Motion for Summary Judgment on October 4, 2022, after Defendants consented to extensions of this deadline. [ECF No. 182].

3. Pursuant to LR 7(g) and 56(d), B. Ferentz's reply in support of his Motion for Summary Judgment is due 7 days after service of Plaintiffs' resistance pleadings, or on October 11, 2022.

    4.    K. Ferentz, B. Ferentz, and Wallace filed their Motions to Dismiss on September 2, 2022. [ECF Nos. 136, 137 & 139].

    5.    Plaintiffs filed their Resistance to Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint on October 7, 2022. [ECF No. 197].

    6.    Pursuant to LR 7(g), K. Ferentz, B. Ferentz, and Wallace's reply in support of their Motions to Dismiss are due 7 days after service of Plaintiffs' resistance pleadings, or on October 14, 2022.

    7.    K. Ferentz, B. Ferentz, and Wallace request an extension of time to submit their replies through and including October 21, 2022, due to counsel's attendance at the depositions of Christopher Doyle and Gary Barta occurring this week on October 11 and 12, and preparing simultaneous reply briefs in support of the motion for summary judgment filed by defendant B. Ferentz and motions to dismiss filed by defendants K. Ferentz, B. Ferentz, and S. Wallace.

    8.    B. Ferentz has not previously requested an extension in relation to his Motion for Summary Judgment. The requested extension will not affect any other deadlines and no party will be prejudiced by the requested extension.

    9.    K. Ferentz, B. Ferentz, and Wallace have not previously requested an extension in relation to their Motions to Dismiss. The requested extension will not affect any other deadlines and no party will be prejudiced by the requested extension.

    10.    The undersigned conferred with counsel for all Plaintiffs regarding this motion and they do not oppose the relief sought herein.

WHEREFORE, Defendants Kirk Ferentz, Brian Ferentz, and Seth Wallace respectfully request that the Court enter an Order extending the deadline to file B. Ferentz's reply in support of his Motion for Summary Judgment and K. Ferentz, B. Ferentz, and Wallace's reply in support

of their Motions to Dismiss, through and including October 21, 2022, and for whatever additional relief the court deems just and necessary.

Dated: October 11, 2022                             Respectfully submitted,

*/s/ Roger W. Stone*
Roger W. Stone          AT0007519
Jeffrey A. Stone        AT0008829
Simmons Perrine Moyer Bergman PLC
115 Third Street S.E., Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 366-7641
Facsimile: (319) 366-1917
Email: rstone@spmblaw.com
          jstone@simmonsperrine.com
*Attorneys for Defendants Kirk Ferentz,
Brian Ferentz and Seth Wallace*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 11, 2022, I filed the foregoing with the Clerk of Court by using the ECF system which will send notification of such filing to the following:

Damario Solomon-Simmons  
Kymberli J. Heckenkemper  
Solomon Simmons Law, PLLC  
601 S. Boulder Ave., Ste. 600  
Tulsa, OK 74119  
dss@solomonsimmons.com  
kheckenkemper@solomonsimmons.com  

Christian Dennie  
Patrick M. Kane  
Sarah M. Traynor  
Cameron A. Baker  
Fox Rothschild, LLP  
Saint Ann Court  
2501 N Harwood Street, Suite 1800  
Dallas, TX 75201  
cdennie@foxrothschild.com  
straynor@foxrothschild.com  
pkane@foxrothschild.com  
cbaker@foxrothschild.com  

Beatriz Mate-Kodjo  
BMK Law Firm, PLLC  
1910 Washington St., Ste. 100  
Pella, IA 50219  
beatriz@mate-kodjo-law.com  
*Attorneys for Plaintiffs*

Thomas J. Miller, Attorney General of Iowa  
Jeffrey S. Thompson  
Jeffrey C. Peterzalek  
Christopher J. Deist  
Department of Justice-Special Litigation  
Hoover State Office Building  
Des Moines, IA 50319  
jeffrey.thompson@ag.iowa.gov  
jeffrey.peterzalek@ag.iowa.gov  
christopher.deist@ag.iowa.gov  
*Attorneys for Defendants*

                                                /s/ Roger W. Stone