IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE; GARY BARTA; and SETH WALLACE,<br><br>Defendants. | Case No. 4:20-cv-366<br><br>**MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA, GARY BARTA AND CHRISTOPHER DOYLE'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT (UNRESISTED)** |

**COME NOW** Defendants University of Iowa, Board of Regents for the State of Iowa, Gary Barta and Christopher Doyle, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and move the Court for an extension of time to reply to their motion to dismiss Plaintiffs' second amended complaint in this matter, and in support of his motion state to the Court as follows:

1. Defendants' reply in support of their motion to dismiss Plaintiffs' second amended complaint is due Friday, October 14, 2022.

2. Defense counsel was in Iowa City most of this week attending the depositions of Christopher Doyle and Gary Barta.

3. Further, given the wide range of claims in this case, the scope of Defendants' motion and resultant scope of Plaintiffs' resistance, Defendants require more time to analyze and reply to Plaintiffs' resistance.

1

4. Defendants respectfully request that the Court extend their reply deadline to October 31, 2022.

5. Counsel for Plaintiffs have stated they do not resist this extension.

**WHEREFORE**, Defendants University of Iowa, Board of Regents for the State of Iowa, Gary Barta and Christopher Doyle pray the Court enter an Order extending their reply deadline to October 31, 2022.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on October 13, 2022:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Other
☒ CM/ECF

Signature: */s/ Audra Jobst*