IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE; GARY BARTA; and SETH WALLACE,<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br>**AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's August 25, 2022 Order [Doc. 135], Defendants set forth the below agenda for the status conference set for October 20, 2022 at 10:30 a.m.

1. New deadlines and trial date.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319

1

(515) 281-4419/4213  
jeffrey.thompson@ag.iowa.gov  
jeffrey.peterzalek@ag.iowa.gov  
christopher.deist@ag.iowa.gov  
ATTORNEYS FOR DEFENDANTS

*/s/ Roger W. Stone*  
Roger W. Stone AT0007519  
Jeffrey A. Stone AT0008829  
Simmons Perrine Moyer Bergman PLC  
115 Third Street S.E., Suite 1200  
Cedar Rapids, IA 52401-1266  
Telephone: (319) 366-7641  
Facsimile: (319) 366-1917  
Email: rstone@spmblaw.com  
         jstone@simmonsperrine.com  
*Attorneys for Defendants Kirk Ferentz, Brian Ferentz and Seth Wallace*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on October 18, 2022:

☐ U.S. Mail                 ☐ FAX  
☐ Hand Delivery             ☐ Overnight Courier  
☐ Federal Express           ☐ Other  
☒ CM/ECF

Signature: */s/ Audra Jobst*