IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, ET AL.,<br><br>Defendants. | Case No. 4:20-cv-00366-SMR-HCA<br><br>**PLAINTIFFS' AGENDA<br>FOR OCTOBER 20, 2022<br>STATUS CONFERENCE** |

Pursuant to the Court's August 25, 2022 Text Order (ECF No. 135), Plaintiffs set forth the following agenda items for the Status Conference set for October 20, 2022 at 10:30 a.m.

1. New Deadlines; Trial Date (same issue identified by Defendants)

2. Wixted Subpoena (fully briefed)

3. Plaintiffs' Intended Next Depositions

4. Kirk Ferentz's Index Cards

    a. Forthcoming Motion to Compel

Respectfully submitted,

*/s/Beatriz Mate-Kodjo*
**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Suite 100
Pella, IA 50219
Phone: (641) 450-1668
beatriz@mate-kodjo-law.com

**SOLOMON SIMMONS LAW, PLLC**
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Suite 600
Tulsa, OK 74119
(918) 551-8999 – Office
(918) 582-6106 – Fax
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
(972) 404-0516 – Fax
cdennie@foxrothschild.com

Patrick Kane, NC Bar # 36861
Sarah Traynor, NC Bar # 58301
101 N Tryon St, Suite 1300,
Charlotte, NC 28246
(704) 384-2600
pkane@foxrothschild.com
straynor@foxrothschild.com

Cameron Baker, FL Bar # 0125285
West Tower
777 S Flagler Dr., #1700
West Palm Beach, FL 33401
(561) 835-9600
cbaker@foxrothschild.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2022, I served the foregoing Plaintiffs' Status Conference Agenda Items on Defendants' attorneys of record by the Court's ECF electronic filing system.

/s/Beatriz Mate-Kodjo
Beatriz Mate-Kodjo, *Counsel for Plaintiff*