IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> UNIVERSITY OF IOWA, *et al.*, <br><br> Defendants. | Case No. 4:20-cv-00366-SMR-HCA <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO FILE CERTAIN UNREDACTED VERSIONS CERTAIN DOCUMENTS UNDER SEAL** <br><br> Oral Argument Unnecessary |

COME NOW the Plaintiffs, and, pursuant to LRs 5(c) and 7(d), (k), hereby submit this Motion to File Certain Unredacted In support of this motion, Plaintiffs submit as follows:

1. Plaintiffs intend to cite to documents designated confidential in support of their resistance to Christopher Doyle's motion for summary judgment.

2. Plaintiffs intend to file redacted versions of 1) their appendix, 2) the response to Christopher Doyle's statement of facts, (3) the additional facts precluding summary judgment, and (4) the brief.

3. The redacted material includes confidential personnel information, student and former student PII and may include some references to material cited from the Husch Blackwell documents that may make the students whose PII have been redacted reasonably identifiable.

4. However, Plaintiffs believe that the Court needs to see the redacted material for context.

1

5.	Accordingly, Plaintiffs are seeking to file unredacted versions of those documents under seal.

6.	The Defendants do not object to this motion.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court enter an order permitting them to file unredacted versions of the documents listed above under seal.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

*/s/Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J.M. Heckenkemper, OBA #33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
Phone: (918) 551-8999
Fax: (918) 558-8093
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Patrick Kane (pro hac vice)
Sarah Traynor (pro hac vice)
Cameron Baker (pro hac vice)
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
(972) 404-0516 – Fax
cdennie@foxrothschild.com
pkane@foxrothschild.com
straynor@foxrothschild.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668

Fax: (641) 847-7968
beatriz@mate-kodjo-law.com

***Attorneys for Plaintiffs***