IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>　　Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE; GARY BARTA; and SETH WALLACE,<br><br>　　Defendants. | Case No. 4:20-cv-366<br><br><br>**UNRESISTED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT CHRISTOPHER DOYLE'S MOTION TO FOR SUMMARY JUDGMENT** |

**COMES NOW** Defendant Christopher Doyle, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and moves the Court for an extension of time to reply to his motion for summary judgment in this matter, and in support of his motion states to the Court as follows:

1. Defendant Doyle's reply in support of his motion for summary judgment is due Monday, November, 21 2022.

2. Defense counsel had a family emergency yesterday.

3. Defense counsel for Defendant Doyle respectfully requests that the Court extend his reply deadline to November 22, 2022.

4. Counsel for Plaintiffs have stated they do not resist this extension.

**WHEREFORE**, Defendant Christopher Doyle prays the Court enter an Order extending his reply deadline to November 22, 2022.

2

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 21, 2022:

☐ U.S. Mail ☐ FAX
☐ Hand Delivery ☐ Overnight Courier
☐ Federal Express ☐ Other
☒ CM/ECF

Signature: */s/ Audra Jobst*