IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE; GARY BARTA; and SETH WALLACE,<br><br>   Defendants. | Case No. 4:20-cv-366<br><br><br><br>**AGENDA FOR STATUS CONFERENCE** |

Pursuant to the Court's August 25, 2022 Order [Doc. 135], Defendants set forth the below agenda for the status conference set for November 30, 2022 at 9:30 a.m.

1. Status of Pending Motions and New Trial Date.

Respectfully submitted,

**THOMAS J. MILLER**
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST
Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319

      (515) 281-4419/4213
      jeffrey.thompson@ag.iowa.gov
      jeffrey.peterzalek@ag.iowa.gov
      christopher.deist@ag.iowa.gov
      ATTORNEYS FOR DEFENDANTS

      */s/ Roger W. Stone*
      Roger W. Stone AT0007519
      Jeffrey A. Stone AT0008829
      Simmons Perrine Moyer Bergman PLC
      115 Third Street S.E., Suite 1200
      Cedar Rapids, IA 52401-1266
      Telephone: (319) 366-7641
      Facsimile: (319) 366-1917
      Email: rstone@spmblaw.com
            jstone@simmonsperrine.com
      *Attorneys for Defendants Kirk Ferentz, Brian Ferentz and Seth Wallace*

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 28, 2022:

- ☐ U.S. Mail
- ☐ Hand Delivery
- ☐ Federal Express
- ☒ CM/ECF
- ☐ FAX
- ☐ Overnight Courier
- ☐ Other

Signature: */s/ Audra Jobst*