## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | |
| v. | **PLAINTIFFS' UNRESISTED CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER** |
| UNIVERSITY OF IOWA, *et al.*, | |
| Defendants. | |

Plaintiffs file *Plaintiffs' Unresisted Consent Motion for Extension of Time to Respond to Defendants' Motion to Quash and Motion for Protective Order* ("**Motion**") and respectfully show this Honorable Court as follows:

1. On November 22, 2022, Defendants filed *Defendants' Motion to Quash and Motion for Protective Order* [Doc. 239] ("**Motion to Quash**").

2. Plaintiffs' response is currently due on December 6, 2022 and has not been previously extended.

3. Counsel for Plaintiffs and counsel for Defendants have conferred on this Motion and Defendants have agreed to permit Plaintiffs an extension of time through and including **January 3, 2023** to respond to the Motion to Quash.

4. Plaintiffs have postponed the noticed and subpoenaed depositions of Husch Blackwell attorneys Hayley Hanson and Demetrius Peterson that are, in part, the subject of Defendants' Motion to Quash, and does not intend to reschedule these depositions until the Defendants' Motion to Quash has

been fully briefed by the Parties and the Court has issued its ruling.

5. The requested extension will not impact any other current court-imposed deadlines an no date has been set for a final pretrial conference or trial of this matter.

## Prayer

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant this Motion and allow Plaintiffs through and including **January 3, 2023** to respond to the Motion to Quash. Plaintiffs further pray for all and such other relief to which they may be entitled in law or equity.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
(918) 551-8999 – Office
(918) 582-6106 – Fax
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

*/s/ Patrick Kane*
**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Patrick Kane (pro hac vice)
Sarah Traynor (pro hac vice)
Cameron Baker (pro hac vice)
La-Diedre Matthews (pro hac vice)
Maliya Rattliffe (pro hac vice)
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
(972) 404-0516 – Fax
cdennie@foxrothschild.com
pkane@foxrothschild.com
straynor@foxrothschild.com
cbaker@foxrothschild.com
lmatthews@foxrothschild.com
mrattliffe@foxrothschild.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:    (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I certify that on December 2, 2022, I served the foregoing Plaintiffs' <u>Unresisted</u> Consent Motion for Extension of Time to Respond to Defendants' Motion to Quash and Motion for Protective Order on Defendants' attorneys of record by the court's ECF electronic filing system.

            <u>/s/ Patrick Kane</u>
            Patrick Kane, *Counsel for Plaintiffs*

## **CERTIFICATE OF CONFERENCE**

On December 2, 2022, the undersigned discussed the filing of this Motion with counsel for Defendants, Jeff Thompson, via videoconference. Mr. Thompson confirmed Defendants have no objection to extending the time to respond to the Motion to Quash to **January 3, 2023**.

                                              */s/ Patrick Kane*
                                              Patrick Kane, *Counsel for Plaintiffs*