# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | |
| v. | |
| | **JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS TO COMPEL** |
| UNIVERSITY OF IOWA, *et al.*, | |
| Defendants. | |

COME NOW Plaintiffs and Defendants ("**The Parties")** hereby jointly move to extend time to file Motions to Compel and show the Court as follows:

1. On November 30th, 2022, the Court ordered the Parties to meet and confer to discuss any outstanding discovery issues; and if any issues remained unresolved, to file any Motions to Compel by December 16, 2022. [Doc. 249] ("Order").

2. Since entry of the Order, the Parties have engaged in meet and confer discussions as directed by the Court.

3. These discussions have been aimed at exploring a path to potential resolution of pending disputes without further involvement by the Court. These discussions remain ongoing.

4. In light of other scheduled matters in this case and counsel's other caseloads and obligations of the Parties and counsel in the latter half of December, the Parties require additional time to continue these discussions, with the hope that filing any Motions to Compel will ultimately be unnecessary.

5. Accordingly, the Parties respectfully request an additional thirty (30) days to file any Motions to Compel regarding outstanding discovery issues. This request is made in good faith and for

good cause, and not for the purpose of delay.

6.  The requested extension will not impact any other current court-imposed deadlines as no date has been set for a final pretrial conference or trial of this matter.

WHEREFORE, premises considered, the Parties respectfully request that the Court enter an order extending the deadline for Parties to file Motions to Compel regarding outstanding discovery issues to January 16, 2023.

Dated:  December 14, 2022.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
(918) 551-8999 – Office
(918) 582-6106 – Fax
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

*/s/ Patrick Kane*
**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Patrick Kane (pro hac vice)
Sarah Traynor (pro hac vice)
Cameron Baker (pro hac vice)
La-Diedre Matthews (pro hac vice)
Maliya Rattliffe (pro hac vice)
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
(972) 404-0516 – Fax
cdennie@foxrothschild.com
pkane@foxrothschild.com
straynor@foxrothschild.com
cbaker@foxrothschild.com
lmatthews@foxrothschild.com
mrattliffe@foxrothschild.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax:    (641) 847-7968
beatriz@mate-kodjo-law.com

*Attorneys for Plaintiffs*


*/s/ Thomas J. Miller*
THOMAS J. MILLER
Attorney General of Iowa

*/s/ Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK

*/s/ Christopher J. Deist*
CHRISTOPHER J. DEIST

Assistant Attorneys General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4419/4213
jeffrey.thompson@ag.iowa.gov
jeffrey.peterzalek@ag.iowa.gov
christopher.deist@ag.iowa.gov
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

      I certify that on December 14, 2022, I served the foregoing *Joint Motion for Extension of Time to file Motions to Compel* on Defendants' attorneys of record by the court's ECF electronic filing system.

                                                                */s/ Patrick Kane*
                                                               Patrick Kane, *Counsel for Plaintiffs*