IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; KIRK FERENTZ; BRIAN FERENTZ; CHRISTOPHER DOYLE; GARY BARTA; and SETH WALLACE,<br><br>Defendants. | Case No. 4:20-cv-366<br><br><br><br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |

**COMES NOW**, Jeffrey S. Thompson, Solicitor General, and hereby withdraws his appearance as counsel on behalf of all Defendants in the above captioned matter. Defendants will continue to be represented by Assistant Attorneys General Jeffrey Peterzalek and Christopher Deist.

                 **THOMAS J. MILLER**
                 Attorney General of Iowa

                 */s/ Jeffrey S. Thompson*
                 JEFFREY S. THOMPSON
                 Solicitor General
                 Department of Justice-Special Litigation
                 Hoover State Office Building
                 1305 E. Walnut Street, 2nd Floor
                 Des Moines, Iowa 50319
                 Phone: (515) 281-5164
                 Fax: (515) 281-4902
                 jeffrey.thompson@ag.iowa.gov

2

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on December 28, 2022:

☐ U.S. Mail ☐ FAX
☐ Hand Delivery ☐ Overnight Courier
☐ Federal Express ☐ Other
☒ ECF/EDMS System Participant (Electronic Service)

Signature: */s/ Audra Jobst*