IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA, BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>    Defendants. | Case No. 4:20-cv-366<br><br><br><br>**PLAINTIFFS' AGENDA FOR STATUS CONFERENCE** |

Plaintiffs set forth below their proposed agenda for the status conference set for February 21, 2023:

1. Update on case status and current deadlines.

        Respectfully submitted,

        **SOLOMONSIMMONSLAW, PLLC**
        Damario Solomon-Simmons, OBA # 20340
        Kymberli J. M. Heckenkemper, OBA # 33524
        601 S. Boulder Ave., Ste. 600
        Tulsa, OK 74119
        Phone: (918) 551-8999
        Fax:    (918) 558-8039
        dss@solomonsimmons.com
        kheckenkemper@solomonsimmons.com

**FOX ROTHSCHILD LLP**
Christian S. Dennie, TX Bar # 24045775
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
(972) 404-0516 – Fax
cdennie@foxrothschild.com


*/s/Patrick M. Kane*
**FOX ROTHSCHILD LLP**
Patrick Kane, NC Bar #36861
Sarah Traynor, NC Bar
La-Deidre Matthews, NC Bar
2501 N. Harwood St., Ste. 1800
Dallas, TX 75201
Phone: (214) 231-5745
Fax: (972) 404-0516
pkane@foxrothschild.com
straynor@foxrothschild.com
lmatthews@foxrothschild.com

**FOX ROTHSCHILD, LLP**
Cameron Baker, FL Bar # 125825
West Tower
777 S Flagler Dr., #1700
West Palm Beach, FL 33401
(561) 835-9600
cbaker@foxrothschild.com

**FOX ROTHSCHILD, LLP**
Maliya Rattliffe *(pro hac vice forthcoming)*
Two22
222 S. Ninth St., Suite 2000
Minneapolis, MN 55402-3338
(612) 607-7113 - direct
(612) 607-7100 - fax
MRattliffe@foxrothschild.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone: (641) 450-1668
Fax: (641) 847-7968
beatriz@mate-kodjo-law.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I certify that on February 17, 2023, I served the foregoing Plaintiffs' Agenda for Status Conference on Defendants' attorneys of record by the court's ECF electronic filing system.

                                      */s/ Patrick M. Kane*_____
                                      Patrick M. Kane, *Counsel for Plaintiffs*