IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY; JONATHAN PARKER; MARCEL JOLY; AARON MENDS; DARIAN COOPER; BRANDON SIMON; and JAVON FOY,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF IOWA; BOARD OF REGENTS FOR THE STATE OF IOWA; BRIAN FERENTZ; and CHRISTOPHER DOYLE.<br><br>    Defendants. | Case No. 4:20-cv-366<br><br><br><br>**AGENDA FOR<br>STATUS CONFERENCE** |

    Pursuant to the Court's August 25, 2022 Order [Doc. 135], Defendants set forth the below agenda for the status conference set for February 21, 2023 at 10:30 a.m.

1. Status of Pending Motions and New Trial Date.

    Respectfully submitted,

    **BRENNA BIRD**
    Attorney General of Iowa

    */s/ **Jeffrey C. Peterzalek***
    JEFFREY C. PETERZALEK
    */s/ **Christopher J. Deist***
    CHRISTOPHER J. DEIST
    Assistant Attorneys General
    Department of Justice-Special Litigation
    Hoover State Office Building
    Des Moines, Iowa 50319
    (515) 281-4213
    jeffrey.peterzalek@ag.iowa.gov
    christopher.deist@ag.iowa.gov
    ATTORNEYS FOR DEFENDANTS

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on February 20, 2023:

☐ U.S. Mail ☐ FAX
☐ Hand Delivery ☐ Overnight Courier
☐ Federal Express ☐ Other
☒ CM/ECF

Signature: */s/ Audra Jobst*