**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| AKRUM WADLEY, *et al.*, | ) | |
| | ) | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs | ) | |
| | ) | **VOLUNTARY DISMISSAL OF** |
| v. | ) | **DEFENDANT SETH WALLACE** |
| | ) | **IN HIS INDIVIDUAL AND OFFICIAL** |
| UNIVERSITY OF IOWA, *et al.*, | ) | **CAPACITIES** |
| | ) | |
| Defendants. | ) | |
| | ) | |

COME NOW the Plaintiffs, by and through their attorneys, and hereby dismiss from this action all claims against Defendant Seth Wallace, in both his official and individual capacities, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  This dismissal shall be with prejudice.  All parties to bear their own costs and fees.

This the 24th day of February 2023.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Suite 600
Tulsa, OK 74119
(918) 551-8999
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745
cdennie@foxrothschild.com

*s/Patrick M. Kane*
Patrick Kane, NC Bar # 36861
La-Deidre D. Matthews
Sarah Traynor, NC Bar # 58301
101 N Tryon St, Suite 1300,
Charlotte, NC 28246
(704) 384-2600
pkane@foxrothschild.com
lmatthews@foxrothschild.com
straynor@foxrothschild.com

Cameron Baker, FL Bar # 0125285
West Tower
777 S Flagler Dr., #1700
West Palm Beach, FL 33401
(561) 835-9600
cbaker@foxrothschild.com

Maliya G. Rattliffe
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
(612) 607-7100
Email: mrattliffe@foxrothschild.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Suite 100
Pella, IA 50219
(641) 450-1668
beatriz@mate-kodjo-law.com
**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 24, 2022, I served the foregoing Plaintiffs' Voluntary Dismissal of Defendant Seth Wallace with Prejudice on Defendants' attorneys of record by the court's ECF electronic filing system.

*s/Patrick M. Kane*
Patrick M. Kane
*Counsel for Plaintiffs*
