# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| AKRUM WADLEY, *et al.*, | Case No. 4:20-cv-00366-SMR-HCA |
| Plaintiffs, | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KIRK FERENTZ IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES** |
| v. | |
| UNIVERSITY OF IOWA, *et al.*, | |
| Defendants. | |

COME NOW the Plaintiffs, by and through their attorneys, and hereby dismiss from this action all claims against Defendant Kirk Ferentz, in both his official and individual capacities, under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This dismissal shall be without prejudice. All parties to bear their own costs and fees.

This the 27th day of February, 2023.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**

/s/ *Kymberli J. M. Heckenkemper*
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
(918) 551-8999 – Office
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com

**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
cdennie@foxrothschild.com

Patrick M. Kane, NC Bar #36861
La-Deidre D. Matthews, NC Bar # 54358
Sarah Traynor, NC Bar 53801
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
pkane@foxrothschild.com
lmatthews@foxrothschild.com
straynor@foxrothschild.com

Cameron Baker, FL Bar # 0125285
West Tower
777 S. Flagler Drive #1700
West Palm Beach, FL 33401
(561) 835-9600
cbaker@foxrothschild.com

Maliya G. Rattliffe
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
(612) 607-7100
mrattliffe@foxrothschild.com


**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone:  (641) 450-1668
Fax:  (641) 847-7968
beatriz@mate-kodjo-law.com

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I certify that on February 27, 2023, I served the foregoing Plaintiffs' Voluntary Dismissal of Defendant Kirk Ferentz without Prejudice on Defendants' attorneys of record by the court's ECF electronic filing system.

>  /s/ *Kymberli J. M. Heckenkemper*
>  Kymberli J. M. Heckenkemper
>  *Counsel for Plaintiffs*