IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF IOWA CENTRAL DIVISION

| | | |
|---|---|---|
| AKRUM WADLEY, et al. | ) | Case No. 4:20-cv-00366-SMR-HCA |
| | ) | |
| Plaintiffs, | ) | **JOINT STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| v. | ) | **OF DEFENDANTS** |
| | ) | **UNIVERSITY OF IOWA and** |
| UNIVERSITY OF IOWA, et al., | ) | **BOARD OF REGENTS FOR** |
| | ) | **THE STATE OF IOWA** |
| Defendants. | ) | |

COME NOW the Plaintiffs, by and through their attorneys, and Defendants University of Iowa and Board of Regents for the State of Iowa by and through their attorneys, and hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims in this matter are dismissed with prejudice. Except as otherwise may have been agreed to by these parties, all parties subject to this stipulation will bear their own costs and fees.

This the 30th day of March 2023.

Respectfully submitted,

**SOLOMON SIMMONS LAW, PLLC**
Damario Solomon-Simmons, OBA # 20340
Kymberli J. M. Heckenkemper, OBA # 33524
601 S. Boulder Ave., Ste. 600
Tulsa, OK 74119
(918) 551-8999 – Office
dss@solomonsimmons.com
kheckenkemper@solomonsimmons.com


**FOX ROTHSCHILD, LLP**
Christian S. Dennie, TX Bar # 24045775
Saint Ann Court
2501 N Harwood Street, Suite 1800
Dallas, TX 75201
(214) 231-5745 – Direct
cdennie@foxrothschild.com

/s/Patrick M. Kane
Patrick M. Kane, NC Bar #36861
La-Deidre D. Matthews, NC Bar # 54358
Sarah Traynor, NC Bar 53801
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
pkane@foxrothschild.com
lmatthews@foxrothschild.com
straynor@foxrothschild.com

Cameron Baker, FL Bar # 0125285
West Tower
777 S. Flagler Drive #1700
West Palm Beach, FL 33401
(561) 835-9600
cbaker@foxrothschild.com

Maliya G. Rattliffe
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
(612) 607-7100
mrattliffe@foxrothschild.com

**BMK LAW FIRM, PLLC**
Beatriz Mate-Kodjo, AT0012331
1910 Washington St., Ste. 100
Pella, IA 50219
Phone:  (641) 450-1668
Fax:  (641) 847-7968
beatriz@mate-kodjo-law.com

***ATTORNEYS FOR PLAINTIFFS***

**BRENNA BIRD**
Attorney General of Iowa

*/s/ Jeffrey C. Peterzalek*
JEFFREY C. PETERZALEK
Assistant Attorney General
Department of Justice-Special Litigation
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-4213
jeffrey.peterzalek@ag.iowa.gov

***ATTORNEY FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I certify that on March 30, 2023, I served the foregoing document on all attorneys of record by the court's ECF electronic filing system.

*/s/ Patrick M. Kane*
Patrick M. Kane
*Counsel for Plaintiffs*